# Exhibit 819-2




# Telecom Dictionary

Ray Horak






Wiley Publishing, Inc.

**Webster's New World® Telecom Dictionary**

Published by
**Wiley Publishing, Inc.**
10475 Crosspoint Boulevard
Indianapolis, IN 46256
www.wiley.com

Copyright © 2008 by Wiley Publishing, Inc., Indianapolis, Indiana

Published simultaneously in Canada

ISBN: 978-0-471-77457-0

Manufactured in the United States of America

10 9 8 7 6 5 4 3 2 1

Library of Congress Cataloging-in-Publication Data

Horak, Ray.
Webster's New World telecom dictionary / Ray Horak.
p. cm.
ISBN 978-0-471-77457-0 (pbk.)
1. Telecommunication—Dictionaries. I. Title.
TK5102.H65 2007
621.38203—dc22

2007024232

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 646-8600. Requests to the Publisher for permission should be addressed to the Legal Department, Wiley Publishing, Inc., 10475 Crosspoint Blvd., Indianapolis, IN 46256, (317) 572-3447, fax (317) 572-4355, or online at http://www.wiley.com/go/permissions.

Limit of Liability/Disclaimer of Warranty: The publisher and the author make no representations or warranties with respect to the accuracy or completeness of the contents of this work and specifically disclaim all warranties, including without limitation warranties of fitness for a particular purpose. No warranty may be created or extended by sales or promotional materials. The advice and strategies contained herein may not be suitable for every situation. This work is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional services. If professional assistance is required, the services of a competent professional person should be sought. Neither the publisher nor the author shall be liable for damages arising herefrom. The fact that an organization or Website is referred to in this work as a citation and/or a potential source of further information does not mean that the author or the publisher endorses the information the organization or Website may provide or recommendations it may make. Further, readers should be aware that Internet Websites listed in this work may have changed or disappeared between when this work was written and when it is read.

For general information on our other products and services please contact our Customer Care Department within the United States at (800) 762-2974, outside the United States at (317) 572-3993 or fax (317) 572-4002.

**Trademarks:** Wiley, the Wiley logo, Webster's New World, the Webster's New World logo, We Define Your World, and related trade dress are trademarks or registered trademarks of John Wiley & Sons, Inc. and/or its affiliates, in the United States and other countries, and may not be used without written permission. All other trademarks are the property of their respective owners. Wiley Publishing, Inc., is not associated with any product or vendor mentioned in this book.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books.

Program is one of four programs established by the Telecommunications Act of 1996, supported by the Universal Service Fund (USF), and administered by the Universal Service Administrative Company (USAC). See also *Telecommunications Act of 1996, USAC,* and *USF.*

**SCN (Switched Circuit Network)** More commonly known as circuit-switched network. A network based on circuit switching, rather than packet switching. The traditional public switched telephone network (PSTN) is an SCN, although it rapidly is transitioning to packet switching based on the Internet Protocol (IP), the fundamental protocol of the Internet. See also *circuit switch, Internet, IP, packet switch,* and *PSTN.*

**SCO (Synchronous Connection-Oriented)** A Bluetooth link option intended for real-time packet voice, which certainly benefits from a pre-defined path over a synchronous transmission facility. Bluetooth specifications also include an asynchronous connectionless link (ACL) for packet data. See also *ACL, Bluetooth, connection-oriented, link, packet,* and *synchronous.*

**scope creep** Referring to the gradual broadening of the scope of a project, and often due to some combination of poor project design, documentation, and management. Scope creep also can be attributed to opportunistic vendors attempting to increase the scope of a project and their associated revenues or opportunistic clients seeking to get a vendor to provide additional products or services at no charge.

**SCP (Service Control Point)** In the advanced intelligent network (AIN) architecture, an intelligent node that contains customer information in a database residing on a centralized network server. An SCP provides routing and other instructions to a service switching point (SSP). See also *AIN, database, node, server,* and *SSP.*

**SCR (Sustainable Cell Rate)** In asynchronous transfer mode (ATM), a traffic parameter defined as the maximum average rate at which the network agrees to accept cells and support their transfer from end to end for each user network interface (UNI). In other words, SCR is the average throughput. Enforcement of the SCR enables the network to allocate sufficient resources to ensure that the quality of service (QoS) parameters such as cell loss ratio (CLR) and cell transfer delay (CTD) are met over a period of time. SCR applies to variable bit rate (VBR) services. *ATM, cell, CLR, CTD, QoS, throughput, traffic parameter, UNI,* and *VBR.*

**scramble** To transpose, invert, displace, or otherwise modify a signal so as to render it unintelligible without the special receiving equipment to unscramble the signal. See also *encrypt* and *signal.*

**screen pop** A feature of customer contact systems that brings up a customer record or profile on the computer screen of a call center agent as an incoming call from the customer is connected. As the customer call connects to the call center, the automatic call distributor (ACD) receives the calling telephone number through Calling Line Identification (CLID) or Automatic Number Identification (ANI). In the absence of that information, the system can request that the customer enter an account number or some other Personal Identification Number (PIN). The ACD can request a database search to locate the customer's profile and any associated records. If the search is successful, the ACD then coordinates the presentation of the customer records in a screen pop as it connects the telephone call to the agent. See also *ACD, ANI, call center, call vectoring,* and *CLID.*

**screened twisted pair (ScTP)** See *ScTP.*

**scripting** Referring to the use of a simple scripting language to instruct a computer to perform a specific task, such as mimicking the log-on procedures of an e-mail program.

**SCSI (Small Computer System Interface)** Pronounced *scuzzy.* A high speed parallel interface defined by the X3T9.2 committee of the American National Standards Institute (ANSI) for connecting minicomputers to peripherals, to other computers, and to local area networks (LANs). The several SCSI versions have bus widths of 8 or 16 bits and support data transfer rates of 5–640 Mbps. A single SCSI port can support as many as 7 devices, such as hard disk drives, optical drives, scanners, laser printers, and digital cameras, in a daisy chain. See also *ANSI, daisy chain, iSCSI, LAN, microcomputer,* and *peripheral.*