# Exhibit 928-2

# Dictionary of Computer and Internet Terms

## Tenth Edition

Douglas A. Downing, Ph.D.
School of Business and Economics
Seattle Pacific University

Michael A. Covington, Ph.D.
Artificial Intelligence Center
The University of Georgia

Melody Mauldin Covington
Covington Innovations
Athens, Georgia

Catherine Anne Covington
Covington Innovations
Athens, Georgia

With the assistance of
Sharon Covington



## ABOUT THE AUTHORS

Douglas Downing teaches economics and quantitative methods at the School of Business and Economics at Seattle Pacific University. He is the author of several books in both Barron's Easy Way and Business Review series. He is also the author of *Java Programming the Easy Way* and *Dictionary of Mathematics Terms*, published by Barron's Educational Series, Inc. He holds the Ph.D. degree in economics from Yale University.

Michael Covington is Associate Director of the Artificial Intelligence Institute at the University of Georgia. He is the author of several books and over 250 magazine articles. He holds the Ph.D. degree in linguistics from Yale University.

Melody Mauldin Covington is a graphic designer living in Athens, Georgia. She is the author of *Dictionary of Desktop Publishing* (published by Barron's).

Catherine Anne Covington is a student at the Lamar Dodd School of Art (University of Georgia).

Sharon Covington is a student at Emory University.

© Copyright 2009, 2006, 2003, 2000, 1998, 1996, 1995, 1992, 1989, and 1986 by Barron's Educational Series, Inc.

All rights reserved.
No part of this book may be reproduced or distributed in any form or by any means without the written permission of the copyright owner.

*All inquiries should be addressed to:*
Barron's Educational Series, Inc.
250 Wireless Boulevard
Hauppauge, NY 11788
**www.barronseduc.com**

ISBN-13: 978-0-7641-4105-8
ISBN-10: 0-7641-4105-8

*Library of Congress Catalog Card No. 2008044365*

**Library of Congress Cataloging-in-Publication Data**
Downing, Douglas.
  Dictionary of computer and Internet terms / Douglas A. Downing, Michael A. Covington, Melody Mauldin Covington. — 10th ed.
    p. cm.
  ISBN 978-0-7641-4105-8
  1. Computers—Dictionaries. 2. Internet—Dictionaries. I. Covington, Michael A., 1957– II. Covington, Melody Mauldin. III. Title.

QA76.15.D667 2009
004.03—dc22                                            2008044365

PRINTED IN CHINA
9 8 7 6 5 4 3 2 1

SFDC00020112

141        directory



FIGURE 79. DIP (dual in-line package) integrated circuits

**dir** the command, under Windows command line, that makes the computer display all the files in a particular directory. For example,

```
dir
```

by itself lists the files in the current directory of the current disk. Here are some other examples:

| | |
|---|---|
| `dir a:` | Current directory of drive A |
| `dir a:\mystuff` | Directory MYSTUFF of drive A |
| `dir \mystuff` | Directory MYSTUFF of the current disk |
| `dir mystuff` | Subdirectory MYSTUFF under the current directory of the current disk |

To see a directory of all of the files on the current drive that have names ending in .bas, type

```
dir *.bas
```

The asterisk acts as a "wild card," matching all filenames.

**direct-to-press** a method of production where a machine similar to a laser printer takes data directly from a computer to produce film or plates for a printing press without the intermediate step of printing out camera-ready copy.

**direct(ly) attached storage (DAS)** disk drives or other storage devices that are connected directly to the computer that uses them, rather than connected through a network. *Contrast* DISK SHARING; FILE SHARING; NETWORK ATTACHED STORAGE.

**directory** an area on a disk where the names and locations of files are stored. A disk can, and usually does, contain more than one directory; directories can contain other directories.

On the Macintosh and in Windows, directories are called *folders*. Directories are pictured as tree structures or boxes within boxes (Figure 80).

Directories are a way of classifying files; they do not divide the disk itself into sections. Any file can use as much space as needed, anywhere on the disk, regardless of what directory it is in.

SFDC00020113

**DirectX**



FIGURE 80. Directories (shown graphically)

**DirectX** an optional add-on animation and sound subsystem for Microsoft Windows, required by certain games and other software that needs higher graphics performance than can be obtained through normal operating system services. DirectX is available as a free download from Microsoft and is updated frequently. *See also* DXDIAG.

**dirty** *(slang)* needing to be written to disk or needing to be updated in some way.

**disassembler** a program that converts machine instructions into assembly language so that a human being can read them.

**disc** a compact disc (CD) or digital video disc (DVD). *See* DISK and usage note there.

**disclaimer** a statement absolving someone (or even oneself) of responsibility. The so-called "usual disclaimer" on e-mail messages is roughly, "These are not the opinions of my employer or the organization that transmits this message for me." Many people abbreviate this to "usual disclaimer applies." The disclaimer is unnecessary unless there is something about the e-mail message that would specifically cause people to misunderstand it.

**discrete speech** speech that is spoken with pauses between words to make it easier for a computer to recognize. *Contrast* CONTINUOUS SPEECH. *See* SPEECH RECOGNITION.

**discretionary hyphen** a hyphen that is used only when the word falls near the end of a line; sometimes called a SOFT HYPHEN. By specifying where you want the word to be broken, you override the word processor's automatic hyphenation. *Contrast* REQUIRED HYPHEN; HARD HYPHEN.

**disk** a round, flat device for storing computer data. There are three main kinds: DISKETTES, HARD DISKS, and OPTICAL DISKS (of which CD-ROMs are the most common kind).
   *Diskettes* are made of flexible plastic coated with iron oxide. Information is recorded on them by magnetizing the iron oxide coating