# Exhibit 928-5



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/415,375 | 03/31/2009 | Thyagarajan Nandagopal | ALU/130080 | 2601 |

46363        7590        01/11/2012
WALL & TONG, LLP/
ALCATEL-LUCENT USA INC.
25 James Way
Eatontown, NJ 07724

| EXAMINER |
|---|
| LE, THU NGUYET T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2162 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 01/11/2012 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 12/415,375 | NANDAGOPAL ET AL. |
| | Examiner | Art Unit | |
| | THU-NGUYET LE | 2162 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on <u>23 November 2011</u>.

2a) ☒ This action is **FINAL**.    2b) ☐ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

5) ☒ Claim(s) <u>1-20</u> is/are pending in the application.

    5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☒ Claim(s) <u>1-20</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

10) ☐ The specification is objected to by the Examiner.

11) ☒ The drawing(s) filed on <u>31 March 2009</u> is/are: a) ☒ accepted or b) ☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

12) ☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

13) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All  b) ☐ Some * c) ☐ None of:

      1. ☐ Certified copies of the priority documents have been received.

      2. ☐ Certified copies of the priority documents have been received in Application No. _____.

      3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☐ Information Disclosure Statement(s) (PTO/SB/08) Paper No(s)/Mail Date _____.

4) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.
5) ☐ Notice of Informal Patent Application
6) ☐ Other: _____.

## DETAILED ACTION

### Response to Amendment

1.      This office action has been issued in response to amendment filed on

11/23/2011.  Claims 1, 5-7, 9-10, 13-15, and 17 have been amended.  Claims 1-

20 are pending in this Office Action.  Accordingly, this action has been made

FINAL.

### *Claim Rejections - 35 USC § 101*

2.      35 U.S.C. 101 reads as follows:

> Whoever invents or discovers any new and useful process, machine, manufacture, or
> composition of matter, or any new and useful improvement thereof, may obtain a patent
> therefor, subject to the conditions and requirements of this title.

3.      Claims 9-20 are rejected under 35 U.S.C. 101 because the claimed

invention is directed to non-statutory subject matter.

Claims 9-12 are addressed to a "mesh network system" that can be

interpreted as referring lines of programming rather than referring to the

hardware system because the claims lack necessary physical articles or objects

to constitute a machine or a manufacture within the meaning of 35 USC 101. As

such, they fail to fall within a statutory category.

Claims 13-16 are not limited to tangible embodiments. In view of

Applicant's disclosure, specification page 13 lines 24-25, the "computer readable

medium" includes a radio or infra-red transmission channel, in page 15 lines 8-

10, "computer readable medium" is the communication medium.  As such, the

claims are not limited to statutory subject matter and are therefore non-statutory.

Application/Control Number: 12/415,375                                    Page 3
Art Unit: 2162

Claims 17-20 are addressed to a "content server" that can be interpreted

as referring lines of programming rather than referring to the hardware system

because the claims lack necessary physical articles or objects to constitute a

machine or a manufacture within the meaning of 35 USC 101. As such, they fail

to fall within a statutory category.


### Claim Rejections - 35 USC § 102

4.      The following is a quotation of the appropriate paragraphs of 35

U.S.C. 102 that form the basis for the rejections under this section made in this

Office action:

> A person shall be entitled to a patent unless –
>
> (e) the invention was described in (1) an application for patent, published under section 122(b), by another filed in the United States before the invention by the applicant for patent or (2) a patent granted on an application for patent by another filed in the United States before the invention by the applicant for patent, except that an international application filed under the treaty defined in section 351(a) shall have the effects for purposes of this subsection of an application filed in the United States only if the international application designated the United States and was published under Article 21(2) of such treaty in the English language.

5.      Claims 1-4, 6, 8-9, 11-13, 15-17, and 19-20 are rejected under 35

U.S.C. 102(e) as being anticipated by Liang (US 2008/0279273).

