# Exhibit 493-2

# A Dictionary of Computer Science

**SEVENTH EDITION**

OXFORD
UNIVERSITY PRESS


SFDC00019084

# OXFORD
UNIVERSITY PRESS

Great Clarendon Street, Oxford, OX2 6DP,
United Kingdom

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide. Oxford is a registered trade mark of
Oxford University Press in the UK and in certain other countries

© Market House Books Ltd, 1983, 1986, 1990, 1996, 2004, 2008, 2016

The moral rights of the author have been asserted

First edition 1983
Second edition 1986
Third edition 1990
Fourth edition 1996
Fifth edition 2004
Sixth edition 2008
Seventh edition 2016

Impression: 4

All rights reserved. No part of this publication may be reproduced, stored in
a retrieval system, or transmitted, in any form or by any means, without the
prior permission in writing of Oxford University Press, or as expressly permitted
by law, by licence or under terms agreed with the appropriate reprographics
rights organization. Enquiries concerning reproduction outside the scope of the
above should be sent to the Rights Department, Oxford University Press, at the
address above

You must not circulate this work in any other form
and you must impose this same condition on any acquirer

Published in the United States of America by Oxford University Press
198 Madison Avenue, New York, NY 10016, United States of America

British Library Cataloguing in Publication Data
Data available

Library of Congress Control Number: 2015952805

ISBN 978-0-19-968897-5
Ebook ISBN 978-0-19-100288-5

Printed in Great Britain by
Clays Ltd., Elcograf S.p.A.

Links to third party websites are provided by Oxford in good faith and
for information only. Oxford disclaims any responsibility for the materials
contained in any third party website referenced in this work.

where logic 1 is assigned to the higher voltage level; in **negative logic** circuits a logic 1 is indicated by the lower voltage level. *See also* MULTIVALUED LOGIC.

**logic symbols** A set of graphical symbols that express the function of individual *logic gates in a *logic diagram. The most common symbols are those for the simple Boolean functions and for flip-flops, as shown in the diagram.

**login (logon)** The process by which a user identifies herself or himself to a system. The terms are also used as verbs: log in, log on, or **sign on**. A system with many registered users will require each user to log in, and to produce some form of *authentication (such as a password) before allowing the user access to system resources. The login activity may also open an *accounting file for the session.

**logistic function** A ratio of sums of exponentials widely used in statistical analysis. The logistic function lies in the range (0,1), and its inverse, known as the **logit** of a proportion, is the logarithm of the odds-ratio (*see* ODDS).

**logit** *See* LOGISTIC FUNCTION.

**Logo** A programming language developed for use in teaching young children. Logo is a simple but powerful language: it incorporates the concept of *procedures, and helps children to think algorithmically. The original version of Logo incorporated *turtle graphics.



**Logic symbols.** Commonly used logic symbols

SFDC00019086