# Exhibit 493-3

# WEBSTER'S NEW WORLD®

# COLLEGE DICTIONARY

FIFTH EDITION

HOUGHTON MIFFLIN HARCOURT

BOSTON NEW YORK

Words are included in this dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this dictionary is not, however, an expression of the publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this dictionary is to be regarded as affecting the validity of any trademark.

Trademarks: Webster's New World, the Webster's New World logo, We Define Your World, and related trade dress are trademarks or registered trademarks of Houghton Mifflin Harcourt.

Copyright © 2014 Houghton Mifflin Harcourt Publishing Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Harcourt Publishing Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Harcourt Publishing Company, 3 Park Avenue, 19th Floor, New York, NY, 10016.

ISBN: 978-0-544-16606-6 (hardcover)
ISBN: 978-0-544-16553-3 (hardcover with CD-ROM)

Visit our website: www.hmhco.com

*Library of Congress Cataloging-in-Publication Data*
Webster's New world college dictionary / Editors of Webster's New World College Dictionaries.—Fifth Edition.
pages cm
ISBN 978-0-544-16606-6 (hardback)—ISBN 978-0-544-16553-3 (hardcover with cd-rom)
1. English language—Dictionaries. I. Title: New world college dictionary.
II. Title: World college dictionary.
PE1628.W5629 2014
423—dc23
2014004003

Manufactured in the United States of America
5 6 7 8 9 10 11 12 - CRW - 21 20 19 18 17 16 15
4500554538

*consist* only in knowing facts*]* 3 to exist in harmony (*with*); be consistent (*with*) 4 to be characterized (by something); have its existence (*in*) *[*her "culture" *consists* merely in watching television*]* 5 [Archaic] to hold together or be held together; exist (usually *by* some means or agent)

**con·sis·ten·cy** (kən sis′tən sē) ***n.***, *pl.* **-cies** ⟦ML *consistentia*: see fol.⟧ 1 *a)* the condition of holding together; firmness or thickness, as of a liquid *b)* amount or degree of this *[*oil of the wrong *consistency]* 2 agreement; harmony; logical connection *[*arguments lacking *consistency]* 3 agreement with what has already been done or expressed; conformity with previous practice Also **con·sis′tence**

**con·sis·tent** (kən sis′tənt) ***adj.*** ⟦L *consistens*, prp. of *consistere*: see CONSIST⟧ 1 [Rare] holding together; firm; solid *[consistent* soil*]* 2 in agreement or harmony; in accord; compatible *[*deeds not *consistent* with his words*]* 3 holding always to the same principles or practice *[consistent* behavior*]* —**con·sis′tent·ly** ***adv.***

**con·sis·to·ry** (kən sis′tə rē) ***n.***, *pl.* **-ries** ⟦ME *consistorie* < OFr < L *consistorium*, place of assembly, council < *consistere*: see CONSIST⟧ 1 *a)* [Obs.] a meeting place for a council or court *b)* the meeting of a council 2 *a)* a church council or court, as the papal senate or a council of deacons *b)* a session of such a body —**con·sis·to·ri·al** (kän′sis tôr′ē əl) ***adj.***

**con·so·ci·ate** (kən sō′shē āt′; *also, for n.*, -it) ***n.*** ⟦ME *consociat* < L *consociatus*, pp. of *consociare*, to share with, join < *com-*, with + *sociare*, to join: see SOCIABLE⟧ [Rare] an associate — ***vt.***, ***vi.*** **-at′ed, -at′ing** to join together; unite in association —**con·so′ci·a′tion** ***n.***

**con·sol** (kän′säl′, kən säl′) ***n.*** *sing. of* CONSOLS

**con·so·la·tion** (kän′sə lā′shən) ***n.*** ⟦ME *consolacioun* < OFr *consolation* < L *consolatio*⟧ 1 a consoling or being consoled; comfort; solace 2 a person or thing that consoles

**consolation prize** a prize given to a contestant who does well but does not win, or who wins in a match for those previously defeated

**con·sol·a·to·ry** (kən säl′ə tôr′ē, -sōl′-) ***adj.*** ⟦ME *consolatorie* < L *consolatorius* < pp. of *consolari*⟧ consoling or tending to console; comforting

**con·sole**[1] (kən sōl′) ***vt.*** **-soled′, -sol′ing** ⟦Fr *consoler* < L *consolari* < *com-*, with + *solari*, to comfort, SOLACE⟧ to make feel less sad or disappointed; comfort —*SYN.* COMFORT —**con·sol′a·ble** ***adj.*** —**con·sol′ing·ly** ***adv.***

**con·sole**[2] (kän′sōl′) ***n.*** ⟦Fr, prob. contr. < *consolateur*, lit., one who consoles (see prec.); name for carved figures supporting cornices or as rails in choir stalls (*sense development analogous to that of* MISERICORD, ***n.*** 1)⟧ 1 an ornamental bracket for supporting a shelf, bust, cornice, etc. 2 CONSOLE TABLE 3 the desklike frame containing the keys, stops, pedals, and other controls of an organ 4 a radio, television, or phonograph cabinet designed to stand on the floor ☆5 an instrument panel or unit, containing gauges and the controls for operating aircraft, automobiles, computers, and other electrical or electronic systems 6 a raised portion between bucket seats in an automobile, containing storage compartments, switches and controls, a gearshift, etc.

**con·sole table** (kän′sōl′) 1 a table supported by ornamental consoles 2 a small table with legs curved or carved to resemble consoles, placed against a wall

**con·sol·i·date** (kən säl′ə dāt′) ***vt.***, ***vi.*** **-dat′ed, -dat′ing** ⟦< L *consolidatus*, pp. of *consolidare* < *com-*, together + *solidare*, to make solid < *solidus*, solid: see HOLO-⟧ 1 to combine into a single whole; merge; unite 2 to make or become strong, stable, firmly established, etc. *[*the troops *consolidated* their position*]* 3 to make or become solid or compact —*SYN.* JOIN —**con·sol′i·da′tor** ***n.***

☆**consolidated school** a public school attended by pupils from several adjoining, esp. rural, districts

**con·sol·i·da·tion** (kən säl′ə dā′shən) ***n.*** a consolidating or being consolidated; specif., *a)* a merger; union *b)* a stabilization; strengthening *c)* a solidification

**con·sols** (kän′sälz′, kən sälz′) ***pl.n.*** ⟦< *consolidated annuities*⟧ British government securities, esp. those established in 1751 by the consolidation of nine loans

**con·som·mé** (kän′sə mā′, kän′sə mā′) ***n.*** ⟦Fr, orig. pp. of *consommer*, to CONSUMMATE; confused with *consumer*, to CONSUME⟧ a clear soup made by boiling meat, and sometimes vegetables, in water and straining: it is served hot or as a cold jelly

**con·so·nance** (kän′sə nəns) ***n.*** ⟦ME & OFr < L *consonantia* < *consonans*, prp. of *consonare*, to sound together with < *com-*, with + *sonare* < *sonus*, SOUND[1]⟧ 1 harmony or agreement of elements or parts; accord 2 a pleasing combination of simultaneous musical sounds; harmony of tones 3 *Prosody* repetition of a consonant sound in stressed syllables in the middle or at the end of words (*Ex.:* star/door, conceive/behoove)

**con·so·nan·cy** (-nən sē) ***n.*** CONSONANCE (sense 1)

**con·so·nant** (-nənt) ***adj.*** ⟦OFr < L *consonans*: see CONSONANCE⟧ 1 in harmony or agreement; in accord 2 harmonious in tone: opposed to DISSONANT 3 *Prosody* having consonance 4 consonantal —***n.*** 1 any speech sound in the production of which the speaker completely stops and then releases the air stream, as in (p, t, k, b, d, g), stops it at one point while it escapes at another, as in (m, n, ŋ, l, r), forces it through a loosely closed or very narrow passage, as in (f, v, s, z, sh, zh, th, *th*, H, kh, h, w, y), or uses a combination of these means, as in (ch, j): cf. VOWEL 2 a letter or symbol representing such a sound 3 *Linguis.* any phoneme, esp. one produced as described above, that does not form the peak of a syllable —**con′so·nant·ly** ***adv.***

**con·so·nan·tal** (kän′sə nant′'l) ***adj.*** 1 having the nature or function of a consonant 2 of or having a consonant or consonants

**consonant shift** a sound change or series of connected sound changes in the consonants of a language or family of languages, as a series of changes in the Indo-European stops that set Germanic apart from other Indo-European languages, or of changes in the Germanic stops that set High German apart from other Germanic languages

**con·sort** (kän′sôrt′; *for v.* kən sôrt′) ***n.*** ⟦OFr < L *consors* (gen. *consortis*), partner, neighbor < *com-*, with + *sors*, a share, lot: see SORT⟧ 1 [Obs.] a partner; companion 2 a wife or husband; spouse, esp. of a reigning king or queen 3 a ship that travels along with another 4 [Rare] *a)* [OFr *consorte* < L *consortium*, community of goods < *consors*] association; fellowship; company *b)* agreement; accord 5 *a)* a 16th-17th-cent. English chamber music ensemble, sometimes including vocalists (term now used in the name of certain chamber ensembles, esp. those specializing in music of the Renaissance) *b)* the music composed for such an ensemble —***vi.*** 1 to keep company or associate (*with* someone, esp. someone considered objectionable, undesirable, etc.) *[consorting* with thieves*]* 2 to be in harmony or agreement; be in accord —***vt.*** [Obs.] 1 to associate; join: usually reflexive 2 to accompany or escort

**con·sor·ti·um** (kən sôrt′ē əm; -sôr′shē əm, -shəm) ***n.***, *pl.* **-tia** (-ə) ⟦L, community of goods: see prec.⟧ 1 a partnership or association; specif., *a)* a temporary alliance of two or more business firms in a common venture *b)* an international banking agreement or association 2 *Law* the companionship and support provided by marriage, including the right of each spouse to receive this from the other

**con·spe·cif·ic** (kän′spə sif′ik) ***adj.*** ⟦< *conspecies*, fellow species (see CON- & SPECIES), modeled on SPECIFIC⟧ belonging to the same species

**con·spec·tus** (kən spek′təs) ***n.*** ⟦L, a view, range of sight, pp. of *conspicere*: see fol.⟧ 1 a general view; survey 2 a summary; outline; synopsis; digest

**con·spic·u·ous** (kən spik′yoo əs) ***adj.*** ⟦L *conspicuus*, open to view < *conspicere*, to look at, observe < *com-*, intens. + *specere*, see: see SPY⟧ 1 easy to see or perceive; obvious *[*a *conspicuous* billboard*]* 2 attracting attention by being unexpected, unusual, outstanding, or egregious; striking *[conspicuous* bravery, *conspicuous* folly*]* —*SYN.* NOTICEABLE —**con·spic′u·ous·ly** ***adv.*** —**con·spic′u·ous·ness** ***n.***

☆**conspicuous consumption** ⟦coined by T. VEBLEN in *The Theory of the Leisure Class* (1899)⟧ showy extravagance in buying or using goods or services, meant to impress others with one's wealth, status, etc.

