# Exhibit 493-4

# Collins
# ENGLISH
# DICTIONARY



SFDC00020487

Published by Collins
An imprint of HarperCollins Publishers
Westerhill Road
Bishopbriggs
Glasgow G64 2QT

First Edition 2015

10 9 8 7 6 5 4 3 2 1

© HarperCollins Publishers 2015

ISBN 978-0-00-815048-8
ISBN 978-0-00-795137-6

Collins® is a registered trademark of HarperCollins Publishers Limited

www.collinsdictionary.com

Typeset by Davidson Publishing Solutions, Glasgow

Printed in Italy by GRAFICA VENETA S.p.A.

All rights reserved. No part of this book may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior permission in writing of the Publisher. This book is sold subject to the conditions that it shall not, by way of trade or otherwise, be lent, re-sold, hired out or otherwise circulated without the Publisher's prior consent in any form of binding or cover other than that in which it is published and without a similar condition including this condition being imposed on the subsequent purchaser.

Entered words that we have reason to believe constitute trademarks have been designated as such. However, neither the presence nor absence of such designation should be regarded as affecting the legal status of any trademark.

The contents of this publication are believed correct at the time of printing. Nevertheless the publisher can accept no responsibility for errors or omissions, changes in the detail given or for any expense or loss thereby caused.

HarperCollins does not warrant that any website mentioned in this title will be provided uninterrupted, that any website will be error-free, that defects will be corrected, or that the website or the server that makes it available are free of viruses or bugs. For full terms and conditions please refer to the site terms provided on the website.

A catalogue record for this book is available from the British Library.

If you would like to comment on any aspect of this book, please contact us at the given address or online.
E-mail: dictionaries@harpercollins.co.uk
facebook.com/collinsdictionary
@collinsdict

### Acknowledgements

We would like to thank those authors and publishers who kindly gave permission for copyright material to be used in the Collins Corpus. We would also like to thank Times Newspapers Ltd for providing valuable data.



**MIX**
Paper from responsible sources
**FSC® C007454**

FSC™ is a non-profit international organisation established to promote the responsible management of the world's forests. Products carrying the FSC label are independently certified to assure consumers that they come from forests that are managed to meet the social, economic and ecological needs of present and future generations, and other controlled sources.

Find out more about HarperCollins and the environment at
**www.harpercollins.co.uk/green**

**consignment – constrain | 200**



demands would have consigned the student leaders to prisons and labour camps. **4** to address or deliver (goods): *a cargo of oil drilling equipment consigned to Saudi Arabia* [Latin *consignare* to put one's seal to, sign] **> consignee** *n* **> consignor** *n*

**consignment** *n* **1** a shipment of goods **2** the act or an instance of consigning: *the goods are sent to Hong Kong for onward consignment to customers in the area*

**consist** *vb* **1 consist of** to be made up of: *a match consists of seven games* **2 consist in** to have as its main or only part: *his madness, if he is mad, consists in believing that he is a sundial* [Latin *consistere* to stand firm]

**consistency** *n, pl* **-encies 1** degree of thickness or smoothness **2** being consistent

**consistent** *adj* **1** holding to the same principles **2** in agreement **> consistently** *adv*

**consolation** *n* **1** a person or thing that is a comfort in a time of sadness or distress **2** a consoling or being consoled

**consolation prize** *n* something given to console the loser of a game

**console¹** *vb* **-soling, -soled** to comfort (someone) in sadness or distress [Latin *consolari*] **> consolable** *adj*

**console²** *n* **1** a panel of controls for electronic equipment **2** a cabinet for a television or audio equipment **3** an ornamental bracket used to support a wall fixture **4** the desklike case of an organ, containing the pedals, stops, and keys [Old French *consolateur* one that provides support]

**consolidate** *vb* **-dating, -dated 1** to make or become stronger or more stable **2** to combine into a whole [Latin *consolidare* to make firm] **> consolidation** *n* **> consolidator** *n*

**consommé** (kon-som-may) *n* a thin clear meat soup [French]

**consonance** *n formal* agreement or harmony

**consonant** *n* **1 a** a speech sound made by partially or completely blocking the breath streams, for example *b* or *f* **b** a letter representing this **>** *adj* **2** a consonant with: *in keeping or agreement with: an individualistic style of religion, more consonant with liberal society* **3** harmonious: *this highly-dissonant chord is followed by a more consonant one* [Latin *consonare* to sound at the same time]

**consort** *vb* **1 consort with** to keep company with **>** *n* **2** a husband or wife of a reigning monarch **3** a small group of voices or instruments [Latin *consors* partner]

**consortium** *n, pl* **-tia** an association of business firms [Latin: partnership]

**conspectus** *n formal* a survey or summary [Latin: a viewing]

**conspicuous** *adj* **1** clearly visible **2** noteworthy or striking: *conspicuous bravery* [Latin *conspicuus*] **> conspicuously** *adv*

