# Exhibit 411-2



# the digital designer's
# jargon buster

ILEX

ALASTAIR CAMPBELL

SFDC00019075

First published in the United Kingdom in 2004 by
I L E X
The Old Candlemakers
West Street
Lewes
East Sussex BN7 2NZ

ILEX is an imprint of The Ilex Press Ltd
Visit us on the Web at:
www.ilex-press.com

Copyright © 2004 The Ilex Press Limited

This book was conceived by
ILEX, Cambridge, England

*Publisher* Alastair Campbell
*Executive Publisher* Sophie Collins
*Creative Director* Peter Bridgewater
*Editorial Director* Steve Luck
*Editor* Adam Juniper
*Design Manager* Tony Seddon
*Designer* Ginny Zeal
*Artwork Administrator* Joanna Clinch

*Commissioning Editor* Alan Buckingham
*Development Art Director* Graham Davis
*Technical Art Editor* Nicholas Rowland

Any copy of this book issued by the publisher as a paperback is sold subject to the condition that it shall not by way of trade or otherwise be lent, resold, hired out or otherwise circulated without the publisher's prior consent in any form of binding or cover other than that in which it is published and without a similar condition including these words being imposed on a subsequent purchaser.

British Library Cataloguing-in-Publication Data
A catalogue record for this book is available from the British Library

ISBN 1-904705-35-9

All rights reserved. No part of this publication may be reproduced or used in any form, or by any means — graphic, electronic or mechanical, including photocopying, recording or information storage-and-retrieval systems — without the prior permission of the publisher.

Printed and bound in China

For more information on this title please visit
www.ddjbuk.web-linked.com

**gas plasma monitor** *(com)* A computer display panel comprising a large matrix of tiny glass cells, each filled with a combination of gases. The simple structure means that gas plasma displays can be made in large sizes, typically ranging from 30 to 50 inches. → *monitor*

**gatefold** *(fin)* A sheet folded into three equal segments by first dividing the sheet with two parallel creases and then folding both the outer segments across the middle of the sheet in overlapping layers. Also called a 'wallet fold'. → *fold out*

**gateway** *(com)* A device or program used to connect disparate computer networks. → *network; bridge; router*

**gathering (1)** *(fin)* Assembling and placing the signatures of a book in the correct order prior to binding. → *folded and collated/gathered (F/Cs, F&Cs, F/Gs, F&Gs); signature (1)*

**gathering (2)** *(fin)* An alternative term for a quire or signature. → *quire; signature (1)*

**Gaussian Blur filter** *(com)* Blur filter that applies a weighted average (based on the bell-shaped curve of the Gaussian distribution) when identifying and softening boundaries. It also introduces low-frequency detail and a mild 'mistiness' to the image, which is ideal for covering (blending out) discrete image information, such as noise and artefacts. A useful tool for applying variable degrees of blur and a more controllable tool than conventional blur filters. It can be accessed through the *Filter > Blur > Gaussian Blur* menu in Photoshop.

**GB** *(com) abb.:* gigabyte. → *gigabyte (GB/G/gig)*

**GCR** *(pri) abb.:* grey component replacement. A colour separation technique in which black ink is used (instead of overlapping combinations of cyan, magenta and yellow) to create a proportion of both grey shades and the neutral (equal C, M and Y) part of colours. This technique reduces ink use, and avoids color variations and trapping problems during printing but can lead to 'thin' or grey-looking looking shadow areas.

**gear marks** *(pri)* Regular, alternating light and dark marks, appearing as bands in solids and halftones, parallel to the gripper edge of a printed sheet. Gear marks are always uniformly spaced. → *gripper edge*

**gear streaks** *(pri)* Unwanted, equally spaced parallel streaks on a printed sheet.

**gel** *(pri)* A contraction of 'gelation', meaning the drying of printing ink by evaporation or penetration.

**gelatine filter** *(pho)* Coloured filters made from dyed gelatine, normally placed over a camera lens to add a colour bias (or some other effect) to a shot with no significant impact on the optical quality of the final image.

**gelatine process** *(pri)* A process of duplication using gelatine to transfer an image in gravure printing.

**gem** *(typ)* An obsolete name for a size of type, approximately equivalent to 4 point.

**generation** *(gen)* A single stage of a reproduction process.

**generative music** *(aud)* A computerized system of producing music or interesting sounds whereby a software program uses a soundcard to randomly generate sound, restricted only by some previously set musical parameters and probabilities.

**generic** *(com)* Hardware devices, such as disk drives and printers, whose mechanisms are common to other brands.

**Geneva** *(com)* A Macintosh system font that is a bitmapped screen font similar to Helvetica. Like Chicago, it can't be deleted.





A selection of images that have undergone GCR, showing (from top) the CMY components, the full image and the key component only



