# Exhibit 060-2

# NEWTON's TELECOM DICTIONARY

---

### STAY INFORMED

To be alerted by email to news, updates and corrections send a blank email to newton@news.cmpbooks.com or go to www.cmpbooks.com/newton

---



CMP**Books**

San Francisco

# NEWTON's TELECOM DICTIONARY

Copyright © 2005 Harry Newton
email: Harry@HarryNewton.com
personal web site: www.HarryNewton.com
business web site: www.InSearchOfThePerfectInvestment.com

All rights reserved under International and Pan-American Copyright conventions, including the right to reproduce this book or portions thereof in any form whatsoever.

Published by
CMP Books
An imprint of CMP Media LLC
600 Harrison Street, San Francisco, CA 94107
Phone 415-947-6615 and Fax 415-947-6015
email: bookorders@cmp.com
www.cmpbooks.com



CMP
United Business Media

For individual or quantity orders
CMP Books
6600 Silacci Way Gilroy, CA 95020
Tel: 1-800-500-6875 or 1-408-848-5296
Fax: 408-848-5784
cmp@rushorder.com

This book is also sold through www.Amazon.com, www.Fatbrain.com, www.BarnesAndNoble.com and all fine booksellers worldwide.

Distributed to the book trade in the U.S. by
Publishers Group West
1700 Fourth St., Berkeley, CA 94710

ISBN Number 1-57820-315-5

March 2005

Twenty First Edition

Matt Kelsey, Publisher
Ray Horak, Senior Contributing Editor
Gail Saari, Production Editor
Cover design: Saul Roldan and Damien Castaneda
Text layout: Brad Greene, Greene Design

eliminating glare. Channels are always enabled. Overlap dialing is allowed in the user to network direction, eliminating outbound number configuration on the user side. Provides a sending complete information element that indicates the called number is complete or there is no called number. Does not allow NFAS (non-facility associated signaling) and hence eliminates the need for backup D-channel signaling. Euro ISDN sends calling name using the Display IE whereas North American NI-2 did not support calling name and NI-3 uses the Facility IE.

**EUROBIT** European Association of Business Machines Manufacturers and Information Technology Industry.

**Euromodem** See Digital Video Broadcast.

**European Article Numbering** EAN. The bar code standard used throughout Europe, Asia and South America. It is administered by EAN International.

**European Commission** The administrative body of the European Union, and a central source of policy, legislation and funding for pan-European research and development in ICT applications.

**European Competitive Telecommunications Association** See ECTA.

**European Computer Manufacturers Association** See ECMA.

**European Digital Signaling System no. 1.** EDSS1. The European variant of the SS7 (Signaling System 7) signaling and control protocol for use over the ISDN D (Delta) channel. EDSS1 was developed by ETSI (European Telecommunications Standards Institute). See also ETSI, ISDN, and SS7.

**European Space Agency** The European equivalent of the U.S.'s NASA—National Aeronautics and Space Administration.

**EUROSINET-EUROTOP** International ISDN pilot project for travel agents.

**EUROTELDEV** EUROpean TELecommunications DEVelopment. An organization involved in telecommunications standardization.

**EUTELSAT** EUropean TELecommunications SATellite organization. Inter-governmental organization that aims to provide and operate a communications satellite for public intra-European international telecommunications services. The segment is also used to meet domestic needs by offering leased capacity, primarily for television. U.K. and France are the largest shareholders, with about 44 member countries in total. www.eutelsat.org.

**EUTP** Enhanced Unshielded Twisted Pair. UTP Cables that have enhanced transmission characteristics. Cables that fall under this classification include Category 4 and above.

**EV** European Videotelephony.

**EV-DO** See EvDO below.

**EV8** Busy Line Transfer.

**EVA** Economic Value Added. A financial measure of whether you're making more money with your plant, factory, assets, etc. in your present business than you would be if you sold everything and stuck the proceeds in a investment. The common assumption is that you can get a 10% or 11% return. If you earn more than that, you're EVA positive. EVA is a term you hear a lot around AT&T. You can become EVA positive in any ways—writing down the value of your capital is one way. Sacking people works too. And, so does selling more (presumably, at a decent price).

**Evanescent Wave** Light guided in the inner part of an optical fiber's cladding rather than in the core.

**EvDO** EvDO (Evolution Data Only) is a new wireless telecommunications technology that provides wireless data connections that are 300,000 to 600,000 bits per second—as much as 10 times as fast as a regular dial-up modem. Proponents say EvDO offers huge advantages over WiFi. EvDO can work over existing cell phone networks. One of the biggest barriers to EvDO is that it requires wireless companies to set aside a slice of their valuable airwaves just to transmit data. Because mobile phone companies barely have enough room to handle their voice traffic, EvDO is likely to remain on the back burner until the time can acquire more spectrum. EvDO is a CDMA 2000 technology. EvDO is also spelled Ev-DO and EV-DO.

