# Exhibit 060-3

# DICTIONARY OF
# COMPUTING

### FIFTH EDITION

## S.M.H. Collin

# BLOOMSBURY

SFDC00019041

www.bloomsbury.com

Originally published by Peter Collin Publishing

Fifth edition published 2004
Fourth edition published 2002
Third edition published 1998
Second edition published 1994
First published in Great Britain 1988

Bloomsbury Publishing Plc
38 Soho Square, London W1D 3HB

© Copyright S.M.H. Collin, 1988, 1994, 1998, 2002
This edition © copyright Bloomsbury Publishing Plc 2004

All rights reserved. No part of this publication may
be reproduced in any form or by any means without the
permission of the publishers.

**British Library Cataloguing-in-Publication Data**

A catalogue record for this book is available from the British Library

ISBN 0 7475 6622 4

Text processing and computer typesetting by Bloomsbury
Printed and bound in Italy by Legoprint

**Text Production and Proofreading**

Lesley Brown, Stephen Curtis, Howard Sargeant, Megan Thomson, Katy
McAdam, Joel Adams, Daisy Jackson, Charlotte Regan

All papers used by Bloomsbury Publishing are natural, recyclable products made from wood
grown in well-managed forests. The manufacturing processes conform to the environmental
regulations of the country of origin.

SFDC00019042

logic

**local area network server** /ˌləʊk(ə)l ˌeəriə ˈnetwɜːk ˌsɜːvə/ *noun* a computer which runs a network operating system and controls the basic network operations. All the workstations in a LAN are connected to the central network server and users log onto it.

**local bridge** /ˈləʊk(ə)l brɪdʒ/ *noun* a bridge that links two local networks ○ *We use a local bridge to link the two LANs in the office.*

**local bus** /ˌləʊk(ə)l ˈbʌs/ *noun* a direct link or bus between a device and the processor, with no logic circuits or buffers or decoders in between ○ *The fastest expansion cards fit into this local bus connector.*

**local declaration** /ˌləʊk(ə)l ˌdeklə ˈreɪʃ(ə)n/ *noun* the assignment of a variable that is only valid in a section of a computer program or structure

**local drive** /ˈləʊk(ə)l draɪv/ *noun* a disk drive that is physically attached to a computer, as opposed to a resource that is accessed across a network

**local format storage** /ˌləʊk(ə)l ˌfɔːmæt ˈstɔːrɪdʒ/ *noun* a format stored as an empty form or repeated page in a terminal rather than being repeatedly transmitted

**local memory** /ˌləʊk(ə)l ˈmem(ə)ri/ *noun* a high speed RAM that is used instead of a hardware device to store bit streams or patterns

**local mode** /ˈləʊk(ə)l məʊd/ *noun* the operating state of a computer terminal that does not receive messages

**local printer** /ˌləʊk(ə)l ˈprɪntə/ *noun* a printer physically attached to a computer rather than a shared resource available on a network

**LocalTalk** /ˈləʊkəltɔːk/ a trade name for a network standard developed by Apple that defines the physical layer, i.e. the cabling system and connectors, used in Apple's AppleTalk network. The network transfers data at 230Kbits/second over unshielded twisted-pair cable.

**local variable** /ˌləʊk(ə)l ˈveəriəb(ə)l/ *noun* a variable which can only be accessed by certain routines in a certain section of a computer program

**locate** /ləʊˈkeɪt/ *verb* **1.** to place or to set ○ *The computer is located in the main office building.* **2.** to find ○ *Have you managed to locate the programming fault?*

**location** /ləʊˈkeɪʃ(ə)n/ *noun* a number or absolute address that specifies the point in memory where a data word can be found and accessed

**lock** /lɒk/ *verb* to prevent access to a system or file □ **locking a file** the action of preventing any further writing to a file □ **to lock onto** to synchronise an internal clock with a received signal

**lockdown** /ˈlɒkdaʊn/ *noun* a procedure that prevents users of a computer network or intruders from the Internet from gaining access to files that are essential to the proper functioning of a computer system

**lockout** /ˈlɒkaʊt/ *noun* the process of preventing a user sending messages over a network by continuously transmitting data

**lock up** /ˌlɒk ˈʌp/ *noun* a faulty operating state of computer that cannot be recovered from without switching off the power (NOTE: A lock up can be caused by an infinite program loop or a deadly embrace.)

COMMENT: This can be caused by an infinite program loop *or* a deadly embrace.

**log** /lɒg/ *noun* a record of computer processing operations ■ *verb* **1.** to record a series of actions □ **to log calls** to note all details of telephone calls made **2.** to make a connection and start using a remote device such as a network server □ **to log in** *or* **log on** to enter various identification data, e.g. a password, usually by means of a terminal, to the central computer before accessing a program or data □ **to log off** *or* **log out** to enter a symbol or instruction at the end of a computing session to close all files and break the channel between the user's terminal and the main computer

**log file** /ˈlɒg faɪl/ *noun (see also)* **1.** a file that contains a record of actions **2.** (*on a web server*) a file that contains details of the visitors to a website, recorded automatically with the visitor's DNS address, the time and the name of the webpage that he or she viewed

**logger** /ˈlɒgə/ *noun* a device which keeps a record of a series of actions

**logging** /ˈlɒgɪŋ/ *noun* an input of data into a system

**logging in** /ˈlɒgɪŋ ɪn/ *noun* the process of opening operations with a system

**logging off** /ˈlɒgɪŋ ɒf/ *noun* the process of ending operations with a system

**logging on** /ˈlɒgɪŋ ɒn/ *noun* same as **logging in**

**logging out** /ˈlɒgɪŋ aʊt/ *noun* same as **logging off**

**logic** /ˈlɒdʒɪk/ *noun* **1.** a mathematical treatment of formal logic operations such