# Exhibit 060-6

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:

| | |
|---|---|
| APPLICANT: | Tuli, Apaar |
| SERIAL NO.: | 11/473,497 |
| FILING DATE: | June 23, 2006 |
| EXAMINER: | Sharifzada, Ibraham K. |
| ART UNIT: | 2614 |
| DOCKET NO.: | 879A.0145U1US |
| TITLE: | Presenting to a User Contextual Information Regarding a Communication Before the User Takes Action Concerning the Communication |

COMMISSIONER FOR PATENTS
P.O. BOX 1450
Alexandria, VA 22313-1450
Mail Stop AF

## AMENDMENT IN RESPONSE TO FINAL OFFICE ACTION

Sir:

This Amendment is filed in response to the final Office Action dated October 15, 2010. Accordingly, no petition for extension of time or petition fee is due. However, should the undersigned attorney be mistaken or should there be a fee deficiency, please consider this as a petition necessary to maintain the pendency of the subject application and charge Deposit Account No. 50-1924 for any required fees.

Please amend the application as shown below.

IN THE CLAIMS

This Listing of Claims replaces all prior versions and listings of the claims.

1. (Currently amended) A method comprising:
receiving, at a communication device, an incoming telephone call, which a user can choose to answer or leave unanswered;
accessing one or more logs that associate data with identifiers to obtain log data associated with an identifier included in the incoming telephone call;
creating a user alert for the incoming telephone call that includes displaying, at the communication device, information based on the obtained log data; and
updating, <u>automatically without user input, by a processor of the communication device</u> the data associated with the included identifier in one or more logs.

2. (Original) A method as claimed in claim 1, comprising updating the data associated with the included identifier in a first log if the incoming call is unanswered.

3. (Original) A method as claimed in claim 1, comprising updating the data associated with the included identifier in at least a second log if the incoming call is answered.

4. (Original) A method as claimed in claim 1, wherein the logs include one or more of the following logs: a log for calls made by the user, a log of incoming calls that were unanswered by the user and a log of incoming calls answered by the user.

5. (Original) A method as claimed in claim 1, wherein a log records, in association with an identifier, at least time information for an event involving that identifier.

6. (Original) A method as claimed in claim 5, wherein the time information is a real time clock value.

7. (Original) A method as claimed in claim 5, wherein the time information is a telephone call duration.

8. (Original) A method as claimed in claim 1, wherein the displayed information informs the user of at least a last event associated with the included identifier.

9. (Original) A method as claimed in claim 1, wherein the displayed information includes a summary of events associated with the included identifier.

10. (Original) A method as claimed in claim 9, wherein the events in the summary of events are presented in a predetermined order.

11. (Original) A method as claimed in claim 1, wherein the displayed information includes a listing of events associated with the included identifier.

12. (Original) A method as claimed in claim 1, wherein the events in the listing of events are presented in a predetermined order.

13. (Previously Presented) A method as claimed in claim 10, wherein an event associated with an identifier is an incoming call that includes the identifier and is unanswered, an incoming call that includes the identifier and is answered, an outgoing call that uses the identifier and is unanswered or an outgoing call that uses the identifier and is answered.

14. (Original) A method as claimed in claim 10, wherein an event associated with an identifier is call event or a messaging event.

15. (Currently amended) A telephone comprising:
receiver circuitry configured to receive an incoming telephone call,
a user input configured to be operated by a user to answer an incoming telephone call,

a memory configured to store one or more logs that associate data with identifiers,

a display; and

a processor configured to [[to]] obtain an identifier from the incoming telephone call, to access the one or more logs to obtain log data associated with the obtained identifier, to control the output of a user alert for the incoming telephone call including controlling the display to display information based on the obtained log data; and

to ~~updating~~ update, automatically without user input, the data associated with the included identifier in one or more logs.

16. (Currently amended) A method comprising:

participating, at a communication device, in a transfer of a message that includes identifier data;

accessing historic communications data associated with the included identifier data; ~~and~~

presenting, at the communication device, to the user information based on the accessed historic communications data and at least one user selectable option in relation to the message; and

updating, automatically without user input, by a processor of the communication device the data associated with the included identifier in one or more logs.

17. (Original) A method as claimed in claim 16, wherein the method is performed at a destination of the message, the message requests a telephone call dialog
and the user selectable option accepts the request for a telephone call dialog.

18. (Original) A method as claimed in claim 16, wherein the method is performed at a destination of the message, the message comprises content, and the user selectable option is opening or responding to the message.

19. (Original) A method as claimed in claim 16, wherein the method is performed at an origin of the message, the message is a message requesting

4

a telephone call dialogand the user selectable option sends the message for creating an alert at the destination of the message, wherein user action is required to respond to the message at the destination.

20. (Original) A method as claimed in claim 16, wherein the method is performed at an origin of the message, the message comprises content and the user selectable option sends the message for creating an alert at the destination of the message, wherein user action is required to open the message at the destination.

