# Exhibit 731-6

1          RECEIVED    LUC-504/Durga 2-11
      CENTRAL FAX CENTER
         DEC 12 2008

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | | |
|---|---|---|---|---|
| APPLICANTS: | Durga | | EXAMINER: | GAUTHIER, GERALD |
| APPLN. NO.: | 10/930,285 | GROUP: | 2614 | CONF. NO.  7331 |
| FILED: | 8/31/2004 | | DOCKET: | LUC-504/Durga 2-11 |
| TITLE: | FLEXIBLE CALLER ID AND CALLING NAME INFORMATION PRESENTATION | | | |

## CERTIFICATE OF FACSIMILE TRANSMISSION

I hereby certify that this correspondence is being sent via facsimile transmission to Commissioner for Patents, Mail Stop Amendment, Group Art Unit 2614, **Attention: GAUTHIER, GERALD**, P.O. Box 1450, Alexandria, VA 22313-1450, at fax number (571) 273-8300, on December 12, 2008.

Marc A. Valdivia
Attorney for Applicant
Reg. No. 56,597

Date of Signature: December 12, 2008

Commissioner for Patents
Mail Stop Amendment
Group Art Unit 2614
**Attention: Examiner GAUTHIER, GERALD**
P.O. Box 1450
Alexandria, VA 22313-1450
Fax Number (571) 273-8300

## RESPONSE TO OFFICE ACTION

Dear Sir:

This paper is filed in response to the Office Action mailed October 22, 2008 in connection with the above-identified application. A response to the Office Action is due January 22, 2009. Therefore, this Response is timely filed.

2                                                                                     LUC-504/Durga 2-11

**In The Claims**

Please amend the claims as follows:

RECEIVED
CENTRAL FAX CENTER
DEC 1 2 2008

1.    (Previously presented) A method for network support for providing caller flexibility information of a calling terminal, comprising the steps of:

entering a command to use at least one of an alternate caller name, an alternate caller number and an alternate caller message for a calling terminal, instead of a preassigned caller name and caller number for the calling terminal;

looking up, based on at least one of a time and day, the at least one of an alternate caller name, an alternate caller number and an alternate caller message, the at least one of an alternate caller name, an alternate caller number and an alternate caller message being changeable by at least one of the calling terminal and a network; and

using the at least one of an alternate caller name, an alternate caller number and an alternate caller message in place of the preassigned caller name and caller number for the calling terminal.

2.    (Original) The method according to claim 1, wherein the calling terminal is one of a mobile terminal and a non-mobile terminal.

3.    (Original) The method according to claim 1, wherein the command is entered by the calling terminal.

3                                LUC-504/Durga 2-11

4.      (Previously presented) The method according to claim 1, wherein the calling terminal is in the network, and wherein the command is entered by the network.

5.      (Original) The method according to claim 1, wherein the at least one of an alternate caller name, an alternate caller number and an alternate caller message is stored in a database in the network.

6.      (Previously presented) The method according to claim 5, wherein the database in which is stored the at least one of an alternate caller name, an alternate caller number and an alternate caller message is a dynamic database.

7.      (Original) The method according to claim 1, wherein the at least one of an array of alternate caller names, an array of alternate caller numbers and an array of alternate caller messages is stored in a database in the network for the calling terminal.

8.      (Original) The method according to claim 7, wherein the database in which is stored the at least one of an array of alternate caller names, an array of alternate caller numbers and an array of alternate caller messages is a dynamic database, and wherein the at least one of an array of alternate caller names, an array of alternate caller numbers and an array of alternate caller messages is changeable by at least one of the calling terminal and the network.

9.      (Original) The method according to claim 1, wherein one of the following is used for the calling terminal: an alternate caller name; an alternate caller number; an alternate caller

4                                LUC-504/Durga 2-11

message; an alternate caller name and an alternate caller number; an alternate caller name and an alternate caller message; an alternate caller number and an alternate caller message; and an alternate caller name, an alternate caller number, and an alternate caller message.

