# Exhibit 731-7

RECEIVED
CENTRAL FAX CENTER

Jan 22 2009 4:59PM    Patti, Hewitt & Arezina    13123462810    JAN 22 2009

1                                      LUC-504/Durga 2-11

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICANTS:  Durga                     EXAMINER: GAUTHIER, GERALD
APPLN. NO.:  10/930,285   GROUP:  2614    CONF. NO.   7331
FILED:       8/31/2004    DOCKET:  LUC-504/Durga 2-11
TITLE:       **FLEXIBLE CALLER ID AND CALLING NAME INFORMATION
             PRESENTATION**

### CERTIFICATE OF FACSIMILE TRANSMISSION

I hereby certify that this correspondence is being sent via facsimile transmission
to Commissioner for Patents, Mail Stop RCE, Group Art Unit 2616, **Attention:
Gerald Gauthier**, P.O. Box 1450, Alexandria, VA   22313-1450, at fax number
(571) 273-8300, on January 22, 2009.

Carmen B. Patti
Attorney for Applicants
Reg. No. 26,784

Date of Signature:  January 22, 2008

Commissioner for Patents
Mail Stop RCE
Group Art Unit 2614
**Attention: Examiner Gerald Gauthier**
P.O. Box 1450
Alexandria, VA  22313-1450
Fax Number (571) 273-8300

### RESPONSE TO FINAL OFFICE ACTION

Dear Sir:

This paper is filed in response to the Final Office Action mailed October 22, 2008 and the

Advisory Action mailed January 12, 2009 in connection with the above-designated application.

This Response is filed with a Request for Continued Examination.   A response to the Final

Office Action is due January 22, 2009.  Therefore, this Response is timely filed.

2                                      LUC-504/Durga 2-11

## Claim Amendments

Please amend the claims as follows:

1.      (Currently amended) A method for network support for providing caller flexibility information of a calling terminal, comprising the steps of:

entering a command to use at least one of an alternate caller name, an alternate caller number and an alternate caller message for a calling terminal, instead of a preassigned caller name and caller number for the calling terminal;

looking up, based on at least one of a ~~time~~-hour, minute, second and day, the at least one of an alternate caller name, an alternate caller number and an alternate caller message, the at least one of an alternate caller name, an alternate caller number and an alternate caller message being changeable by at least one of the calling terminal and a network; and

using the at least one of an alternate caller name, an alternate caller number and an alternate caller message in place of the preassigned caller name and caller number for the calling terminal.


2.      (Original) The method according to claim 1, wherein the calling terminal is one of a mobile terminal and a non-mobile terminal.


3.      (Original) The method according to claim 1, wherein the command is entered by the calling terminal.

3                                                    LUC-504/Durga 2-11

4.      (Previously presented) The method according to claim 1, wherein the calling terminal is in the network, and wherein the command is entered by the network.

5.      (Original) The method according to claim 1, wherein the at least one of an alternate caller name, an alternate caller number and an alternate caller message is stored in a database in the network.

6.      (Previously presented)  The method according to claim 5, wherein the database in which is stored the at least one of an alternate caller name, an alternate caller number and an alternate caller message is a dynamic database.

7.      (Original) The method according to claim 1, wherein the at least one of an array of alternate caller names, an array of alternate caller numbers and an array of alternate caller messages is stored in a database in the network for the calling terminal.

8.      (Original) The method according to claim 7, wherein the database in which is stored the at least one of an array of alternate caller names, an array of alternate caller numbers and an array of alternate caller messages is a dynamic database, and wherein the at least one of an array of alternate caller names, an array of alternate caller numbers and an array of alternate caller messages is changeable by at least one of the calling terminal and the network.

4                                           LUC-504/Durga 2-11

9.    (Original) The method according to claim 1, wherein one of the following is used for the calling terminal: an alternate caller name; an alternate caller number; an alternate caller message; an alternate caller name and an alternate caller number; an alternate caller name and an alternate caller message; an alternate caller number and an alternate caller message; and an alternate caller name, an alternate caller number, and an alternate caller message.

10.    (Currently amended) A method for network support for providing caller flexibility information of a calling terminal that is displayed on a called terminal, comprising the steps of:

storing for a calling terminal at least one of an alternate caller name, an alternate caller number and an alternate caller message in a database in the network;

entering a command to use the at least one of an alternate caller name, an alternate caller number and an alternate caller message for the calling terminal, instead of a preassigned caller name and caller number for the calling terminal;

looking up, based on at least one of a time hour, minute, second and day, in the database the at least one of an alternate caller name, an alternate caller number and an alternate caller message, the at least one of an alternate caller name, an alternate caller number and an alternate caller message being changeable by at least one of the calling terminal and the network; and

displaying on the called terminal the at least one of an alternate caller name, an alternate caller number and an alternate caller message in place of the preassigned caller name and caller number for the calling terminal.

11.    (Original) The method according to claim 10, wherein the calling terminal is one of a mobile terminal and a non-mobile terminal, and wherein the called terminal is one of a mobile terminal and a non-mobile terminal.

12.    (Original) The method according to claim 10, wherein the command is entered by the calling terminal.

13.    (Previously presented) The method according to claim 10, wherein the calling terminal and the called terminal are in the network, and wherein the command is entered by the network.

14.    (Previously presented) The method according to claim 10, wherein the database in which is stored the at least one of an alternate caller name, an alternate caller number and an alternate caller message is a dynamic database.

