# Exhibit 320-2

# DICTIONARY OF COMPUTING

## FIFTH EDITION

S.M.H. Collin

BLOOMSBURY

SFDC00019056

www.bloomsbury.com

Originally published by Peter Collin Publishing

Fifth edition published 2004
Fourth edition published 2002
Third edition published 1998
Second edition published 1994
First published in Great Britain 1988

Bloomsbury Publishing Plc
38 Soho Square, London W1D 3HB
© Copyright S.M.H. Collin, 1988, 1994, 1998, 2002
This edition © copyright Bloomsbury Publishing Plc 2004

All rights reserved. No part of this publication may
be reproduced in any form or by any means without the
permission of the publishers.

**British Library Cataloguing-in-Publication Data**

A catalogue record for this book is available from the British Library

ISBN 0 7475 6622 4

Text processing and computer typesetting by Bloomsbury
Printed and bound in Italy by Legoprint

**Text Production and Proofreading**
Lesley Brown, Stephen Curtis, Howard Sargeant, Megan Thomson, Katy
McAdam, Joel Adams, Daisy Jackson, Charlotte Regan

All papers used by Bloomsbury Publishing are natural, recyclable products made from wood
grown in well-managed forests. The manufacturing processes conform to the environmental
regulations of the country of origin.

SFDC00019057

ware or software devices from one manufacturer

**genlock** /'dʒenlɒk/ *noun* same as **generator lock**

**geometry** /dʒi'ɒmətri/ *noun* the first of the two stages used to create and display a three-dimensional object. The second is rendering.

**geometry processing** /dʒiː'ɒmətri ˌprəʊsesɪŋ/ *noun* a process required to calculate the x, y and z coordinates of a three-dimensional object that is to be displayed on screen ○ *Geometry processing is usually carried out by the CPU or by a specialised graphics processor.*

**geotargeting** /ˌdʒiːəʊ'tɑːɡɪtɪŋ/ *noun* a method of analysing what a visitor to your website is viewing or doing and deducing his or her location, then displaying custom content or advertisements accordingly ○ *If a website visitor searches for the weather in Seattle, the intelligent geotargeting software displays banner advertisements from taxi companies in Seattle.*

**get** /get/ *noun* an instruction to obtain a record from a file or database

**GET method** /'get ˌmeθəd/ *noun* (*in HTML for CGI access*) a method of transferring information between a webpage, which uses the HTML form GET command, and a server-based application

**ghost** /gəʊst/ *noun* **1.** a menu item displayed in grey and not currently available **2.** an effect on a television image in which a weaker copy of the picture is displayed to one side of the main image, caused by signal reflections

**ghost cursor** /gəʊst 'kɜːsə/ *noun* a second cursor which can be used in some programs

**GHz** *abbr* gigahertz

**GIF** /gɪf/ a trade name for a graphics file format of a file containing a bit-mapped image. Full form **graphics interface format**

**GIF file** /ˌdʒiː aɪ 'ef faɪl/ *noun* graphics file format of a file containing a bit-mapped image

**giga-** /gɪɡə/ *prefix* one thousand million. Abbr **G**
  COMMENT: In computing giga refers to $2^{30}$, which is equal to 1,073,741,824.

**gigabit** /'gɪɡəbɪt/ *noun* a unit of capacity of a computer local area network, equal to one megabyte of computer information or 1,073,741,824 bits

**gigabyte** /'gɪɡəbaɪt/ *noun* $10^9$ bytes. Abbr **Gb**

**gigaflop** /'gɪɡəflɒp/ *noun* one thousand million floating-point operations per second

**gigahertz** /'gɪɡəhɜːts/ *noun* a frequency of one thousand million cycles per second. Abbr **GHz**

**GIGO** /'gaɪɡəʊ/ *noun* the principle that the accuracy and quality of information that is output depends on the quality of the input. Full form **garbage in garbage out**
  COMMENT: GIGO is sometimes taken to mean 'garbage in gospel out': i.e. that whatever wrong information is put into a computer, people will always believe that the output results are true.

**gigs** /gɪgz/ *noun* meaning one thousand million; in computing G refers to $2^{30}$ equal to 1,073,741,824. Abbr **G**

**GINO** /ˌdʒiː aɪ en 'əʊ/ *noun* a graphical control routine written in FORTRAN. Full form **graphical input output**

**GKS** /ˌdʒiː keɪ 'es/ *noun* a standard for software command and functions describing graphical input/output to provide the same functions, etc. on any type of hardware. Full form **graphics kernel system**

**glare** /gleə/ *noun* very bright light reflections, especially on a VDU screen ○ *The glare from the screen makes my eyes hurt.*

**glare filter** /gleə 'fɪltə/ *noun* a coated glass or plastic sheet placed in front of a screen to cut out bright light reflections

**glitch** /glɪtʃ/ *noun* anything which causes the sudden unexpected failure of a computer or equipment (*informal*)
  'The programmer was upgrading a verification system at Visa's UK data centre when his work triggered a software glitch causing hundreds of valid cards to be rejected for several hours.' [*Computing*]

**global** /'gləʊb(ə)l/ *adjective* covering everything
  'In an attempt to bring order to an electronic Tower of Babel, pharmaceutical giant Rhone-Poulenc has assembled an X.400-based global messaging network and a patchwork directory system that will be used until a single email system is deployed worldwide.' [*Computing*]

**global backup** /ˌgləʊb(ə)l 'bækʌp/ *noun* **1.** a backup of all data stored on all nodes or workstations connected to a network **2.** a backup of all files on a hard disk or file server

**global exchange** /ˌgləʊb(ə)l ɪks 'tʃeɪndʒ/ *noun* a replace function which replaces one piece of text, e.g. a word, with another throughout a whole text

SFDC00019058