# Exhibit 320-3

# DICTIONARY OF COMPUTING

## SIXTH EDITION

Lincoln Public Library    DUPL
3 7496 00325600 2

A & C Black • London

SFDC00019059

www.acblack.com

First published in Great Britain
by *Peter Collin Publishing* 1988
This sixth edition published in 2010
Fifth edition published 2004
Reprinted 2008, 2009
Fourth edition published 2002
Third edition published 1998
Second edition published 1994

A & C Black Publishers Ltd
36 Soho Square, London W1D 3QY

Copyright © S.M.H. Collin, 1988, 1994, 1998, 2002
This edition copyright © A & C Black Publishers 2004, 2010

All rights reserved. No part of this publication may
be reproduced in any form or by any means without the
permission of the publishers.

A CIP catalogue record for this book is available from the British Library.

ISBN 978 1 408 1 2807 7

A & C Black uses paper produced with elemental chlorine-free pulp,
harvested from managed sustainable forests.

Text typeset by A & C Black
Printed and bound in Spain by GraphyCems.

SFDC00019060

**geometry processing** /dʒiːˈɒmətri ˌprəʊsesɪŋ/ *noun* a process required to calculate the x, y and z coordinates of a three-dimensional object that is to be displayed on screen ○ *Geometry processing is usually carried out by the CPU or by a specialised graphics processor.*

**geotargeting** /ˌdʒiːəʊˈtɑːɡɪtɪŋ/ *noun* a method of analysing what a visitor to your website is viewing or doing and deducing his or her location, then displaying custom content or advertisements accordingly ○ *If a website visitor searches for the weather in Seattle, the intelligent geotargeting software displays banner advertisements from taxi companies in Seattle.*

**get** /ɡet/ *noun* an instruction to obtain a record from a file or database

**GET method** /ˈɡet ˌmeθəd/ *noun* (*in HTML for CGI access*) a method of transferring information between a web page, which uses the HTML form GET command and a server-based application

**ghost** /ɡəʊst/ *noun* **1.** a menu item displayed in grey and not currently available **2.** an effect on a television image in which a weaker copy of the picture is displayed to one side of the main image, caused by signal reflections

**ghost cursor** /ˈɡəʊst ˌkɜːsə/ *noun* a second cursor which can be used in some programs

**GHz** *abbr* gigahertz

**GIF** /ɡɪf/ a trade name for a graphics file format of a file containing a bit-mapped image. Full form **graphics interface format**

**GIF file** /ˈɡɪf faɪl/ *noun* graphics file format of a file containing a bit-mapped image

**giga-** /ˈɡɪɡə/ *prefix* **1.** one thousand million. Abbr **G 2.** (*in computing*) $2^{30}$, which is equal to 1,073,741,824

**gigabit** /ˈɡɪɡəbɪt/ *noun* a unit of capacity of a computer local area network, equal to one megabyte of computer information or 1,073,741,824 bits. Abbr **Gb**

**gigabyte** /ˈɡɪɡəbaɪt/ *noun* $10^9$ bytes. Abbr **GB**

**gigaflop** /ˈɡɪɡəflɒp/ *noun* one thousand million floating-point operations per second

**gigahertz** /ˈɡɪɡəhɜːts/ *noun* a frequency of one thousand million cycles per second. Abbr **GHz**

**GIGO** /ˈɡaɪɡəʊ/ *noun* the principle that the accuracy and quality of information that is output depends on the quality of the input. Full form **garbage in garbage out**
COMMENT: GIGO is sometimes taken to mean 'garbage in gospel out'; i.e. that whatever wrong information is put into a computer, people will always believe that the output results are true.

**gigs** /ɡɪɡz/ *noun* meaning one thousand million. Abbr **G**

**GINO** /ˌdʒiː aɪ en ˈəʊ/ *noun* a graphical control routine written in FORTRAN. Full form **graphical input output**

**GKS** /ˌdʒiː keɪ ˈes/ *noun* a standard for software command and functions describing graphical input/output to provide the same functions, etc. on any type of hardware. Full form **graphics kernel system**

**glare** /ɡleə/ *noun* very bright light reflections, especially on a VDU screen ○ *The glare from the screen makes my eyes hurt.*

**glare filter** /ˈɡleə ˌfɪltə/ *noun* a coated glass or plastic sheet placed in front of a screen to cut out bright light reflections

**glitch** /ɡlɪtʃ/ *noun* anything which causes the sudden unexpected failure of a computer or equipment (*informal*)
'The programmer was upgrading a verification system at Visa's UK data centre when his work triggered a software glitch causing hundreds of valid cards to be rejected for several hours.' [*Computing*]

**global** /ˈɡləʊb(ə)l/ *adjective* covering everything
'In an attempt to bring order to an electronic Tower of Babel, pharmaceutical giant Rhone-Poulenc has assembled an X.400-based global messaging network and a patchwork directory system that will be used until a single email system is deployed worldwide.' [*Computing*]

**global backup** /ˌɡləʊb(ə)l ˈbækʌp/ *noun* **1.** a backup of all data stored on all nodes or workstations connected to a network **2.** a backup of all files on a hard disk or file server

**global exchange** /ˌɡləʊb(ə)l ɪksˈtʃeɪndʒ/ *noun* a replace function which replaces one piece of text, e.g. a word, with another throughout a whole text

**global knowledge** /ˌɡləʊb(ə)l ˈnɒlɪdʒ/ *noun* all the knowledge about one problem or task

**global memory** /ˌɡləʊb(ə)l ˈmem(ə)ri/ *noun* memory available to all Windows applications

**global search and replace** /ˌɡləʊb(ə)l ˌsɜːtʃ ən rɪˈpleɪs/ *noun* a word-processor search and replace function covering a complete file or document

**global system for mobile communications** /ˌɡləʊb(ə)l ˌsɪstəm fə ˌməʊbaɪl

SFDC00019061