*With respect to claim 1,* Liang discloses a method for generating a multi-

level hierarchical directory structure and establishing relationships between

descriptors, the method comprising:

selecting an initial data object (para.[0032] lines 1-3);

creating one or more descriptors associated with the data object

(para.[0032] lines 1-4) wherein each of said descriptors are further associated

Application/Control Number: 12/415,375                                   Page 4
Art Unit: 2162

with one or more corresponding descriptors thereby forming a multi-level

relational tree (fig. 5 & 6, para.[0062] lines 1-5);

    determining the relationship between the one or more descriptors (fig. 5 &

6, para.[0062] lines 1-5);

    creating a hierarchical structure linking the different levels of descriptors

(fig. 5 & 6, para.[0062] lines 1-5);

    updating a corresponding database (para.[0058] lines 1-5); and

    identifying a single initial descriptor that links a plurality of descriptors

(para.[0032], [0058], [0062] lines 1-5, [0066] each TSFS has exactly one Service

Gateway object on top-level directory of TSFS, the Initial Object Descriptor of

Service Gateway object, fig. 6 TSFS file directory: the service gateway links other

descriptors such as file http://a.b/c, directory lid://g.h, and directory http://x.y/t)

and two or more predecessor descriptors linking another single descriptor (the

directories g.h and x.y/t are predecessor descriptors linking to another file

descriptor such as w) to thereby establish relationships between different

descriptors relative to themselves and to the single initial descriptor (fig. 6 depicts

relationships of different directories, files and to the service gateway).

    *Claim 2* is rejected for the reasons set forth hereinabove for claim 1 and

furthermore Liang teaches each descriptor can be related to one or more

predecessor descriptors thereby forming a hierarchical relationship (fig. 5 & 6,

para.[0062] lines 1-5).

    *Claim 3* is rejected for the reasons set forth hereinabove for claim 1 and

furthermore Liang teaches each descriptor can be associated with one or more

Application/Control Number: 12/415,375                                      Page 5
Art Unit: 2162

predecessor descriptors and the relationship of the object to the one or more

predecessor descriptors is acyclic (fig. 6).

**Claim 4** is rejected for the reasons set forth hereinabove for claim 1 and

furthermore Liang teaches determining the relationships between different

descriptors relative to themselves and to the initial data object (para.[0062]).

**With respect to claim 6,** Liang discloses a network management system

communicatively coupled to one or more element management systems adapted

to perform a method for creating a multi-level hierarchical directory structure and

establishing relationships between descriptors (fig. 6), comprising:

a processor for executing software instructions received from a memory to

perform thereby a method for, the method comprising:

linking each of a plurality of data objects to multiple respective descriptors

(para.[0032] lines 1-4, fig. 6), each of said descriptors being linked with one or

more predecessor tags (fig. 5 & 6, para.[0062] lines 1-5); and

identifying a single initial descriptor that links plurality of descriptors

(para.[0032], [0058], [0062] lines 1-5, [0066] each TSFS has exactly one Service

Gateway object on top-level directory of TSFS, the Initial Object Descriptor of

Service Gateway object, fig. 6 TSFS file directory: the service gateway links other

descriptors such as file http://a.b/c, directory lid://g.h, and directory http://x.y/t)

and two or more predecessor descriptors linking another single descriptor (the

directories g.h and x.y/t are predecessor descriptors linking to another file

descriptor such as w) to thereby establish the relationships between different

Application/Control Number: 12/415,375                                          Page 6
Art Unit: 2162

descriptors relative to themselves and to the single initial descriptor (fig. 6 depicts

relationships of different directories, files and to the service gateway).

     *Claim 8* is rejected for the reasons set forth hereinabove for claim 6 and

furthermore Liang discloses the relationships of the object to the one or more

descriptors is acyclic (fig. 6).

     *With respect to claim 9,* Liang discloses a mesh network system

comprising a network manager adapted to manage the mesh network and

perform a method for creating a multi-level hierarchical directory structure and

establishing relationships between descriptors, the method comprising:

     linking by a device each of a plurality of mesh clients and nodes to

multiple respective descriptors (para.[0032] lines 1-4, fig. 6), each of said

descriptors being linked with one or more predecessor descriptors (fig. 5 & 6,

para.[0062] lines 1-5); and

     identifying a single initial descriptor that links a list of mesh clients

(para.[0032], [0058], [0062] lines 1-5, [0066] each TSFS has exactly one Service

Gateway object on top-level directory of TSFS, the Initial Object Descriptor of

Service Gateway object, fig. 6 TSFS file directory: the service gateway links other

clients such as file http://a.b/c, directory lid://g.h, and directory http://x.y/t) and

two or more predecessor descriptors linking another single descriptor thereby

establishing the relationships between different descriptors relative (the

directories g.h and x.y/t are predecessor descriptors linking to another file

descriptor such as w) to themselves and to the single initial mesh client (fig. 6

depicts relationships of different directories, files and to the service gateway).