**con·spir·a·cy** (kən spir′ə sē) ***n.***, *pl.* **-cies** ⟦ME *conspiracie*, prob. via ML *conspirancia* < L *conspirare*: see CONSPIRE⟧ 1 a planning and acting together secretly, esp. for an unlawful or harmful purpose, such as murder or treason 2 the plan agreed on; plot 3 the group taking part in such a plan 4 a combining or working together *[*the *conspiracy* of events*]* —*SYN.* PLOT

**conspiracy theory** any theory that purports to explain something by ascribing it to collusion among powerful conspirators: a usually dismissive term implying that the theory is far-fetched, paranoid, etc. —**conspiracy theorist**

**con·spir·a·tor** (kən spir′ət ər) ***n.*** ⟦ME *conspiratour* < OFr < ML *conspirator* < pp. of L *conspirare*: see CONSPIRE⟧ a person who takes part in a conspiracy

**con·spir·a·to·ri·al** (kən spir′ə tôr′ē əl) ***adj.*** 1 of or characteristic of a conspirator or conspiracy 2 conspiring or fond of conspiracy —**con·spir′a·to′ri·al·ly** ***adv.***

**con·spire** (kən spīr′) ***vi.*** **-spired′, -spir′ing** ⟦ME *conspiren* < OFr *conspirer* < L *conspirare*, to breathe together, agree, unite < *com-*, together + *spirare*, to breathe: see SPIRIT⟧ 1 to plan and act together secretly, esp. in order to commit a crime 2 to combine or work together for any purpose or toward any effect *[*events *conspired* to ruin him*]* —***vt.*** [Rare] to plan or plot

***con spi·ri·to*** (kän spir′i tō′) ⟦It⟧ *Musical Direction* with spirit; with vigor

**const** or **Const** *abbrev.* 1 constable 2 constant 3 constitution 4 constitutional 5 construction

**con·sta·ble** (kän′stə bəl; *Brit* kun′-) ***n.*** ⟦ME < OFr *conestable* < LL *comes stabuli*, lit., count of the stable, hence chief groom < L *comes*, companion, fellow (see COUNT[2]) + *stabulum*, STABLE[2]⟧ 1 in the Middle Ages, the highest-ranking official of a royal household, court, etc. 2 the warden or keeper of a royal fortress or castle 3 a peace officer in a town or village, with powers and jurisdiction somewhat more limited than those of a sheriff 4 [Chiefly Brit.] a police officer

**Con·sta·ble** (kun′stə bəl, kän′-), **John** 1776-1837; Eng. landscape painter

**con·stab·u·lar·y** (kən stab′yə ler′ē) ***n.***, *pl.* **-lar′ies** ⟦ML *constabularia*⟧ 1 the territory under the jurisdiction of a constable 2 constables, collectively, as of a district 3 a police force characterized by a military organization but distinct from the regular army —***adj.*** of constables or a constabulary: also **con·stab′u·lar** (-lər)

**Con·stance**[1] (kän′stəns) ***n.*** ⟦Fr < L *Constantia*, lit., constancy: see CONSTANCY⟧ a feminine name: dim. *Connie*

**Con·stance**[2] (kän′stəns), **Lake (of)** lake bounded by Switzerland, Germany, & Austria: 208 sq mi (539 sq km); c. 46 mi (74 km) long: Ger. name BODENSEE

**con·stan·cy** (kän′stən sē) ***n.*** ⟦L *constantia* < *constans*, prp. of *constare* < *com-*, together + *stare*, to STAND⟧ the state or quality of being unchanging; specif., *a)* firmness of mind or purpose; resoluteness *b)* steadiness of affections or loyalties; faithfulness *c)* freedom from variation or change; regularity; stability

**con·stant** (kän′stənt) ***adj.*** ⟦ME & OFr *constant* < L *constans*: see prec.⟧ 1 not changing; remaining the same; specif., *a)* remaining firm in purpose; resolute *b)* remaining steady in affections or loyalties; faithful *c)* remaining free from variation or change; regular; stable 2 going on all the time;

Case 6:20-cv-01171-ADA Document 32-19 Filed 10/07/21 Page 5 of 9

**pat·ten** (pat′'n) *n.* [ME *paten* < MFr *patin* < OFr *pate*, a paw: see PATOIS] any of various thick wooden sandals or clogs formerly worn for walking over wet or muddy ground

**pat·ter¹** (pat′ər) *vi.* [freq. of PAT²] **1** to make a patter **2** to run or move along so as to make a patter —*n.* a series of quick, light taps [the *patter* of rain on leaves]

**pat·ter²** (pat′ər) *vt., vi.* [ME *pateren* < *pater*, in *paternoster*, as pronounced in rapid, mechanical recitation] to speak or mumble rapidly or glibly; recite (prayers, etc.) mechanically or thoughtlessly —*n.* **1** language peculiar to a group, class, etc., and not generally understood by outsiders; cant; jargon **2** the glib, rapid speech of salespeople, comedians, magicians, etc. **3** idle, meaningless chatter —**pat′ter·er** *n.*

**pat·ter³** (pat′ər) *n.* a person or thing that pats

**pat·tern** (pat′ərn) *n.* [ME *patron* < OFr *patrun*, patron, hence something to be imitated, pattern: see PATRON] **1** a person or thing considered worthy of imitation or copying **2** a model or plan used as a guide in making things; set of forms to the shape of which material is cut for assembly into the finished article [a dress *pattern*] **3** the full-scale model used in making a sand mold for casting metal **4** something representing a class or type; example; sample **5** an arrangement of form; disposition of parts or elements; design [wallpaper *patterns*, the *pattern* of a novel] **6** a regular, mainly unvarying way of acting or doing [behavior *patterns*] **7** a predictable or prescribed route, movement, etc. [traffic *pattern*, landing *pattern*] **8** *a)* grouping or distribution, as of a number of bullets fired at a mark *b)* something, as a diagram, showing such distribution ☆**9** [Now Rare] sufficient material for making a garment —*vt.* **1** to make, do, shape, or plan in imitation of a model or pattern: with *on*, *upon*, or *after* **2** to supply with a pattern or design; mark or decorate with a pattern —*SYN.* MODEL

**pat·tern·mak·er** (-māk′ər) *n.* a person who makes patterns, as for molds or for various articles to be mass-produced: also **pattern maker**

**patter song** a musical-comedy song with a simple tune and comic lyrics sung with great rapidity

**Pat·ti** (pät′tē; *E* pat′ē), **A·de·li·na** (ä′de lē′nä) (born *Adela Juana Maria Patti*) 1843-1919; It. operatic soprano, born in Spain

**Pat·ton** (pat′'n), **George S(mith)** 1885-1945; U.S. general

**pat·ty** (pat′ē) *n., pl.* **-ties** [Fr *pâté*: see PÂTÉ] **1** a small pie, esp. a meat pie **2** a small, flat cake of ground meat, fish, etc., usually fried **3** any disk-shaped piece, as of candy

**pat·ty-cake** (pat′ē kāk′) *n.* [< earlier sp. *pat-a-cake*] **1** the opening words of a nursery rhyme **2** a game played by clapping the hands in rhythm to this rhyme

**pat·ty·pan** (-pan′) *n.* [orig., a small, round baking pan < PATTY + PAN¹] a variety of summer squash having a saucer-shaped white fruit, scalloped around the edges

**patty shell** a small pastry case in which an individual portion of creamed fish, meat, etc. is served

**pat·u·lous** (pa′tyōō ləs, pach′ə-) *adj.* [L *patulus* < *patere*, to stretch out: see FATHOM] *Bot.* standing open, or spreading —**pat′u·lous·ly** *adv.* —**pat′u·lous·ness** *n.*

**patz·er** (pat′sər) *n.* [prob. < Ger *patzen*, to bungle, blunder] [Slang] an amateur or inferior chess player

**PAU** *abbrev.* Pan American Union

**pau·ci·ty** (pô′sə tē) *n.* [ME *paucyte* < MFr or L: MFr *paucité* < L *paucitas* < *paucus*, FEW] **1** fewness; small number **2** scarcity; dearth; insufficiency

**Paul¹** (pôl) *n.* [L *Paulus* (or Gr *Paulos*), Roman surname, prob. < *paulus*, small: akin to *paucus*, FEW] a masculine name: equiv. L. *Paulus*, It. *Paolo*, *Paulo*, Sp. *Pablo*: fem. *Paula*, *Pauline*

**Paul²** (pôl) **1** (original name *Saul*) (died A.D. 67?); a Jew of Tarsus who became the Apostle of Christianity to the Gentiles: author of several Letters in the New Testament: his day is June 29: also **Saint Paul** **2 Paul I** 1754-1801: czar of Russia (1796-1801): son of Catherine II & Peter III **3 Paul III** (born *Alessandro Farnese*) 1468-1549; pope (1534-49) **4 Paul VI** (born *Giovanni Battista Montini*) 1897-1978; pope (1963-78)