**conspiracy** *n, pl* **-cies 1** a secret plan to carry out an illegal or harmful act **2** the act of making such plans

**conspire** *vb* **-spiring, -spired 1** to plan a crime together in secret **2** to act together as if by design: *the weather and the recession conspired to hit wine production and sales* [Latin *conspirare* to plot together] **> conspirator** *n* **> conspiratorial** *adj*

**constable** *n* a police officer of the lowest rank [Late Latin *comes stabuli* officer in charge of the stable]

**Constable** *n* John. 1776–1837, English landscape painter, noted particularly for his skill in rendering atmospheric effects of changing light

**constabulary** *n, pl* **-laries** *chiefly Brit* the police force of an area

**Constance** *n* **1** a city in S Germany, in Baden-Württemberg on Lake Constance: tourist centre. Pop: 80 716 (2003 est). German name: Konstanz **2** Lake Constance a lake in W Europe, bounded by S Germany, W Austria, and N Switzerland, through which the Rhine flows. Area: 536 sq km. (207 sq miles). German name: Bodensee

**constant** *adj* **1** continuous: *she has endured constant criticism, mockery, and humiliation* **2** unchanging: *the average speed of the winds remained constant over this period* **3** faithful **>** *n* **4** *maths, physics* a quantity or number which remains invariable: *the velocity of light is a constant.* **5** something that is unchanging [Latin *constare* to be steadfast] **> constancy** *n* **> constantly** *adv*

**Constant** *n* Benjamin, real name *Henri Benjamin Constant de Rebecque.* 1767–1830, French writer and politician; author of the psychological novel *Adolphe* (1816)

**Constanta** *n* a port and resort in SE Romania, on the Black Sea: founded by the Greeks in the 6th century BC and rebuilt by Constantine the Great (4th century); exports petroleum. Pop: 265 000 (2005 est)

**Constantia** *n S African* **1** a region of the Cape Peninsula **2** any of several red or white wines produced around Constantia

**Constantine** *n* a walled city in NE Algeria; built on an isolated rock; military and trading centre. Pop: 482 000 (2005 est)

**Constantine I** *n* **1** known as *Constantine the Great.* Latin name *Flavius Valerius Aurelius Constantinus.* ?280–337 AD, first Christian Roman emperor (306–337): moved his capital to Byzantium, which he renamed Constantinople (330) **2** 1868–1923, king of Greece (1913–17; 1920–22): deposed (1917), recalled by a plebiscite (1920), but forced to abdicate again (1922) after defeat by the Turks

**Constantine II** *n* official title *Constantine XIII.* born 1940, king of Greece (1964–73): went into exile when the army seized power in 1967. He was officially deposed in 1973 and Greece became a republic

**Constantine VII** *n* known as *Porphyrogenitus.* 905–59 AD, Byzantine emperor (913–59) and scholar; his writings are an important source for Byzantine history

**Constantine XI** *n* 1404–53, last Byzantine emperor (1448–53): killed when Constantinople was captured by the Turks

**Constantinople** *n* the former name (330–1926) of Istanbul

**constellation** *n* **1** a group of stars which form a pattern and are given a name **2** a group of people or things: *the constellation of favourable circumstances* [Latin *com-* together + *stella* star]

**consternation** *n* a feeling of anxiety or dismay

**constipated** *adj* unable to empty one's bowels [Latin *constipare* to press closely together]

**constipation** *n* a condition in which emptying one's bowels is difficult

**constituency** *n, pl* **-cies 1** the area represented by a Member of Parliament. **2** the voters in such an area

**constituent** *n* **1** a person living in an MP's constituency **2** a component part **>** *adj* **3** forming part of a whole: *the constituent parts of the universe* **4** having the power to make or change a constitution of a state: *a constituent assembly* [Latin *constituere* to constitute]

**constitute** *vb* **-tuting, -tuted 1** to form or make up: *the amazing range of crags that constitute the Eglwyseg Mountains* **2** to set up (an institution) formally [Latin *com-* (intensive) + *statuere* to place]

**constitution** *n* **1** the principles on which a state is governed **2** the Constitution (in certain countries) the statute embodying such principles **3** a person's state of health **4** the make-up or structure of something: *changes in the very constitution of society*

**constitutional** *adj* **1** of a constitution **2** authorized by or in accordance with the Constitution of a nation: *constitutional monarchy* **3** inherent in the nature of a person or thing: *a constitutional sensitivity to cold* **>** *n* **4** a regular walk taken for the good of one's health **> constitutionally** *adv*

**constitutive** *adj* **1** forming a part of something **2** with the power to appoint or establish

**constrain** *vb* **1** to compel or force: *he felt constrained to apologize* **2** to limit, restrict, or inhibit: *the mobility of workers is constrained by the serious housing shortage* [Latin *constringere* to bind together]