**even parity** In data communications there's something called a parity bit that's used for error checking. The transmitting device adds that parity bit to a data word to make the sum of all the "1" ("one" bits) either odd or even. If the sum is odd, the result is called ODD parity. If it's even, it's called EVEN PARITY. See also Parity.

**event** An unsolicited communication from a hardware device to a computer operating system, application, or driver. Events are generally attention-getting messages, allowing a process to know when a task is complete or when an external event occurs.

**event code** A code that an agent in a call center enters at the conclusion of a call. Event codes can trigger a variety of follow-up activities such as an acknowledgement letter, or inclusion in a list for a subsequent campaign.

**event driven** A style of programming under which programs wait for messages to be sent to them and react to those messages. See Event Driven Alarms/Triggers/Ticklers.

**event driven alarms/triggers/ticklers** In a parallel process, an event trigger can be set to move the processing forward when a set of criteria is met (ex. the last piece of documentation is added to the file). Alarms can also be time-driven, as when a folder is automatically routed to exception processing if no action is taken within a specified time frame. This term is often found in workflow management.

**event history** A history of the activities that have been carried out on a record, (customer or prospect). For example, phone calls and mailers, offers and so on.

**event mask** The set of events that the SLEE (Service Logic Execution Environment) designates the ASC (AIN Switch Capabilities) to report for a particular connection segment, and an indication for each event if the ASC should suspend processing events for that connection segment until the SLEE sends a message back. Definition from Bellcore in reference to its concept of the Advanced Intelligent Network.



**event message** A message provided by the switching domain to the computing domain to indicate one of the following: 1) A change in the state of a telephone call by reporting state transitions of each connection in the call (Call Control Events); 2) A physical or logical device change that has taken place (such as Do Not Disturb being set or a device's microphone being muted) at a device physical and Logical Device Feature Events); 3) A change in call-associated information (Call Associated Feature Events); 4) A change in switching domain specific information that is associated either a device or call (Private Data / Information Events). See Call-Progress Event Message.

**event report** Synonymous with Event Message.

**event signaling** All telephone switches use the same three general types of signals: + Event Signaling initiates an event, such as ringing. + Call Progress Signaling denotes the progress (or state) of a call, such as a busy tone, a ringback tone, or an error tone. + Data Packet Signaling communicates certain information about a call, for example, the identify of the calling extension, or the identity of the extension being called.

**evil** When choosing between two evils I always like to take the one I've never tried before.—Mae West.

**EVO** Call forwarding, busy line.

**EVRC** Enhanced Variable Rate Vocoder. A vocoder (voice coder) used in CDMA (Code Division Multiple Access) cellular systems. EVRC digitizes and compresses analog voice signals through an EVRC DSP (Digital Signal Processor), improving CDMA bandwidth utilization and, therefore, enhancing system capacity by supporting voice transmission at a rate of approximately 8 Kbps. This bit rate is comparable to that of 13-Kbps QCELP (Qualcomm Code Excited Linear Prediction) which can run at either 13 Kbps or 8 Kbps. It is a significant improvement over the 64 Kbps required to support toll-quality voice in the wireline PSTN (Public Switched Telephone Network). See also QCELP.

**EW-20** A specific size of rigid waveguide with an elliptical cross sectional shape.

**EW** Electronic Warfare. The military use of radar, electronic counter measures and electronic counter-counter measures to keep an enemy from finding invading forces, on land or in the air. It covers such methods as sending out planes equipped with equipment which transmit thousands of signals purporting to be signals that an enemy radar might see on locating an incoming plane. By sending thousands of such signals, the enemy's radar becomes a myriad of "radar" signals, of bright spots. Thus it's impossible for the enemy to read any intelligent information. There are also anti-radiation missiles which home in on and destroy air-defense radar facilities. The only defense against such anti-radiation missiles is to turn off the radar. Electronic warfare also covers such techniques as jamming radio frequencies, anti-jamming.

**EWOS** European Workshop for Open Systems.

**EWP** Electronic White Pages.

**EWSD** Generic name for digital central office switches from Siemens. EWSD actually stands for Elektronisches WahlSystem Digital. In German, the common meaning of wahlen is to select, as in "I'll select blue for the new color for my house." In the phone business, it was a simple jump to selecting a phone number, to its present meaning today—to dial. So if you translate EWSD into English, it really means electronic digital dialing system. You figure.

**ex parte presentation** A Federal Communications Commission definition. Any communication addressing the merits or outcome of a particular proceeding made to decision-making personnel (or in some proceedings, from the decision-making personnel),

SFDC00019046