21. (Currently Amended) A communication device comprising:
transceiver circuitry configured to receive or send a communication,
a user input configured to be operated by a user to perform an action in relation to an incoming communication or an outgoing communication;
a memory configured to store one or more logs that associate communication data with identifiers;
a display; and
a processor configured to obtain an identifier from a communication, to access the one or more logs to obtain historic communication data associated with the obtained identifier, to control the display to display information based on the obtained historic communication data; and to update, automatically without user input, the communication data associated with the identifier in [[a]] one or more logs.

22. (Currently amended) A non-transitory computer-readable medium tangibly embodying a computer program, the computer program configured to control a processor and memory at least to perform:
accessing one or more logs that associate historic communication data with identifiers to obtain log data associated with an identifier included in an incoming telephone call; ~~and~~
creating a user alert for the incoming telephone call that includes information based on the obtained log data, wherein the incoming call is received and the user alert is displayed at a communication device; and

5

<u>updating, automatically without user input, by a processor of the communication device the data associated with the included identifier in one or more logs</u>.

REMARKS

Claims 1-22 are pending in the subject application prior to entry of this Amendment. Of those claims, claims 1, 15, 16, 21 and 22 are independent.

It is respectfully noted that independent claim 15 is clarified to recite, in part, that the telephone comprises "a processor configured to ... update, automatically without user input, the data associated with the included identifier in one or more logs" (emphasis added). Similarly, independent claim 21 now recites, in part, that the devices comprises "a processor configured to ... update, automatically without user input, the communication data associated with the identifier in one or more logs" (emphasis added).

Independent claim 1 is amended to similarly recite, in part, a method comprising ... "updating, automatically without user input, by a processor of the communication device the data associated with the included identifier in one or more logs." Claims 16 and 22 also are amended to recite this feature.

Support for the foregoing clarifications exists in the specification at, for example, pages 6-7, as well as page 10, lines 15-17, which discloses that the "processor 12 detects the event and updates the ... data by adding it to the log 24."

Claims 15, 16, 21 and 22 also are amended to improve upon the grammar. These amendments are not made for reasons related to patentability and the full range of equivalents of the elements of the claims should remain in tact.

No new matter is introduced into the application as a result of the foregoing changes. Also, no new issues are believed to be raised by this Amendment, which is believed to place the application in condition for immediate allowance. Accordingly, the Examiner is respectfully requested to enter and consider this Amendment, including the below remarks addressing the Examiner's rejections in the outstanding Action.

7

Accordingly, upon entry of this Amendment, claims 1-22 are pending. Of those claims, claims 1, 15, 16, 21 and 22 remain independent.

In the outstanding final Office Action, claims 1, 4-6, 8, 15, 16, 21 and 22 are rejected under 35 USC Section 102(b) as being anticipated by Strubbe et al. (US 6,681,004, hereinafter "Strubbe"). Lastly, claims 2, 3, 7, 9-14 and 17-20 are rejected under 35 USC Section 103(a) as being unpatentable over Strubbe in view of Bedingfield Sr. et al. (US 2004/0248560), hereinafter "Bedingfield").

The foregoing rejections are respectfully disagreed with, and are traversed below.

Strubbes does <u>not</u> disclose that a processor is configured to update, automatically without user input, e.g., personal data of the originator of a phone call or communication. Strubbe discloses at column 2, lines 22-33, that <u>the user</u> allows by using <u>a keyboard 24</u> (or voice dialog) to update information about the originator of the call.

Thus, the subject matter recited in independent claims 1, 15, 16, 21 and 22 is novel in view of Strubbes.

Bedingfield does <u>not</u> disclose that a processor is configured to update, automatically without user input, data associated with an included identifier in one or more logs. In contrast, Bedingfield teaches in paragraph [0042] that the server 44 receives call state updates from the service control point 42. Call states are ringing, busy, answer and disconnect (see paragraph [0041]). Thus, there is no reason to combine and modify the teachings of Strubbes and Bedingfield in an attempt to arrive at the subject matter recited in Applicant's independent claims. Moreover, if even such combination was made (which Applicant does not admit to being a proper combination), the subject matter recited in Applicant's independent claims would still not be disclosed or suggested for the foregoing reasons.

8

Accordingly, all independent claims are patentable over the cited art. Thus, all remaining dependent claims also are patentable at least in view of their dependency from an allowable independent claim.

All issues having been addressed, the subject application is believed to be in condition for immediate allowance. Thus, the Examiner is respectfully requested to reconsider and withdraw the outstanding rejections.

A Notice of Allowance is earnestly solicited.

Should the Examiner have any questions, a call to the undersigned would be appreciated.

*Moreover, should any outstanding issues remain upon the Examiner's review of this Amendment, Applicant respectfully requests the Examiner to contact the undersigned at the telephone number indicated below prior to issuing the next Office Action so that any such issues may be resolved in the interest of advancing the prosecution of the application.*

Respectfully submitted,

/Christine Wilkes Beninati/        Dec. 15, 2010
Christine Wilkes Beninati            Date

Reg. No. 37,967
Customer No. 10,948
Harrington & Smith, Attorneys at Law, LLC
4 Research Drive, Shelton, CT  06484-6212
Telephone: 203-925-9400
Facsimile: 203-944-0245

9