10.   (Previously presented) A method for network support for providing caller flexibility information of a calling terminal that is displayed on a called terminal, comprising the steps of:

storing for a calling terminal at least one of an alternate caller name, an alternate caller number and an alternate caller message in a database in the network;

entering a command to use the at least one of an alternate caller name, an alternate caller number and an alternate caller message for the calling terminal, instead of a preassigned caller name and caller number for the calling terminal;

looking up, based on at least one of a time and day, in the database the at least one of an alternate caller name, an alternate caller number and an alternate caller message, the at least one of an alternate caller name, an alternate caller number and an alternate caller message being changeable by at least one of the calling terminal and the network; and

displaying on the called terminal the at least one of an alternate caller name, an alternate caller number and an alternate caller message in place of the preassigned caller name and caller number for the calling terminal.

Case 6:20-cv-01171-ADA   Document 32-37   Filed 10/07/21   Page 6 of 13
Dec 12 2008 3:05PM    Patti, Hewitt & Arezina    13123462810    p.5

5                                   LUC-504/Durga 2-11

11.    (Original) The method according to claim 10, wherein the calling terminal is one of a mobile terminal and a non-mobile terminal, and wherein the called terminal is one of a mobile terminal and a non-mobile terminal.

12.    (Original) The method according to claim 10, wherein the command is entered by the calling terminal.

13.    (Previously presented) The method according to claim 10, wherein the calling terminal and the called terminal are in the network, and wherein the command is entered by the network.

14.    (Previously presented) The method according to claim 10, wherein the database in which is stored the at least one of an alternate caller name, an alternate caller number and an alternate caller message is a dynamic database.

15.    (Original) The method according to claim 10, wherein at least one of an array of alternate caller names, an array of alternate caller numbers and an array of alternate caller messages is stored in a database in the network for the calling terminal.

16.    (Original) The method according to claim 15, wherein the database in which is stored the at least one of an array of alternate caller names, an array of alternate caller numbers and an array of alternate caller messages is a dynamic database, and wherein the at least one of an

Case 6:20-cv-01171-ADA   Document 32-37   Filed 10/07/21   Page 7 of 13
Dec 12 2008 3:05PM    Patti, Hewitt & Arezina    13123462810    p.6

6                                                    LUC-504/Durga 2-11

array of alternate caller names, an array of alternate caller numbers and an array of alternate caller messages is changeable by at least one of the calling terminal and the network.

17. (Original) The method according to claim 10, wherein one of the following is used for the calling terminal: an alternate caller name; an alternate caller number; an alternate caller message; an alternate caller name and an alternate caller number; an alternate caller name and an alternate caller message; an alternate caller number and an alternate caller message; and an alternate caller name, an alternate caller number, and an alternate caller message.

18. (Previously presented) A system that provides caller flexibility on "name" and "number" of a calling terminal that is displayed on a called terminal, comprising the steps of:

a calling terminal and a called terminal operatively connected to a network;

a database operatively connected to the network;

at least one of an alternate caller name, an alternate caller number and an alternate caller message, for the calling terminal, stored in the database;

an input command, the input command effecting use of the at least one of an alternate caller name, an alternate caller number and an alternate caller message for the calling terminal, instead of a preassigned caller name and caller number for the calling terminal;

wherein the input command is entered by at least one of the calling terminal and the network;

wherein, when the input command is entered to use the at least one of an alternate caller name, an alternate caller number and an alternate caller message, the network displays, at the

called terminal, the at least one of an alternate caller name, an alternate caller number and an alternate caller message for the calling terminal; and

wherein the input command is overridden based on at least one of a time and day.

19. (Original) The system according to claim 18, wherein the calling terminal is one of a mobile terminal and a non-mobile terminal, and wherein the called terminal is one of a mobile terminal and a non-mobile terminal.

20. (Original) The system according to claim 18, wherein the command is entered by one of the calling terminal and the network.

21. (Original) The system according to claim 18, wherein the database is programmable, the database being programmed to, based on the time and day, provide a specific caller name and/or a specific caller number and/or a specific caller message, and wherein the database is programmed to invoke a fixed set of settings on at least one of a day and a time.

22. (Previously presented) A method for network support for providing caller flexibility information of a calling terminal, comprising the steps of:

entering a command to use a first calling line identification comprised of at least one of a first alternate caller name, a first alternate caller number and a first alternate caller message for a calling terminal, instead of a preassigned caller name and caller number for the calling terminal, wherein a first entity enters the command for display of the first calling line identification at a second entity;

8   LUC-504/Durga 2-11

overriding the first calling line identification with a second calling line identification that is entered by a third entity wherein the second calling line identification comprises at least one of a second alternate caller name, a second alternate caller number and a second alternate caller message; and

using the second calling line identification in place of the first calling line identification for display at the calling terminal.