15.    (Original) The method according to claim 10, wherein at least one of an array of alternate caller names, an array of alternate caller numbers and an array of alternate caller messages is stored in a database in the network for the calling terminal.

16.    (Original) The method according to claim 15, wherein the database in which is stored the at least one of an array of alternate caller names, an array of alternate caller numbers and an array of alternate caller messages is a dynamic database, and wherein the at least one of an array of alternate caller names, an array of alternate caller

numbers and an array of alternate caller messages is changeable by at least one of the calling terminal and the network.

17.    (Original) The method according to claim 10, wherein one of the following is used for the calling terminal: an alternate caller name; an alternate caller number; an alternate caller message; an alternate caller name and an alternate caller number; an alternate caller name and an alternate caller message; an alternate caller number and an alternate caller message; and an alternate caller name, an alternate caller number, and an alternate caller message.

18.    (Previously presented) A system that provides caller flexibility on "name" and "number" of a calling terminal that is displayed on a called terminal, comprising the steps of:

a calling terminal and a called terminal operatively connected to a network;

a database operatively connected to the network;

at least one of an alternate caller name, an alternate caller number and an alternate caller message, for the calling terminal, stored in the database;

an input command, the input command effecting use of the at least one of an alternate caller name, an alternate caller number and an alternate caller message for the calling terminal, instead of a preassigned caller name and caller number for the calling terminal;

wherein the input command is entered by at least one of the calling terminal and the network;

wherein, when the input command is entered to use the at least one of an alternate caller name, an alternate caller number and an alternate caller message,  the network displays, at the called terminal, the at least one of an alternate caller name, an alternate caller number and an alternate caller message for the calling terminal; and

wherein the input command is overridden based on at least one of a time and day.

19.    (Original) The system according to claim 18, wherein the calling terminal is one of a mobile terminal and a non-mobile terminal, and wherein the called terminal is one of a mobile terminal and a non-mobile terminal.

20.    (Original) The system according to claim 18, wherein the command is entered by one of the calling terminal and the network.

21.    (Original) The system according to claim 18, wherein the database is programmable, the database being programmed to, based on the time and day, provide a specific caller name and/or a specific caller number and/or a specific caller message, and wherein the database is programmed to invoke a fixed set of settings on at least one of a day and a time.

22.    (Previously presented) A method for network support for providing caller flexibility information of a calling terminal, comprising the steps of:

entering a command to use a first calling line identification comprised of at least one of a first alternate caller name, a first alternate caller number and a first alternate caller message for a

calling terminal, instead of a preassigned caller name and caller number for the calling terminal, wherein a first entity enters the command for display of the first calling line identification at a second entity;

overriding the first calling line identification with a second calling line identification that is entered by a third entity wherein the second calling line identification comprises at least one of a second alternate caller name, a second alternate caller number and a second alternate caller message; and

using the second calling line identification in place of the first calling line identification for display at the calling terminal.

23.   (Previously presented) The method of claim 22, wherein the command is overridden based on at least one of a time and day.

9                                                    LUC-504/Durga 2-11

## Remarks

Entry of the above-noted amendments, reconsideration of the application, and allowance

of all claims pending are respectfully requested.  By this amendment, claims 1 and 10 are

amended.  These amendments to the claims constitute a bona fide attempt by applicants to

advance prosecution of the application and obtain allowance of certain claims, and are in no way

meant to acquiesce to the substance of the rejections.  Support for the amendments can be found

throughout the specification (e.g., page 8, lines 8-10; and page 10, lines 1-3) and thus, no new

matter has been added.  Claims 1-23 are pending.

Allowable Subject Matter:

Claims 18-23 are allowed.   Applicants gratefully acknowledge this indication of

allowance.

Claim Rejections - 35 U.S.C. § 103

The Examiner rejected claims 1-17 under 103(a) as being unpatentable over Strauss et al.

(US 5,864,612) in view of Rhodes (US 6,343,120 B1).   These rejections are respectfully

traversed.

Applicant respectfully submits that the Office Action's citations to the applied references,

with or without modification or combination, assuming, *arguendo*, that the modification or

combination of the Office Action's citations to the applied references is proper, do not teach or

suggest looking up, based on at least one of a hour, minute, second and day, the at least one of an

alternative caller name, an alternate caller number and an alternate caller message as recited in

applicant's independent claims 1 and 10.

The Office Action's citations to Strauss and Rhodes fail to meet at least one of applicants' claimed features. For example, as explained in the response dated December 12, 2008, the Examiner relies on Rhodes as teaching looking up, based on at least one of a hour, minute, second and day, the at least one of an alternative caller name, an alternate caller number and an alternate caller message. Rhodes' reference to "time," however, refers to an appropriate time, not at least one of a hour, minute, second and day.

For all the reasons presented above with reference to claims 1 and 10, the claims are believed neither anticipated nor obvious over the art of record. The corresponding dependent claims are believed allowable for the same reasons as independent claims 1 and 10 as well as for their own additional characterizations.

Withdrawal of the §103 rejections is therefore respectfully requested.

In view of the above amendments and remarks, allowance of all claims pending is respectfully requested. If a telephone conference would be of assistance in advancing the prosecution of this application, the Examiner is invited to call applicants' attorney.

Respectfully submitted,

Carmen B. Patti
Attorney for Applicants
Reg. No. 26,784

Dated: January 22, 2008

Patti, Hewitt & Arezina, LLC
Customer Number 47382