Application/Control Number: 12/415,375                                                  Page 7
Art Unit: 2162

**Claim 11** is rejected for the reasons set forth hereinabove for claim 9 and furthermore Liang discloses the client is one of a radio node, a router, a gateway (para.[0033]).

**Claim 12** is rejected for the reasons set forth hereinabove for claim 9 and furthermore Liang teaches the relationships of the client to the one or more descriptors is acyclic (fig. 6).

**With respect to claim 13,** Liang discloses a computer readable medium for storing instructions which, when executed by one or more processors communicatively coupled to a network, perform a method for creating a multi-level hierarchical directory structure and establishing relationships between descriptors, comprising:

linking by a device an object to multiple descriptors describing said object (para.[0032] lines 1-4, fig. 6), each of said descriptors being identified by one or more predecessor descriptors linked to the descriptor (fig. 5 & 6, para.[0062] lines 1-5); and

identifying a single initial descriptor that links plurality of descriptors (para.[0032], [0058], [0062] lines 1-5, [0066] each TSFS has exactly one Service Gateway object on top-level directory of TSFS, the Initial Object Descriptor of Service Gateway object, fig. 6 TSFS file directory: the service gateway links other descriptors such as http://a.b/c, directory lid://g.h, and directory http://x.y/t) and two or more predecessor descriptors linking another single descriptor to thereby establish relationships between different descriptors relative (the directories g.h and x.y/t are predecessor descriptors linking to another file descriptor such as w)

to themselves and to the single initial descriptor (fig. 6 depicts relationships of different directories, files and to the service gateway).

**Claim 15** is rejected for the reasons set forth hereinabove for claim 13 and furthermore Liang discloses the relationship of the object to the one or more descriptors is acyclic (fig. 6).

**Claim 16** is rejected for the reasons set forth hereinabove for claim 13 and furthermore Liang teaches determining the relationships between different descriptors relative to themselves and to the initial data object (para.[0062]).

**With respect to claim 17,** Liang discloses content server multicasting to a plurality of client servers in a network system adapted to perform a method for creating a multi-level hierarchical directory and establishing relationships between descriptors, the method comprising:

linking by the content server each of a plurality of client servers to multiple respective descriptors (para.[0032] lines 1-4, fig. 6), each of said descriptors being linked with one or more predecessor descriptors wherein a top level predecessor descriptor corresponds to the content server (fig. 5 & 6, para.[0062] lines 1-5); and

identifying a single initial descriptor that links a plurality of client servers (para.[0032], [0058], [0062] lines 1-5, [0066] each TSFS has exactly one Service Gateway object on top-level directory of TSFS, the Initial Object Descriptor of Service Gateway object, fig. 6 TSFS file directory: the service gateway links other clients such as file http://a.b/c, directory lid://g.h, and directory http://x.y/t) and two or more predecessor descriptors linking another single descriptor to thereby

establish relationships between different descriptors relative (the directories g.h and x.y/t are predecessor descriptors linking to another file descriptor such as w) to themselves and to the single initial client server (fig. 6 depicts relationships of different directories, files and to the service gateway).

**Claim 19** is rejected for the reasons set forth hereinabove for claim 17 and furthermore Liang teaches each descriptor can be associated with one or more predecessor descriptors and the relationships of the client server to the one or more descriptors is acyclic (fig. 6).

**Claim 20** is rejected for the reasons set forth hereinabove for claim 17 and furthermore Liang discloses the network further comprises a social network and the plurality of client servers comprise one or more end users (para.[0033]).


### *Claim Rejections - 35 USC § 103*

6.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains.  Patentability shall not be negatived by the manner in which the invention was made.

7.      Claims 5, 7, 10, 14, and 18 are rejected under 35 U.S.C. 103(a) as being unpatentable over Liang (US 2008/0279273) in view of Schaepe et al. (US 2004/0148296).

**Claim 5** is rejected for the reasons set forth hereinabove for claim 1 and furthermore Liang teaches both descriptors or objects described by a particular

descriptor using proper links and the descriptors describing the object or

descriptor using proper links (fig. 6, para.[0066]).

However, Liang does not explicitly disclose a graphical user interface

(GUI) to navigate the enmeshed directory in both direction.

Schaepe teaches method and system for extracting information form input

data comprises disclose a graphical user interface (GUI) to navigate the

enmeshed directory in both direction (fig. 5, para.[0036]).