**Paul·a** (pô′lə) *n.* [L, fem. of PAUL¹] a feminine name: see PAUL¹

**Paul Bun·yan** (bun′yən) *American Folklore* a giant lumberjack who, with the help of his blue ox, Babe, performs various superhuman feats

**paul·dron** (pôl′drən) *n.* [ME *polrond*, aphetic < MFr *espauleron* < *espaule*, the shoulder: see EPAULET] a piece of plate armor to protect the shoulder

**Pau·li** (pou′lē), **Wolf·gang** (woolf′gaŋ′; *Ger* vôlf′gäŋk′) 1900-58; U.S. physicist, born in Austria

**Pauli exclusion principle** [after prec.] the principle that no two electrons, protons, etc. in a given system can have the same set of quantum numbers and, thus, that no two can occupy the same space at the same time: see FERMION

**Paul·ine¹** (pôl′īn′, -lēn′) *adj.* [ModL *Paulinus*] of or characteristic of the Apostle Paul, his writings, or his doctrines

**Paul·ine²** (pô lēn′) *n.* [L *Paulina*, fem. of *Paulinus* < L *Paulus*, PAUL¹] a feminine name

**Paul·ing** (pô′liŋ), **Li·nus (Carl)** (lī′nes) 1901-94; U.S. chemist

**Paul·ist** (pô′list) *n.* ☆a member of a Roman Catholic group, the Society of Missionary Priests of St. Paul the Apostle, founded in New York in 1858

**pau·low·ni·a** (pô lō′nē ə) *n.* [ModL, after Anna *Pavlovna* (died 1865), daughter of Czar PAUL I] any of a genus (*Paulownia*) of Asian trees of the figwort family, with large, heart-shaped leaves and large, erect clusters of violet flowers; esp., a tree (*P. tomentosa*) having fragrant, violet flowers like those of foxglove

**paunch** (pônch) *n.* [ME *paunche* < MFr *panche* < L *pantex* (gen. *panticis*), belly < IE base **pank-*, to swell > Russ *puk*, a bundle, bunch] **1** the abdomen, or belly; esp., a large, protruding belly; potbelly **2** RUMEN —**paunch′i·ness** *n.* —**paunch′y** *adj.*

**pau·per** (pô′pər) *n.* [L, poor person, POOR] **1** [Historical] a person who lives on charity, esp. on tax-supported charity **2** any person who is extremely poor

**pau·per·ism** (-iz′əm) *n.* the condition of being a pauper

**pau·per·ize** (pô′pər īz′) *vt.* **-ized′**, **-iz′ing** to make a pauper of; impoverish —**pau′per·i·za′tion** *n.*

**pau·piette** (pō pyet′) *n.* [*also in italics*] a thin slice of meat or fish rolled around a filling as of meat or vegetables and then braised or fried

**pau·ro·me·tab·o·lous** (pô′rō mə tab′ə ləs) *adj.* [< Gr *pauros*, small (< IE base **pōu-*: see FEW) + *metabolos*, changeable < *metabolē*, change: see METABOLISM] designating or of a group of insect orders, as orthopterans or hemipterans, in which metamorphosis to the adult state from the juvenile state is gradual and without any sudden, radical change of body form: also **pau′ro·met′a·bol′ic** (-met′ə bäl′ik) *n.* —**pau′ro·me·tab′o·lism′** *n.*

**Pau·sa·ni·as** (pô sā′nē əs) 2d cent. A.D.; Gr. historian & geographer, probably born in Lydia

**pause** (pôz) *n.* [ME *pawse* < MFr *pause* < L *pausa* < Gr *pausis*, a stopping < *pauein*, to bring to an end < IE base **paus-*, to let go > OPrus *pausto*, wild] **1** a short period of inaction; temporary stop, break, or rest, as in speaking or reading **2** hesitation; interruption; delay [pursuit without *pause*] **3** *a)* a stop or break in speaking or reading, which clarifies meaning *b)* any mark of punctuation indicating this **4** *Music a)* the holding of a tone or rest beyond its written value, at the discretion of the performer *b)* a sign 𝄐 indicating this, written above the note or rest **5** *Prosody* a rhythm break or caesura —*vi.* **paused, paus′ing** [Fr *pauser* < L *pausare*, to stop < the n.] **1** to make a pause; be temporarily inactive; stop; hesitate **2** to dwell or linger: with *on* or *upon* —*vt.* to cause to be temporarily inactive; briefly stop the action of (an electronic device, audio or video stream, etc.) —**give someone pause** to make someone hesitant or uncertain —**paus′er** *n.*

**pav·ane** (pə van′, -vän′) *n.* [Fr < OIt *pavana* < (*danza*) *Pavana*, lit., (dance) of Padua < dial. *Pava*, for *Padua*: assoc. by folk etym. with Fr *pavaner*, to strut, walk like a peacock < L *pavo*, peacock] **1** a slow, stately court dance of Spanish or Italian origin, performed by couples **2** the music for this Also **pav·an** (pav′ən)

**Pa·va·rot·ti** (pä′və rôt′ē; *It* pä′vä rôt′tē), **Lu·cia·no** (lōō chä′nô) 1935-2007; It. operatic tenor

**pave** (pāv) *vt.* **paved, pav′ing** [ME *paven* < OFr *paver* < VL **pavare*, for L *pavire*, to ram, beat < IE base **pēu-*, to strike, chop > Lith *piauti*, L *putare*, to cut] **1** to cover over the surface of (a road, etc.), as with concrete, asphalt, or brick **2** to be the top surface or covering of **3** to cover closely or thickly; overlay —**pave the way (for)** to prepare the way (for); facilitate the introduction (of)

**pa·vé** (pa vā′) *n.* [Fr, orig. pp. of OFr *paver*, prec.] **1** [Archaic] pavement **2** a setting of jewelry in which the gems are placed close together so that no metal shows

**pave·ment** (pāv′mənt) *n.* [OFr < L < *pavimentum* < *pavire*, to beat: see PAVE] **1** a paved surface or covering, as of concrete, brick, etc.; specif., *a)* a paved street or road *b)* [Brit.] a sidewalk **2** the material used in paving

**pav·er** (pā′vər) *n.* **1** a person or thing that paves **2** a brick, stone, etc. used in paving, esp. such a brick specially designed and treated for use in yard or garden walks

**Pa·vi·a** (pä vē′ä) commune in NW Italy, on the Ticino River

**pav·id** (pav′id) *adj.* [L *pavidus* < *pavere*, to tremble, orig., be struck down < *pavire*: see PAVE] [Rare] fearful; afraid; timid

**pa·vil·ion** (pə vil′yən) *n.* [ME *pavilon* < OFr *pavillon* < L *papilio*, butterfly, also tent (from its shape): see PAPILIONACEOUS] **1** a large tent, usually with a peaked top **2** *a)* a building or part of a building, often partly open and highly ornamented, used for entertainment, exhibits, etc., as at a fair or park *b)* a decorative shelter or summerhouse **3** part of a building jutting out from the main part and often ornamented **4** any of the separate or connected parts of a group of related buildings, as of a hospital or sanitarium **5** the part of a brilliant-cut gem between the girdle and the culet —*vt.* to furnish with or shelter in or as in a pavilion

**pav·ing** (pā′viŋ) *n.* **1** a pavement **2** material for a pavement

**pav·ior** (pāv′yər) *n.* [altered < ME *pavier* < *paven*, PAVE] **1** a person or thing that paves; paver **2** the material used in paving Also [Chiefly Brit.] **pav′iour**

**pav·is** (pav′is) *n.* [ME *paveis* < MFr *pavaiz* < It *pavese* after *Pavia*, Italy, where first made] a large shield for protecting the entire body, used in the 14th through 16th cent.: also sp. **pav′ise**

**Pav·lov** (pav′lôv′; *Russ* pä′vlôf′), **I·van Pe·tro·vich** (i vän′ pye trô′vich) 1849-1936; Russ. physiologist —**Pav·lov·i·an** (pav lô′vē ən, -lō′-) *adj.*

**Pav·lo·va** (päv lō′və, pav-; *Russ* päv′lô və′), **An·na (Matveyevna)** (än′ä) 1881-1931; Russ. ballet dancer

**Pa·vo** (pā′vō) *n.* [L, PEACOCK] a S constellation near the celestial pole between Octans and Telescopium

**pav·o·nine** (pav′ə nīn′, -nin) *adj.* [L *pavoninus* < *pavo*, PEACOCK] **1** of or resembling a peacock **2** iridescent, as a peacock's tail

**paw¹** (pô) *n.* [ME *paue* < OFr *poue* < Frank **pauta*, a paw (< pre-Celt **pauta*) > Ger *pfote*] **1** the foot of a four-footed animal having claws **2** [Informal] a hand — *vt., vi.* **1** to touch, dig, hit, strike out (at), etc. with the paws or feet [a horse *pawing* the air] **2** *a)* to handle (something) clum-

as can be shown by a flat extent on a graph, etc.; specif., a period in which an individual's learning rate does not improve —*vi.* to become relatively stable or constant, as in position

**plate block** *Philately* a block of postage stamps with a serial number (**plate number**) in the margin

**plat·ed** (plāt′id) *adj.* 1 covered or protected with plates, as of armor 2 knitted of two kinds of yarn, one forming the face and the other the back 3 overlaid or coated with a metal, esp. a precious one, by a plating process [*silver-plated*]

**plate·ful** (plāt′fool′) *n., pl.* **-fuls′** as much as a plate will hold

**plate glass** ground and polished, clear glass in thick sheets used for shop windows, mirrors, etc.

**plate·let** (plāt′lit) *n.* [PLATE + -LET] 1 any of certain round or oval, nonnucleated disks, smaller than a red blood cell and containing no hemoglobin, found in the blood of mammals and associated with the process of blood clotting 2 THROMBOCYTE (sense 1)

**plat·en** (plat′'n) *n.* [ME *plateyne* < OFr *platine*, flat plate, metal plate < *plat*: see PLATE] 1 a flat metal plate, as that in a printing press which presses the paper against the inked type ☆2 in a typewriter, the roller against which the keys strike the ribbon and paper

**plat·er** (plāt′ər) *n.* 1 a person or thing that plates 2 [see PLATE, *n.* 13*b*] an inferior race horse

**plate rail** a shelflike molding along the upper part of a wall of a room, for holding ornamental plates, etc.

**plate tectonics** *Geol.* the theory that the earth's surface consists of plates, or large crustal slabs, whose constant motion explains continental drift, mountain building, etc.