23. (Previously presented) The method of claim 22, wherein the command is overridden based on at least one of a time and day.

9 LUC-504/Durga 2-11

### Remarks

Reconsideration of the application and allowance of all claims pending are respectfully requested. Claims 1-23 are pending in the above-identified application.

Allowable Subject Matter:

Claims 18-23 are allowed. Applicants gratefully acknowledge this indication of allowance.

Claim Rejections – 103(a):

The Examiner rejected claims 1-17 under 103(a) as being unpatentable over Strauss et al. (US 5,864,612) in view of Rhodes (US 6,343,120 B1). These rejections are respectfully traversed.

Applicant respectfully submits that the Office Action's citations to the applied references, with or without modification or combination, assuming, *arguendo*, that the modification or combination of the Office Action's citations to the applied references is proper, do not teach or suggest looking up, based on at least one of a time and day, the at least one of an alternative caller name, an alternate caller number and an alternate caller message as recited in applicant's independent claims 1 and 10.

In the Office Action of October 22, 2008 the Examiner alleged that Rhodes disclosed looking up, based on at least one of a time and day, the at least one of an alternate caller name, an

Case 6:20-cv-01171-ADA   Document 32-37   Filed 10/07/21   Page 11 of 13
Dec 12 2008 3:07PM   Patti, Hewitt & Arezina   13123462810   p.10

10                              LUC-504/Durga 2-11

alternate caller number and an alternate caller message. To support this allegation the Examiner offers the following text from Rhodes:

> calling parties will be provided with flexibility in identifying themselves or selecting from among different identifications or messages to be transmitted to a party for whom calling party identification number is displayed. This will allow calling parties to customize their identifications to meet needs as they arise for different callers at different times [column 5, line 31 to column 6, line 8].

In the previously cited text, "times" refers to proper or appropriate times to display calling line identifications. The word "times" does not refer to displaying at least one of an alternate caller name, and alternate caller number and an alternate caller message based on a time and day. The word "time" has a different meaning when used in the selected Rhodes quote as opposed to the use of the phrase "time and day" found in independent claims 1 and 10 of the instant application. "Time and day" refers to a particular point in time, not to an appropriate time.

Rhodes' notion of time as an appropriate time rather than a point in time is further emphasized in the following cite:

> This arrangement provides the calling party with a tremendous amount of flexibility in identifying themselves to different called parties. By selecting the appropriate privacy status, namely public or private, with the appropriate indicator such as "00" or "01" the calling party can pre-define which identification field in the identification database is to be the source of identification information. Thus, the calling party can select whether the called party receives the public name or some alias information [column 5, lines 8-16].

Thus the claimed invention discloses looking up, based on at least one of a time and day, the at least one of an alternate caller name, an alternate caller number and an alternate caller message. The cited prior art, however, discloses looking up calling party identification based on an appropriate time, not a particular point in time. Neither Rhodes or any of the other prior art cited by the Examiner discloses, teaches or suggests looking up, based on at least one of a time and day, the at least one of an alternate caller name, an alternate caller number and an alternate caller message.

Applicants respectfully submit that the claimed invention would not have been obvious. Namely, no express teaching or suggestion in the documents for the combination involving looking up, based on at least one of a time and day, the at least one of an alternate caller name, an alternate caller number and an alternate caller message has been identified.

For the reasons presented above claims 1 and 10 are believed not be obvious over the art of record. The corresponding dependent claims are believed allowable for the same reasons as independent claims 1 and 10 as well for their own additional characterizations.

Withdrawal of the § 103 rejection is therefore respectfully requested.

Any prior art made of record and not relied upon is considered to be of general interest only. This application is believed to be in condition for allowance, and such action at an early date is earnestly solicited. If a telephone conference would be of assistance in advancing the prosecution of this application, the Examiner is invited to call applicant's attorney.

12                              LUC-504/Durga 2-11

Respectfully submitted,

Marc A. Valdivia
Attorney for Applicant
Reg. No. 56,597

Dated: December 12, 2008

CARMEN B. PATTI & ASSOCIATES, LLC
Customer Number 47382