It would have been obvious to one having ordinary skill in the art at the

time the invention was made having the teachings of Schaepe and Liang before

him/her to incorporate the method and system for extracting information form

input data into the method for generating a multi-level hierarchical directory

structure in order to advantageously navigating through the semantic network

according to linking object (para.[0009]). One of ordinary skill in the art would be

motivated to make the aforementioned combination with reasonable expectation

of success.

**_Claims 7, 10, 14 and 18_** are rejected for the same reasons discussed

related to claim 5.  Since claims 7, 10, 14 and 18 are substantially equivalent to

claim 5.

### *Response to Argument*

8.      With respect to applicant's argument regarding to the drawing objection, the drawing objection has been removed.

The claims have been amended to overcome the claim objection. Therefore, the claim objection has been removed.

Claims 9-20 have been amended.  However, the claims are stilled directed to non-statutory subject matter.  The U.S.C. § 101 rejections of claims 9-20 are maintained.

Claim 9 is amended to include "a device" to link each of a plurality mesh clients in the method.  The mesh network system still does not have the hardware device.  The examiner suggests adding a processor or a memory into the mesh network system.  For example: A mesh network system comprising a processor, a network manager adapted to manage the mesh network and perform… Also, the examiner suggests deleting "by a device".  The linking task is actually controlled by software instruction.

Claim 13 is amended to include "a device" to link an object to multiple descriptors.  However, the computer readable medium still includes a radio or infra-red transmission channel, and is communication medium.  The examiner suggests amending "a computer readable medium" of claim 13 to become "a computer readable storage medium".

Claim 17 is amended to include "the content server".  However, the server is a software component (IEEE - The Authoritative Dictionary of IEEE Standards

Terms).  Thus, the claim still needs a hardware component.  The examiner

suggests adding a processor or a memory into the mesh network system.  For

example: A content server comprising a processor, and multicasting ….

        Applicant argues that Liang does not teach "identifying a single initial

descriptor that links a plurality of descriptors and two or more predecessor

descriptors linking another single descriptor to thereby establish relationships

between different descriptors relative to themselves and to the single initial

descriptor".  The examiner respectfully disagrees and refers applicant to

para.[0032], [0050], [0058], [0062] lines 1-5, [0066] and fig. 6.  In the applicant's

description, the descriptors describe the object.  The Service Gateway is the

single initial descriptor because it describes type of object, which is on the top

level of hierarchy and Service Gateway object is the only one object in the TSFS.

The Service Gateway links to other descriptors such as file http://a.b/c, directory

lid://g.h, and directory http://x.y/t.  Thus, Liang teaches " "identifying a single initial

descriptor that links a plurality of descriptors".  The directories and files are

descriptors because it describes the object types.  Fig. 6 depicts the descriptors

g.h and x.y/t which are predecessor descriptors and link to another descriptor w.

Thus, Liang teaches "two or more predecessor descriptors linking another single

descriptor".  Figure 6 depicts relationships of different directories, files

(descriptors) to themselves and to the Service Gateway (single initial descriptor).

Thus, Liang discloses "establish the relationships between different descriptors

relative to themselves and to the single initial descriptor".

Accordingly, examiner strongly believes that a prima facie case has been clearly establish with respect to the prior art rejection of the instant claims, given their broadest reasonable interpretation.

### Conclusion

9.    **THIS ACTION IS MADE FINAL.**  Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action.  In the event a first reply is filed within TWO MONTHS of the mailing date of this final action and the advisory action is not mailed until after the end of the THREE-MONTH shortened statutory period, then the shortened statutory period will expire on the date the advisory action is mailed, and any extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of the advisory action.  In no event, however, will the statutory period for reply expire later than SIX MONTHS from the mailing date of this final action.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to THU-NGUYET LE whose telephone number is (571)270-1093.  The examiner can normally be reached on M-F 9:00-2:30.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, John Breene can be reached on 571-272-4107.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 12/415,375                                     Page 14
Art Unit: 2162

Information regarding the status of an application may be obtained from
the Patent Application Information Retrieval (PAIR) system.  Status information
for published applications may be obtained from either Private PAIR or Public
PAIR.  Status information for unpublished applications is available through
Private PAIR only.  For more information about the PAIR system, see http://pair-
direct.uspto.gov. Should you have questions on access to the Private PAIR
system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-
free). If you would like assistance from a USPTO Customer Service
Representative or access to the automated information system, call 800-786-
9199 (IN USA OR CANADA) or 571-272-1000.


/Thu-Nguyet  Le/
Primary Examiner, Art Unit 2162