**plat·form** (plat′fôrm′) *n.* [Fr *plate-forme*, lit., flat form: see PLATE & FORM] 1 a raised horizontal surface of wood, stone, or metal; specif., *a)* a raised stage or flooring beside railroad tracks or the like *b)* a raised flooring or stage for performers, speakers, etc. ☆2 a statement of principles and policies, esp. of a political party 3 a shoe with a platform sole: in full **platform shoe** 4 *Comput.* *a)* a standard hardware design for use with a compatible operating system, software, etc. *b)* such a compatible system, software, etc. 5 a basic design, process, plan, etc., esp. one that functions as a basis for growth or innovation 6 a means or opportunity for public discussion; forum 7 a means of disseminating information, as through a media outlet, the Internet, etc. —*adj.* designating a thick sole of cork, leather, etc. for a shoe

**platform bed** a bed consisting of a mattress supported by a platform on legs, often with the space below enclosed

☆**platform rocker** a rocking chair that rocks atop an attached, stationary base

☆**platform scale** [*also pl.*] a weighing machine with a platform for holding whatever is to be weighed

☆**platform tennis** a type of PADDLE TENNIS using a rubber ball: the platform is surrounded by a wire screen, off which the ball may be played

**Plath** (plath), **Sylvia** 1932-63; U.S. poet

**plat·ing** (plāt′iŋ) *n.* 1 the act or process of a person or thing that plates 2 an external layer of metal plates 3 a thin coating of gold, silver, tin, etc.

**pla·tin·ic** (plə tin′ik) *adj.* of, like, or containing platinum, esp. tetravalent platinum

**plat·i·nize** (plat′'n īz′) *vt.* **-nized′**, **-niz′ing** to coat or combine with platinum —**plat′i·ni·za′tion** *n.*

**plat·i·no·cy·a·nide** (plat′'n ō′sī′ə nīd′) *n.* a double salt of platinous cyanide and another cyanide

**plat·i·noid** (plat′'n oid′) *adj.* [PLATIN(UM) + -OID] resembling platinum —*n.* 1 an alloy of copper, nickel, zinc, and tungsten, having a strong resistance to electric current: used in resistors, thermocouples, etc. 2 any metal associated with platinum

**plat·i·nous** (plat′'n əs) *adj.* of, like, or containing platinum, esp. divalent platinum

**plat·i·num** (plat′'n əm) *n.* [ModL < Sp *platina*, dim. of *plata*, silver < Prov, metal plate, silver bar, silver < VL **plattus*, flat: see PLATE] a silver-colored, malleable, ductile, metallic chemical element that is highly resistant to corrosion and tarnish, used as a chemical catalyst, for acid-proof containers, ignition fuses, jewelry, dental alloys, etc.: symbol, Pt; at. no. 78: see the periodic table of elements in the Reference Supplement —*adj.* [by assoc. with the platinum-plated copy awarded to the performer(s)] ☆designating a record, tape, disc, video, etc. which has registered sales of a specified number, as two million, or value, as $1,000,000: platinum reflects a greater number or value than gold

**platinum black** a black powder of finely divided metallic platinum, made by reduction of platinum salts: used as a catalyst, as in organic synthesis

☆**platinum blonde** [from the silvery color of the metal] 1 a girl or woman with very light, silvery-blonde hair, natural or bleached 2 such a color

**platinum metal** any of a group of similar metals, including ruthenium, rhodium, palladium, osmium, iridium, and platinum

**plat·i·tude** (plat′ə to͞od′, -tyo͞od′) *n.* [Fr < OFr *plat*, flat (see PLATE), infl. by *latitude*, *rectitude*] 1 a commonplace, flat, or dull quality, as in speech or writing 2 a commonplace or trite remark, esp. one uttered as if it were fresh or original —**plat′i·tu′di·nous** (-to͞od′'n əs) *adj.* —**plat′i·tu′di·nous·ly** *adv.*

*SYN.*—a **platitude** is a trite remark or idea, esp. one uttered as if it were novel or momentous; a **commonplace** is any obvious or conventional remark or idea; a **truism** is a statement whose truth is widely known and whose utterance, therefore, seems superfluous; a **cliché** is an expression or idea which, though once fresh and forceful, has become hackneyed and weak through much repetition; **bromide** is an informal term for a platitude that is especially dull, tiresome, or annoying

**plat·i·tu·di·nize** (plat′ə to͞od′'n īz′, -tyo͞od′-) *vi.* **-nized′**, **-niz′ing** to write or speak platitudes

**Pla·to** (plāt′ō) [Gr *Platōn*] 427?-347? B.C.; Gr. philosopher

**Pla·ton·ic** (plə tän′ik, plā-) *adj.* [L *Platonicus* < Gr *Platōnikos*] 1 of or characteristic of Plato or his philosophy 2 idealistic, visionary, or impractical 3 [*usually* **p-**] designating or of a relationship, or love, between a man and a woman that is purely spiritual or intellectual and without sexual activity —**pla·ton′i·cal·ly** *adv.*

**Platonic year** GREAT YEAR

**Pla·to·nism** (plāt′'n iz′əm) *n.* [ModL *platonismus*] 1 the philosophy of Plato or his school; esp., the doctrine holding that objects of perception are real insofar as they imitate or participate in an independent realm of immutable essences, ideas, or logical forms which constitute the world of essential reality: see IDEALISM 2 the theory or practice of platonic love

**Pla·to·nist** (plāt′'n ist) *n.* 1 a follower of Plato or his philosophy 2 a person who tends to be abstract, speculative, or idealistic in outlook, rather than empirical or practical: distinguished from ARISTOTELIAN

**Pla·to·nize** (plāt′'n īz′) *vi.* **-nized′**, **-niz′ing** to follow the philosophy of Plato; philosophize in a Platonic manner —*vt.* to make Platonic

**pla·toon** (plə to͞on′) *n.* [Fr *peloton*, a ball, group, platoon < OFr *pelote*, a ball: see PELLET] 1 a military unit composed of two or more squads or sections, normally under the command of a lieutenant: it is a subdivision of a company, troop, etc. 2 a group or unit like this [*a platoon of police*] 3 *Sports* any of the specialized squads (as the offensive and defensive squads in professional football) constituting a single team —*vt.* 1 to divide into platoons, or use as or on a platoon ☆2 *Sports* to alternate (players) at a position [*to platoon two rookies in right field*] —*vi.* *Sports* 1 to be alternated with another player at a position 2 to platoon players at a position

**platoon sergeant** *U.S. Army* the senior noncommissioned officer in a platoon, equal in grade to a sergeant first class

**Platt·deutsch** (plät′doich′) *n.* [Ger < Du *platduitsch* < *plat*, plain, clear, lit., flat (< OFr: see PLATE) + *duitsch*, German: see DEUTSCHLAND] the group of West Germanic dialects of N Germany; Low German

**Platte** (plat) [< Fr *Rivière Platte*, lit., flat river] river formed in central Nebr. by the North Platte & the South Platte rivers, & flowing eastward into the Missouri: 310 mi (499 km)

**plat·ter** (plat′ər) *n.* [ME *plater* < Anglo-Fr < OFr *plat*: see PLATE] 1 a large plate, usually oval, for serving food, esp. meat or fish 2 the circular, motor-driven surface of a turntable on which phonograph records are played ☆3 [Old Slang] HOME PLATE ☆4 [Slang] a phonograph record

**Platts·burgh** (plats′burg) [after Z. *Platt*, early settler, *c.* 1784] city in NE N.Y., on Lake Champlain: scene of a British invasion (1814) repulsed by the U.S.

**plat·y**¹ (plāt′ē) *adj. Geol.* composed of plates, sheets, or slabs, as certain sandstones or limestones

**plat·y**² (plat′ē) *n., pl.* **plat′y, plat′ys, plat′ies** [clipped < ModL *Platypoecilus*, a genus of fishes < fol. + Gr *poikilos*, many-colored] any of various brightly colored livebearers (genus *Xiphophorus*) native to Central America

**plat·y-** (plat′ə) [< Gr *platys*, broad, flat < IE **plat-*, var. of base **pla-* > PLAIN¹] *combining form* broad or flat [*platyhelminth*]

**plat·y·hel·minth** (plat′ə hel′minth) *n.* [prec. + HELMINTH] any of a phylum (Platyhelminthes) of flat worms with a soft, unsegmented body and a flame cell system, as the planarians, tapeworms, or liver flukes; flatworm —**plat′y·hel·min′thic** *adj.*

**plat·y·pus** (plat′ə pəs) *n., pl.* **-pus·es** or **-pi′** (-pī′) [ModL < Gr *platypous*, flatfooted < *platys*, flat (see PLATY-) + *pous*, FOOT] a small, aquatic, egg-laying monotreme mammal (*Ornithorhynchus anatinus*) of Australia and Tasmania, with webbed feet, a beaverlike tail, and a ducklike bill; duckbill

platypus

**plat·yr·rhine** (plat′ə rīn′, -rin) *adj.* [ModL *platyrrhinus* < Gr *platyrrhin*, broad-nosed < *platy* (see PLATY-) + *rhis* (gen. *rhinos*), nose: see RHINO-] having a broad, flat nose with nostrils that open to the side, creating a wide, flat septum —*n.* a platyrrhine animal, esp. the New World monkeys See CATARRHINE

**plau·dit** (plô′dit) *n.* [< L *plaudite*, pl. imper. of *plaudere*, to applaud] [*usually pl.*] 1 an applauding or round of applause 2 any expression of approval or praise

**plau·si·ble** (plô′zə bəl) *adj.* [L *plausibilis* < *plaudere*, to applaud] 1 seemingly true, acceptable, etc. 2 seemingly honest, trustworthy, etc.: often implying distrust —**plau′si·bil′i·ty** *n.*, **plau′si·ble·ness** —**plau′si·bly** *adv.*

*SYN.*—**plausible** applies to that which at first glance appears to be true, reasonable, valid, etc. but which may or may not be so, although there is no connotation of deliberate deception [*a plausible argument*]; **credible** is used of that which is believable because it is supported by evidence, sound logic, etc. [*a credible account*]; **specious** applies to that which is superficially reasonable, valid, etc. but is actually not so, and it connotes intention to deceive [*a specious excuse*] —*ANT.* **genuine, actual**

Case 6:20-cv-01171-ADA Document 32-19 Filed 10/07/21 Page 7 of 9

**tim·er** (tīm′ər) *n.* 1 *a)* TIMEKEEPER *b)* STOPWATCH ☆2 in internal-combustion engines, any part or system designed to control the timing of the spark in the cylinder 3 any of various devices for timing, or automatically starting and stopping at predetermined times, the operation of some mechanism

☆**time-re·lease** (tīm′rə lēs′) *adj.* of or characterized by the gradual release of active ingredients [*a time-release* antihistamine capsule]: also **time′-re·leased′**

**times** (tīmz) *prep.* multiplied by [two *times* three is six]: symbol, × —*n.* a quantity consisting of equal multiples or equal fractions of a given quantity or quality: often used loosely [three *times* the amount, five *times* smaller, many *times* greater]

**time·sav·ing** (tīm′sāv′iŋ) *adj.* that saves time because of greater efficiency, etc. —**time′sav′er** *n.*

**time·serv·er** (tīm′sur′vər) *n.* a person who for personal advantage adapts his or her patterns of behavior to suit the mood of the times or to please those in power; toady —**time′serv′ing** *n., adj.*

☆**time-share** (tīm′sher′) *n.* 1 TIME SHARING (sense 2) 2 a property held in time sharing Also, and for 2 usually, **time′share′** —*vt.* **-shared′**, **-shar′ing** to occupy (a property) through time sharing

☆**time sharing** 1 a system permitting the simultaneous employment of a computer by many users at remote locations 2 a plan for sharing ownership in a property, such as a vacation home or condominium, in which each of the joint purchasers may occupy the unit during a specified period each year Also written **time′-shar′ing** *n.*

**time sheet** a sheet on which are recorded the hours worked by an employee or employees

**time signature** *Music* a metric notation, typically consisting of one number over another, indicating the unit of measurement and the number of beats in the following measure or measures: the opening or predominant meter of a piece is indicated directly after the opening clef or key signature (Ex.: 3/4 means three quarter-note beats; C is often used instead of 4/4)

**time·span** (tīm′span′) *n.* a period of time between events or taken up by a process

**times table** [Informal] MULTIPLICATION TABLE

**time study** a study of each of the steps in an operation or procedure and the time consumed by them, for the purpose of devising methods of increasing efficiency or productivity of workers

**time·ta·ble** (tīm′tā′bəl) *n.* a schedule of the times certain things are to happen, specif. of the times of arrival and departure of airplanes, trains, buses, etc.

**time-test·ed** (tīm′tes′tid) *adj.* having value proved by long use or experience

**time travel** a journeying into the past or the future, as in science fiction —**time′-trav′el** *adj., vi.* **-eled** or **-elled**, **-el·ing** or **-el·ling** —**time′-trav′el·er** *n.*, **time′-trav′el·ler**

**time trial** a competitive racing event decided by the time each contestant takes to cover a course individually, often, specif., as a preliminary event to determine qualifiers for head-to-head competition: *often used in pl.*

**time warp** the condition or process of being displaced from one point in time to another, as in science fiction

**time·work** (tīm′wurk′) *n.* work paid for by the hour or day: cf. PIECEWORK —**time′work′er** *n.*

**time·worn** (tīm′wôrn′) *adj.* 1 worn or deteriorated by long use or existence 2 hackneyed; trite

☆**time zone** any of the 24 longitudinal regions of the earth, each occupying 15 degrees and having a mean solar time one hour greater than that of the neighboring region to the west

time zones

**tim·id** (tim′id) *adj.* [L *timidus* < *timere*, to fear] 1 easily frightened; lacking self-confidence; shy; timorous 2 showing fear or lack of self-confidence; hesitant [*a timid* reply] —*SYN.* AFRAID —**ti·mid·i·ty** (tə mid′ə tē) *n.*, **tim′id·ness** —**tim′id·ly** *adv.*

**tim·ing** (tīm′iŋ) *n.* 1 *a)* the regulation of the speed, or of the moment of occurrence, of something so as to produce the most effective results [the *timing* of an engine, of a golfer's swing, of an announcement, etc.] *b)* the pacing of various scenes, as of a play, for total effect *c)* the pacing of a skit, monologue, etc., as for comedic effect 2 measurement of time, as with a stopwatch

**Ti·mi·şoa·ra** (tē′mē shwä′rə) city in the Banat region of W Romania

**Tim·mins** (tim′inz) [after its founder, N. A. *Timmins* (1867-1936), mining prospector] city in E Ontario, Canada: a gold-mining center

**ti·moc·ra·cy** (tī mäk′rə sē) *n.* [MFr *tymocracie* < ML *timocratia* < Gr *timokratia* < *timē*, honor, worth (< IE base **kwei-*, to heed, value > Lith *káina*, worth, price) + *-kratia* (see -CRACY)] 1 in the philosophy of Plato, a form of government in which ambition for power and glory motivates the rulers 2 in the philosophy of Aristotle, a form of government in which political power is in direct proportion to property ownership —**ti·mo·crat·ic** (tī′mō krat′ik) *adj.*

**Ti·mor** (tē′môr′, tē môr′) island in SE Asia, in the Malay Archipelago: the W part of the island (WEST TIMOR) is part of Indonesia; the E part (EAST TIMOR) is an independent nation —**Ti′mor·ese′** *adj., n.*

**Ti·mor-Les·te** (tē′môr′les′tə) *official name for* EAST TIMOR

**tim·or·ous** (tim′ər əs) *adj.* [ME *tymerouse* < MFr *timoreus* < ML *timorosus* < L *timor*, fear < *timere*: see TIMID] 1 full of or subject to fear; timid 2 showing or caused by timidity —*SYN.* AFRAID —**tim′or·ous·ly** *adv.* —**tim′or·ous·ness** *n.*

**Timor Sea** arm of the Indian Ocean, between Timor & the NW coast of Australia: c. 300 mi (483 km) wide

**Timor Ti·mur** (tē′môr′ tē moor′, tē môr′-) *Indonesian name for* EAST TIMOR

**tim·o·thy** (tim′ə thē) *n.* [after *Timothy* Hanson, who took the seed (c. 1720) from New York to the Carolinas] ☆a perennial European grass (*Phleum pratense*) with dense, cylindrical spikes of bristly spikelets, widely grown for hay

**Tim·o·thy** (tim′ə thē) *n.* [Fr *Timothée* < L *Timotheus* < Gr *Timotheos* < *timē*, honor (see TIMOCRACY) + *theos*, god (see THEO-)] 1 a masculine name: dim. *Tim, Timmy* 2 either of two books of the New Testament, letters of the Apostle Paul to his disciple Timothy: abbrev. *Tim, Tm*, or *Ti*

**tim·pa·ni** (tim′pə nē) *pl.n., sing.* **-no′** (-nō′) [It, pl. of *timpano* < L *tympanum*: see TYMPAN] [*often with sing. v.*] kettledrums; esp., a set of kettledrums of different pitches played by one performer in an orchestra —**tim′pa·nist** *n.*

**Ti·mur** (tē moor′) *var. of* TAMERLANE

**tin** (tin) *n.* [ME < OE, akin to Ger *zinn*; only in Gmc languages] 1 a soft, silver-white, crystalline, metallic chemical element, malleable at ordinary temperatures and used in making shiny alloys and tinfoils, solders, utensils, tin plate, superconducting magnets, etc.: symbol, Sn; at. no. 50: see the periodic table of elements in the Reference Supplement 2 TIN PLATE 3 *a)* a pan, box, etc. made of tin plate *b)* [Chiefly Brit.] CAN² (*n.* 2, 3) 4 [Old Slang] money Variously used to connote cheapness, baseness, spuriousness, etc. of a material or thing —*vt.* **tinned**, **tin′ning** 1 to cover or plate with tin 2 [Chiefly Brit.] CAN² (*vt.* 1)

**Ti·na** (tē′nə) *n.* a feminine name: see CHRISTINE, ERNESTINE, JUSTINA

**tin·a·mou** (tin′ə mōō′) *n.* [Fr < Carib *tinamu*] any of an order (Tinamiformes) of Central and South American birds resembling fowl, that are strong runners and live in brush or forests

**Tin·ber·gen** (tin′ber′kən) 1 **Jan** (yän) 1903-94; Du. economist 2 **Ni·ko·laas** (nē′kō läs′) 1907-88; Du. ethologist: brother of Jan

**tin·cal** (tiŋ′käl′, -kôl′) *n.* [Malay *tingkal* < Pers *tinkāl*, *tinkar* < Sans *ṭaṅkaṇa*] crude borax

☆**tin can** 1 CAN² (*n.* 2) 2 [Slang] DESTROYER (*n.* 2)

**tinct¹** (tiŋkt) *adj.* [L *tinctus*, pp. of *tingere*: see TINGE] [Archaic] tinged; tinted —*n.* [Now Rare] a color; tint

**tinct²** *abbrev.* tincture

**tinc·to·ri·al** (tiŋk tôr′ē əl) *adj.* [< L *tinctorius* < *tinctor*, dyer < *tinctus*: see fol.] having to do with color, dyeing, or staining —**tinc·to′ri·al·ly** *adv.*

**tinc·ture** (tiŋk′chər) *n.* [ME < L *tinctura* < *tinctus*, pp. of *tingere*, to dye: see TINGE] 1 [Obs.] a dye 2 a light color; tint; tinge 3 a slight admixture or infusion of some substance or quality; trace, smattering, etc. 4 *Heraldry* any color, metal, or fur 5 *Pharmacy* a dilute solution consisting of a medicinal substance in alcohol or in alcohol and water, usually 10% to 20% by volume: tinctures are more dilute than fluid extracts and more volatile than spirits —*vt.* **-tured**, **-tur·ing** 1 to color lightly; tint; tinge 2 to imbue or permeate lightly with some substance or quality [a message *tinctured* with hope]

**Tin·dale** or **Tin·dal** (tin′dəl), **William** *alt. sp. of* William TYNDALE

**tin·der** (tin′dər) *n.* [ME < OE *tynder* (akin to Ger *zunder*) < base of OE *tendan*, to kindle] any dry, easily flammable material, esp. as formerly used for starting a fire from a spark made by flint and steel struck together

**tin·der·box** (-bäks′) *n.* 1 [Historical] a metal box for holding tinder, flint, and steel for starting a fire 2 any highly flammable object, structure, etc. 3 a place or situation likely to be the source of a flare-up of trouble, war, etc.

**tine** (tīn) *n.* [ME *tind* < OE, akin to OHG *zint*, a jag, prong: see ZINC] a slender, projecting part that is pointed at the end; prong [the *tines* of a fork] —**tined** *adj.*

**tin·e·a** (tin′ē ə) *n.* [ME < L, gnawing worm, moth] any of various skin diseases caused by a fungus; esp., ringworm

**tinea bar·bae** (bär′bē) [ModL, tinea of the beard < L *barbae*, gen. of *barba*, BEARD] BARBER'S ITCH

**tinea cru·ris** (kroor′is) [ModL, tinea of the leg: see CRURAL] JOCK ITCH

**tin ear** ☆[Informal] a lack of discriminating sensitivity to music, poetry, etc.

**tin·e·id** (tin′ē id) *n.* [< L *tinea*, gnawing worm, moth + -ID] CLOTHES MOTH

**tin·foil** (tin′foil′) *n.* 1 tin or an alloy of tin and lead in a very thin sheet or sheets, used in insulation, etc. 2 aluminum in a very thin sheet, used for wrapping food, etc.

**ting** (tiŋ) *n.* [echoic] a single, light, ringing sound, as of a very small bell being struck —*vt., vi.* to make or cause to make a ting

**ting-a-ling** (tiŋ′ə liŋ′) *n.* [echoic] the sound of a small bell ringing

**tinge** (tinj) *vt.* **tinged**, **tinge′ing** or **ting′ing** [L *tingere*, to dye, stain < IE base **teng-*, to moisten > Gr *tengein*, to moisten, OHG *dunkon*, to dip] 1 to color slightly; give a tint to 2 to give a trace, slight flavor or odor, shade, etc. to [joy *tinged* with sorrow] —*n.* 1 a slight coloring; tint 2 a slight trace, flavor, odor, etc.; smack; touch —*SYN.* COLOR

**tin·gle** (tiŋ′gəl) *vi.* **-gled**, **-gling** [ME *tynglen*, var. of *tinklen*, to TINKLE] 1 to have a prickling or stinging feeling, as from cold, a sharp slap, excitement,

**trans·mi·grant** (trans mī′grənt, tranz-) *adj.* ⟦L *transmigrans*, prp. of *transmigrare*⟧ that transmigrates —*n.* a person or thing that transmigrates; specif., an emigrant passing through a country or place on the way to the country in which he or she will be an immigrant

**trans·mi·grate** (-mī′grāt′) *vi.* **-grat′ed, -grat′ing** ⟦ME vt. *transmigraten* < L *transmigratus*, pp. of *transmigrare*: see TRANS- & MIGRATE⟧ **1** to move from one habitation, country, etc. to another **2** to pass into another body after death: said of the soul, as in Hindu religious belief —**trans·mi′gra·tor** *n.* —**trans·mi′gra·to′ry** (-grə tôr′ē) *adj.*

**trans·mi·gra·tion** (trans′mī grā′shən, tranz′-) *n.* ⟦LL(Ec) *transmigratio*⟧ the act or process of transmigrating

**trans·mis·si·ble** (trans mis′ə bəl, tranz-) *adj.* ⟦LL *transmissibilis* < L *transmissus*: see fol. & -IBLE⟧ capable of being transmitted —**trans·mis′si·bil′i·ty** *n.*

**trans·mis·sion** (trans mish′ən, tranz-) *n.* ⟦L *transmissio* < *transmissus*, pp. of *transmittere*: see fol.⟧ **1** *a)* a transmitting or being transmitted *b)* something transmitted **2** the part of a motor vehicle, machine, etc. that transmits power from the engine to the driven members, as the wheels, by means of belts, fluids, gears, etc. **3** the passage of radio waves through space between the transmitting station and the receiving station —**trans·mis′sive** *adj.*

**trans·mit** (trans mit′, tranz-) *vt.* **-mit′ted, -mit′ting** ⟦ME *transmitten* < L *transmittere* < *trans-*, TRANS- + *mittere*, to send: see MISSION⟧ **1** to send or cause to go from one person or place to another, esp. across intervening space or distance; transfer; dispatch; convey **2** to pass along; impart (a disease, etc.) **3** to hand down to others by heredity, inheritance, etc. **4** to communicate (news, etc.) **5** *a)* to cause (light, heat, sound, etc.) to pass through air or some other medium [the sun *transmits* heat and light] *b)* to allow the passage of; conduct [water *transmits* sound] **6** to convey (force, movement, etc.) from one mechanical part to another **7** to send out (radio or television broadcasts, etc.) by electromagnetic waves —*vi.* to send out radio or television signals —*SYN.* CARRY —**trans·mit′tal** *n.* —**trans·mit′ta·ble** *adj.*

**trans·mit·tance** (-mit′ns) *n.* **1** the act or process of transmitting **2** the ratio of the radiant energy transmitted by a body to the total radiant energy received by the body

**trans·mit·ter** (trans mit′ər, tranz-; *for 2, usually* trans′mit′ər, tranz′-) *n.* **1** a person who transmits **2** a thing that transmits; specif., *a)* the part of a telegraphic instrument by which messages are sent *b)* the part of a telephone, behind or including the mouthpiece, that converts speech sound into electric impulses for transmission *c)* the apparatus that generates radio waves, modulates their amplitude or frequency, and transmits them by means of an antenna

**trans·mog·ri·fy** (trans mäg′rə fī′, tranz-) *vt.* **-fied′, -fy′ing** ⟦pseudo-L formation⟧ to change completely; transform, esp. in a grotesque or strange manner —**trans·mog′ri·fi·ca′tion** *n.*

**trans·mon·tane** (trans män′tān′, tranz-; trans′män tān′, tranz′-) *adj.* ⟦L *transmontanus*⟧ TRAMONTANE

**trans·mun·dane** (trans mun′dān′, tranz-) *adj.* ⟦TRANS- + MUNDANE⟧ beyond the world or worldly matters

**trans·mu·ta·tion** (trans′myo͞o tā′shən, tranz′-) *n.* ⟦ME *transmutacioun* < LL *transmutatio* < pp. of L *transmutare*: see fol.⟧ **1** a transmuting or being transmuted; change of one thing into another **2** [Rare] a fluctuation **3** *Alchemy* the conversion of base metals into gold and silver **4** *Chem.* the conversion of atoms of a given element into atoms of a different isotope or of a different element, as in radioactive disintegration or by nuclear bombardment —**trans′mu·ta′tion·al** *adj.* —**trans·mut′a·tive** (-myo͞ot′ə tiv) *adj.*

**trans·mute** (trans myo͞ot′, tranz-) *vt., vi.* **-mut′ed, -mut′ing** ⟦ME *transmuten* < L *transmutare* < *trans-*, TRANS- + *mutare*, to change: see MUTATE⟧ to change from one form, species, condition, nature, or substance into another; transform; convert —*SYN.* TRANSFORM —**trans·mut′a·ble** *adj.* —**trans·mut′a·bly** *adv.*

**trans·na·tion·al** (trans nash′ə nəl, tranz-) *adj.* extending or operating beyond the limits, interests, etc. of a single nation

**Trans·nis·tri·a** (trans nēs′trē ə, tranz-; -nis′-) region in E Moldova: its status as a self-proclaimed republic seeking autonomy has been in dispute since 1991

**trans·o·ce·an·ic** (trans′ō′shē an′ik, tranz′-) *adj.* **1** crossing or spanning the ocean **2** coming from or being on the other side of the ocean

**tran·som** (tran′səm) *n.* ⟦LME *traunsom*, prob. altered < L *transtrum*, crossbeam, lit., that which is across < *trans*: see TRANS-⟧ **1** a crosspiece in a structure; specif., *a)* a lintel *b)* a horizontal crossbar across the top or middle of a window or the top of a door ☆**2** a small window or shutterlike panel directly over a door or window, usually hinged to the TRANSOM (sense 1*b*) **3** any crosspiece; specif., *a)* the horizontal beam of a gallows or cross *b)* any of the transverse beams attached to the sternpost of a wooden ship *c)* the transverse, aftermost part of a boat with a square stern —**over the transom** by unsolicited submission, as to a publisher: said of a manuscript, etc.

**tran·son·ic** (tran sän′ik) *adj.* ⟦TRAN(S)- + SONIC⟧ designating, of, or moving at a speed within the range of change from subsonic to supersonic speed

**transp** *abbrev.* transportation

**trans·pa·cif·ic** (trans′pə sif′ik) *adj.* **1** crossing or spanning the Pacific **2** on the other side of the Pacific

**trans·pa·dane** (trans′pə dān′, trans pā′dān′) *adj.* ⟦L *transpadanus* < *trans-*, TRANS- + *Padus*, the Po⟧ on the other (the northern) side of the river Po, from the viewpoint of Rome as the seat of the Roman Empire

**trans·par·en·cy** (trans per′ən sē, -par′-) *n.* **1** the quality or state of being transparent: also **trans·par′ence** **2** *pl.* **-cies** something transparent; specif., a piece of transparent or translucent material, esp. a positive film or slide, having a picture or design that is visible when light shines through it or that can be projected on a screen

**trans·par·ent** (trans per′ənt, -par′-) *adj.* ⟦ME *transparaunt* < ML *transparens*, prp. of *transparere*, to be transparent < L *trans-*, TRANS- + *parens*, prp. of *parere*, to APPEAR⟧ **1** transmitting light rays so that objects on the other side may be distinctly seen; capable of being seen through; neither opaque nor translucent **2** so fine in texture or open in mesh that objects on the other side may be seen relatively clearly; sheer; gauzy; diaphanous **3** easily understood; very clear **4** easily recognized or detected; obvious **5** without guile or concealment; open; frank; candid; specif., open to observation, public scrutiny, etc. [a *transparent* investigation into county corruption] —*SYN.* CLEAR —**trans·par′ent·ly** *adv.* —**trans·par′ent·ness** *n.*

**trans·per·son·al** (trans pur′sə nəl) *adj.* **1** that transcends the personal or the individual **2** designating or of psychology, psychotherapy, etc. concerned with matters beyond those of the individual personality, such as, variously, mysticism, spiritual consciousness, the occult, etc.

**tran·spic·u·ous** (tran spik′yo͞o əs) *adj.* ⟦ModL *transpicuus* < L *transpicere*, to see through < *trans-*, TRANS- + *specere*, to look at: see SPY⟧ transparent; esp., easily understood —**tran·spic′u·ous·ly** *adv.*

**trans·pierce** (trans pirs′) *vt.* **-pierced′, -pierc′ing** ⟦Fr *transpercer*: see TRANS- & PIERCE⟧ **1** to pierce through completely **2** to pierce; penetrate

**tran·spi·ra·tion** (tran′spə rā′shən) *n.* ⟦ML *transpiratio*⟧ the act or process of transpiring; specif., the giving off of moisture, etc. through the pores of the skin or through the surface of leaves and other parts of plants

**tran·spire** (tran spīr′) *vt.* **-spired′, -spir′ing** ⟦Fr *transpirer* < ML *transpirare* < L *trans-*, TRANS- + *spirare*, to breathe: see SPIRIT⟧ to cause (vapor, moisture, etc.) to pass through tissue or other permeable substances, esp. through the pores of the skin or the surface of leaves, etc. —*vi.* **1** to give off vapor, moisture, etc., as through the pores of the skin **2** to be given off, passed through pores, exhaled, etc. **3** to leak out; become known ☆**4** to come to pass; happen —*SYN.* HAPPEN

**trans·plant** (trans plant′; *also, and for n. always,* trans′plant′) *vt.* ⟦ME *transplaunten* < LL(Ec) *transplantare*: see TRANS- & PLANT⟧ **1** to dig up (a growing plant) from one place and plant it in another **2** to remove (people, animals, etc.) from one place and resettle in another **3** *Surgery* to transfer (tissue or an organ) from one individual or part of the body to another; graft —*vi.* **1** to do transplanting **2** to be capable of enduring transplantation —*n.* **1** the act or an instance of transplanting **2** something transplanted, as a bodily organ or seedling —**trans·plant′a·ble** *adj.* —**trans′plan·ta′tion** (-plan tā′shən) *n.* —**trans·plant′er** *n.*

**trans·po·lar** (trans pō′lər) *adj.* extending or crossing a polar region [a *transpolar* air route]

**tran·spon·der** (tran spän′dər) *n.* ⟦blend of TRANSMITTER & RESPONDER⟧ **1** a radio or radar transceiver that automatically transmits electrical signals when actuated by a specific signal from an interrogator **2** any of the transceivers on a geostationary satellite that automatically relay signals, as of audio and video channels, from and to an EARTH STATION

**trans·pon·tine** (trans pän′tin, -tīn′) *adj.* ⟦< TRANS- + L *pons* (gen. *pontis*), a bridge: see PONS⟧ on the other side of an ocean

**trans·port** (trans pôrt′; *also, and for n. always,* trans′pôrt′) *vt.* ⟦ME *transporten* < MFr *transporter* < L *transportare*, to carry across < *trans-*, over, across + *portare*, to carry: see PORT[3]⟧ **1** to carry from one place to another, esp. over long distances **2** to carry away with emotion; enrapture; entrance **3** to carry off to a penal colony, etc.; banish; deport —*n.* **1** the act, process, or means of transporting; transportation; conveyance **2** strong emotion, esp. of delight or joy; rapture **3** a ship, airplane, train, etc. used to transport soldiers, freight, etc. **4** a convict sentenced to transportation —*SYN.* BANISH, CARRY, ECSTASY —**trans·port′a·bil′i·ty** *n.* —**trans·port′a·ble** *adj.* —**trans·port′er** *n.*

**trans·por·ta·tion** (trans′pər tā′shən, -pôr-) *n.* ⟦Fr < L *transportatio*⟧ **1** a transporting or being transported ☆**2** *a)* a means or system of conveyance *b)* the work or business of conveying passengers or goods ☆**3** fare or a ticket for being transported **4** banishment for crime, as to a penal colony; deportation —**trans′por·ta′tion·al** *adj.*

**trans·pose** (trans pōz′) *vt.* **-posed′, -pos′ing** ⟦ME *transposen* < MFr *transposer* (for L *transponere*): see TRANS- & POSE[1]⟧ **1** to transfer or shift; now, specif., to change the usual, normal, relative, or respective order or position of; interchange [inadvertently *transposed* the *e* and the *i* in "weird"] **2** to transfer (an algebraic term) from one side of an equation to the other, reversing the plus or minus value **3** to rewrite or play (a musical composition) in a different key or at another pitch level **4** [Obs.] to transform; convert —*vi.* to play music in a key or at a pitch level different from the one in which it is written —*n.* *Math.* a matrix obtained by interchanging the rows and columns of a given matrix —**trans·pos′a·ble** *adj.* —**trans·pos′er** *n.*

**trans·po·si·tion** (trans′pə zish′ən) *n.* ⟦ML *transpositio* < L *transpositus*, pp. of *transponere*: see TRANS- & POSE[1]⟧ **1** a transposing or being transposed **2** the result of this; something transposed —**trans′po·si′tion·al** *adj.*

**trans·po·son** (trans pō′zän′) *n.* ⟦TRANSPOS(ABLE) + -ON, as in OPERON⟧ a segment of DNA that moves to a new location in a chromosome, or to another chromosome or cell, and alters the existing genetic instructions, sometimes producing significant changes

**trans·put·er** (trans pyo͞ot′ər) *n.* ⟦blend of TRANSISTOR & COMPUTER⟧ a mi-

with the urogenital or urinary system and its diseases —u·ro·log·ic (yoor'ə läj'ik) *adj.*, u'ro·log'i·cal —u·rol'o·gist *n.*

**u·ro·pod** (yoor'ə päd') *n.* [URO-² + -POD] an appendage of the last abdominal segment in certain crustaceans, as either of the pair in the tailfan of the lobster or shrimp

**uropygial gland** a large gland located at the base of the tail in most birds, that secretes an oil used in preening

**u·ro·pyg·i·um** (yoor'ə pij'ē əm) *n., pl.* -i·a (-ē ə) or -i·ums [ModL < Gr *ouropygion*, altered (infl. by *oura*, tail: see URO-²) < *orrhopygion* < *orrhos*, end of the os sacrum + *pygē*, rump: see STEATOPYGIA] the hump at the rear extremity of a bird's body, from which the tail feathers grow —u'ro·pyg'i·al *adj.*

**u·ros·co·py** (yoo räs'kə pē) *n., pl.* -pies [URO-¹ + -SCOPY] examination of the urine, as for the diagnosis of disease —u·ro·scop·ic (yoor'ə skäp'ik) *adj.*

**urp** (urp) *interj.* [echoic] used to suggest the sound of a belch

**Ur·quhart** (ur'kərt, -kärt'), Sir Thomas 1611-60; Scot. writer & translator

**Ur·sa Major** (ur'sə) [L, lit., great bear] a prominent N constellation between Lynx and Draco: it contains more than 50 visible stars, seven of which form the Big Dipper; the Great Bear or the Bear

**Ursa Minor** [L, lit., lesser bear] a N constellation surrounded by Draco and containing the north celestial pole and the Little Dipper; the Little Bear or the Bear: see also POLARIS

**ur·si·form** (ur'sə fôrm') *adj.* [< L *ursus*, a bear + -FORM] having the form or appearance of a bear

**ur·sine** (ur'sīn', -sin) *adj.* [L *ursinus* < *ursus*, a bear, akin to Gr *arktos*, a bear] of, like, or characteristic of a bear; bearlike

**Ur·spra·che** (o͞or'shprä'kə) [Ger < *ur-*, original (see UR-¹) + *sprache*, language] *n.* a reconstructed, hypothetical parent language, as Proto-Germanic

**Ur·su·la** (ur'sə lə) *n.* [ML, dim. of L *ursa*, she-bear] 1 a feminine name 2 in Christian tradition, a Brit. princess said to have been martyred, along with 11,000 virgins, by the Huns at Cologne: her day is Oct. 21: also Saint Ursula

**Ur·su·line** (ur'sə lin, -lin') *n.* [ModL *Ursulina*: after Saint prec., the martyr] *R.C.Ch.* any member of a teaching order of nuns founded in 1535 —*adj.* of this order

**URT** *abbrev.* upper respiratory tract

**ur·text** (ur'tekst') *n.* [Ger: see UR-¹ & TEXT] 1 the original text of a work 2 *Music* an edition of a score intended to convey the composer's original musical intentions

**ur·ti·car·i·a** (urt'ə ker'ē ə) *n.* [ModL < L *urtica*, a nettle] HIVES —ur'ti·car'i·al *adj.*

**ur·ti·cate** (urt'ə kāt') *vt., vi.* -cat'ed, -cat'ing [< ML *urticatus*, pp. of *urticare*, to sting < L *urtica*, a nettle, prob. < *urere*, to burn: see UREDO] to sting with or as with nettles

**ur·ti·ca·tion** (urt'ə kā'shən) *n.* [ML *urticatio*] *Med.* 1 [Historical] the flogging of a paralyzed limb, etc. with nettles for the stimulating effect produced 2 any sensation of stinging or itching 3 the formation of urticarial wheals

**Uru** *abbrev.* Uruguay

**U·ru·a·pan** (o͞o'ro͞o ä'pän'; *Sp* o͞o rwä'pän') city in Michoacán state, SW Mexico

**U·ru·guay** (yoor'ə gwā', oor'-; -gwī'; *Sp* o͞o'ro͞o gwī') 1 country in SE South America, on the Atlantic: 68,039 sq mi (176,220 sq km); cap. Montevideo 2 river in SE South America flowing from S Brazil into the Río de la Plata: c. 1,000 mi (1,609 km) —Ur'u·guay'an *adj., n.*

**Ü·rüm·qi** (o͞o'ro͞om'chē') city in NW China; capital of Xinjiang region: former transliteration **U'rum'chi'** (-chē')

**U·run·di** (o͞o ro͞on'dē) the S portion of the former Ruanda-Urundi that is now Burundi

**u·rus** (yoor'əs) *n.* [L < PGmc *ūr-* (> OHG *uro*, OE *ur*, AUROCHS)] AUROCHS

**u·ru·shi·ol** (o͞o'ro͞o shē ôl', o͞o ro͞o'-; -ōl') *n.* [Jpn *urushi*, lac tree, lacquer + -OL¹: coined (1907) by Toshiyuki Mashima, who isolated it] a poisonous, irritant liquid, $C_{21}H_{32}O_2$, present in poison ivy, poison sumac, etc.

**us** (us) *pron.* [ME *us*, *ous* (acc. & dat. of *we*: see WE) < OE *us*, dat., but also used, beside *usic*, as acc., akin to Ger *uns* < IE base **ns-* < **nes-*, **nos-*, pl. of **ne-*, **no-*, we > L *nos*, we] *objective form of* WE [help *us*; give *us* the books] USAGE—*us* is also used as a predicate complement with a linking verb [it's *us*] and in certain comparative constructions [they hit better than *us*, but they're not as agile as *us* on the base paths], although both usages are objected to by some

**US** or **U.S.** *abbrev.* United States

**u.s.** *abbrev.* 1 [L *ut supra*] as above 2 [L *ubi supra*] where (mentioned) above

**USA** *abbrev.* 1 United States of America: also **U.S.A.** 2 United States Army

**us·a·ble** (yo͞o'zə bəl) *adj.* that can be used; fit, convenient, or ready for use —us'a·bil'i·ty (-bil'ə tē) *n.*, us'a·ble·ness —us'a·bly *adv.*

**USAF** *abbrev.* United States Air Force

**us·age** (yo͞o'sij, -zij) *n.* [OFr < ML *usagium* < L *usus*: see USE] 1 the act, way, or extent of using or treating; treatment; use 2 long-continued or established practice; habitual or customary use or way of acting; custom; habit 3 the way in which a word, phrase, etc. is used to express a particular idea; customary manner of using the words of a given language in speaking or writing, or an instance of this —*SYN.* HABIT

**us·ance** (yo͞o'zəns) *n.* [ME < MFr < *usant*, prp. of *user*: see USE] 1 the time allowed for the payment of a foreign bill of exchange, as established by custom 2 [Obs.] *a)* USE *b)* USAGE *c)* USURY

**USB** *abbrev.* Universal Serial Bus: used to designate a kind of standard interface for connecting peripherals to a computer

**USCG** *abbrev.* United States Coast Guard

**USD** *abbrev.* United States dollar(s)

**USDA** *abbrev.* United States Department of Agriculture

**use** (yo͞oz; *for n.* yo͞os) *vt.* **used** (yo͞ozd; *with "to", usually* yo͞os'tə), **us'ing** [ME *usen* < OFr *user* < VL **usare* < L *usus*, pp. of *uti*, to use] 1 to put or bring into action or service; employ for or apply to a given purpose 2 to practice; exercise [to *use* one's judgment] 3 to act or behave toward; treat [to *use* a friend badly] 4 to consume, expend, or exhaust by use: often with *up* [to *use* up one's energy] 5 *a)* to smoke or chew (tobacco) *b)* to take or consume habitually [to *use* drugs] 6 to exploit or treat (a person) as a means to some selfish end —*vi.* 1 to be accustomed; be wont: now only in the past tense, with an infinitive, meaning "did at one time" [he *used* to live in Iowa] 2 [Now Chiefly Dial.] to frequent; resort —*n.* [ME & OFr *us* < L *usus*] 1 the act of using or the state of being used 2 the power or ability to use [to regain the *use* of an injured hand] 3 the right or permission to use [to grant a neighbor the *use* of one's car] 4 the need, opportunity, or occasion to use [no further *use* for his services] 5 an instance or way of using 6 the quality that makes a thing useful or suitable for a given purpose; advantage; usefulness; worth; utility 7 the object, end, or purpose for which something is used 8 function, service, or benefit 9 constant, continued, customary, or habitual employment, practice, or exercise, or an instance of this; custom; habit; practice; wont 10 the particular form of ritual or liturgy practiced in a given church, diocese, etc. 11 *Law* *a)* the enjoyment of property, as from occupying, employing, or exercising it *b)* [infl. by OFr *ues*, gain < L *opus*, a work] profit, benefit, or advantage, esp. that from lands and tenements held in trust by another —**have no use for** 1 to have no need of 2 to have no wish to deal with; be impatient with ☆3 to have no affection or respect for; dislike strongly —**in use** being used —**make use of** to use; have occasion to use —**put to use** to use; find a use for

*SYN.*—**use** implies the putting of a thing into action or service so as to accomplish an end [to *use* a pencil, a suggestion, etc.]; **employ**, a somewhat more elevated term, implies the putting to useful work of something not in use at that moment [to *employ* a vacant lot as a playground] and, with reference to persons, suggests a providing of work and pay [she *employs* five accountants]; **utilize** implies the putting of something to a practical or profitable use [to *utilize* chemical byproducts]

**use·a·ble** (yo͞o'zə bəl) *adj. alt. sp. of* USABLE —use'a·bil'i·ty (-bil'ə tē) *n.*, use'a·ble·ness —use'a·bly *adv.*

**used** (yo͞ozd; *see note at* USE) *vt., vi. pt. & pp. of* USE —*adj.* 1 that has been used 2 SECONDHAND —**be** (or **get**) **used to** to be (or become) familiar with or accustomed to [to *get used to* the rainy weather] See also USE (*vi.* 1)

**use·ful** (yo͞os'fəl) *adj.* that can be used to advantage; serviceable; helpful; beneficial; often, having practical utility —use'ful·ly *adv.* —use'ful·ness *n.*

**use·less** (-lis) *adj.* 1 having no use; unserviceable; worthless 2 to no purpose; ineffectual; of no avail —*SYN.* FUTILE —use'less·ly *adv.* —use'less·ness *n.*

**us·er** (yo͞o'zər) *n.* [sense 1 < US(E) + -ER; in sense 2 a substantive use of OFr *user*, to use] 1 a person or thing that uses something (stated or implied); specif., ☆*a)* a person who uses drugs; addict *b)* a person who makes use of a computer 2 *Law* *a)* the exercise of a right of use (*n.* 11*a*) *b)* a right of use, based on long use

☆**us·er-friend·ly** (-frend'lē) *adj.* easy to use, operate, or understand: said as of computer software, applications, etc.

**us·er·name** (-nām') *n.* *Comput.* a name registered with a network, website, etc., that identifies a particular user and, often together with a password, permits access

**USES** *abbrev.* United States Employment Service

**USGS** *abbrev.* United States Geological Survey

**U-shaped** (yo͞o'shāpt') *adj.* having the shape of a U

**U·shas** (o͞o'shäs) *n.* [Sans *Uṣas*, dawn] the Hindu, or Vedic, goddess of the dawn

**ush·er** (ush'ər) *n.* [ME *ussher* < OFr *uissier* < L *ostiarius*, doorkeeper: see OSTIARY] 1 an official doorkeeper 2 a person whose duty it is to show people to their seats in a theater, church, etc. 3 a person whose official duty is to precede someone of rank, as in a procession, or to introduce unacquainted persons at a formal function 4 any of the groom's attendants at a wedding whose duties include showing guests to their seats and escorting the bridesmaids 5 [Obs.] in Great Britain, an assistant teacher in a boys' school —*vt.* 1 to act as an usher to; escort or conduct (others) to seats, etc. 2 to precede, or be a forerunner of: often with *in*

☆**ush·er·ette** (ush'ər et') *n.* a woman or girl usher, as in a theater: no longer a common term: see -ETTE

**USIA** *abbrev.* United States Information Agency

**Usk** (usk) river flowing from S Wales through W England into the Severn estuary: 60 mi (97 km)

**Üs·kü·dar** (o͞os'ko͞o där') section of Istanbul, Turkey, on the Asian side of the Bosporus

**USM** *abbrev.* 1 United States Mail 2 United States Mint

**USMC** *abbrev.* United States Marine Corps

**USN** *abbrev.* United States Navy

**USNG** *abbrev.* United States National Guard