# Exhibit 899-1

US008923899B2

(12) **United States Patent**
Cai et al.

(10) **Patent No.:** **US 8,923,899 B2**
(45) **Date of Patent:** **Dec. 30, 2014**

(54) **INTERFACE BETWEEN RESTFUL WEB SERVICES AND PACKET-SWITCHED NETWORKS FOR TEXT MESSAGING**

(75) Inventors: **Yigang Cai**, Naperville, IL (US); **Gyan Shanker**, Naperville, IL (US)

(73) Assignee: **Alcatel Lucent**, Boulogne-Billancourt (FR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 189 days.

(21) Appl. No.: **13/160,658**

(22) Filed: **Jun. 15, 2011**

(65) **Prior Publication Data**

US 2012/0322468 A1     Dec. 20, 2012

(51) **Int. Cl.**
| | |
|---|---|
| *H04W 4/00* | (2009.01) |
| *H04L 29/08* | (2006.01) |
| *H04W 4/14* | (2009.01) |

(52) **U.S. Cl.**
CPC ................. *H04W 4/14* (2013.01); *H04L 67/20* (2013.01); *H04L 67/02* (2013.01)
USPC ........ **455/466**; 455/432.2; 455/445; 719/328; 370/328; 370/466; 370/467

(58) **Field of Classification Search**
CPC ................ H04L 67/02; H04L 65/1016; H04L 29/06176; H04W 4/14; H04W 8/18; H04W 4/18; H04M 1/72522
USPC ........... 455/414.1, 466, 432.2, 455; 370/466, 370/467, 328–338
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,094,578 A * | 7/2000 | Purcell et al. | .............. | 455/426.1 |
| 2002/0056001 A1* | 5/2002 | Magee et al. | ................. | 709/225 |

| | | | | |
|---|---|---|---|---|
| 2005/0036498 A1* | 2/2005 | Clarke et al. | ............. | 370/395.52 |
| 2008/0219757 A1* | 9/2008 | Rutledge et al. | ............... | 403/268 |
| 2010/0094926 A1* | 4/2010 | Shukla et al. | ................. | 709/203 |
| 2011/0161465 A1* | 6/2011 | Kowalski | ...................... | 709/219 |
| 2012/0023175 A1* | 1/2012 | DeLuca | ....................... | 709/206 |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| IE | WO 2009/133544 | * | 5/2009 | |
| WO | WO2009/133544 A1 | | 11/2009 | |

OTHER PUBLICATIONS

Roy Thomas Fielding, "Dissertation: Architectural Styles and the Design of Network-based Software Architectures" © Roy Thomas Fielding, 2000. All rights reserved.
"3rd Generation Partnership Project; Technical Specification Group Core Network and Terminals; Support of SMS over IP networks; Stage 3 (Release 8)" 3GPP TS 24.341 V8.0.0 (Dec. 2008).

(Continued)

*Primary Examiner* — Quan M Hua
(74) *Attorney, Agent, or Firm* — Duft Bornsen & Fettig, LLP

(57) **ABSTRACT**

Systems and methods are disclosed for interfacing RESTful web applications with packet-switched networks for text messaging. One embodiment comprises a system that handles a Mobile Terminated (MT) text message from a web application to a packet-switched network. The system receives a RESTful send operation for sending the MT text message from the web application. The system converts the RESTful send operation for the MT text message to a send request that is based on a signaling protocol used by the packet switched network, such as SIP, SMPP, or MAP. The system then transmits the send request for the MT text message to the packet-switched network for delivery of the MT text message to a recipient.

**16 Claims, 7 Drawing Sheets**



**US 8,923,899 B2**

Page 2

(56)        **References Cited**

OTHER PUBLICATIONS

Soonchul Jung et al., Call/Messaging Open API for Telecommunication Technology, 2008, ICACT 2008. 10th International Conference on, IEEE, Piscataway, NJ, USA, Feb. 17, 2008, pp. 1139-1143, XP031245319, ISBN 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-136-3.

Darvishan A H et al., "OSA ParlyX Gateway architecture for 3rdParty Operators Participation Next Networks", Advance Communication Technology (IACT), 2010 The 12th International Confer-

ence on IEEE, Piscataway, NJ, USA, Feb. 7, 2010, pp. 75-80, XP031653978, ISBN 978-1-4244-5427-3.

"RESTful Bindings for Parlay X Web Services-Short Messaging; Candidate Version 1.1", Jan. 11, 2011 pp. 1-87, XP55040520, Retrieved from Internet: URL:http//www.openmobilealliance.org/Technical/release_program/docs/ParlayREST/V2_0-20110111-C/OMA-TS-ParlayREST_shortmessaging-V1_1-20110111-C.pdf [retrieved on Oct. 10, 2012].

* cited by examiner

**FIG. 1**



*FIG. 2*

200

START

RECEIVE A RESTful SEND OPERATION FOR SENDING A MT TEXT MESSAGE FROM A WEB APPLICATION ~202

CONVERT THE RESTful SEND OPERATION TO A SEND REQUEST IN A SIGNALING PROTOCOL OF THE PACKET-SWITCHED NETWORK ~204

TRANSMIT THE SEND REQUEST FOR THE MT TEXT MESSAGE TO THE PACKET-SWITCHED NETWORK TO ALLOW FOR DELIVERY OF THE MT TEXT MESSAGE TO A RECIPIENT ~206

END

*FIG. 3*

300

START

RECEIVE A SEND REQUEST FOR A MO TEXT MESSAGE FROM A UE; WHERE THE SEND REQUEST IS IN A SIGNALING PROTOCOL OF THE PACKET-SWITCHED NETWORK ~302

CONVERT THE SEND REQUEST TO A RESTful RECEIVE OPERATION ~304

TRANSMIT THE RESTful RECEIVE OPERATION TO THE WEB APPLICATION TO ALLOW FOR DELIVERY OF THE MO TEXT MESSAGE TO THE WEB APPLICATION ~306

END



**FIG. 4**

400

START

RECEIVE A STATUS MESSAGE FOR A
MT TEXT MESSAGE FROM THE PACKET-
SWITCHED NETWORK INDICATING
A DELIVERY STATUS OF THE
MT TEXT MESSAGE — 402

CONVERT THE STATUS MESSAGE TO
A RESTful STATUS OPERATION — 404

TRANSMIT THE RESTful STATUS
OPERATION TO THE WEB APPLICATION
TO INDICATE A DELIVERY STATUS OF
THE SEND REQUEST AND/OR THE
MT TEXT MESSAGE — 406

END

**FIG. 5**

500

START

RECEIVE A RESTful STATUS OPERATION
FROM THE WEB APPLICATION INDICATING
A DELIVERY STATUS OF A MO TEXT
MESSAGE — 502

CONVERT THE RESTful STATUS
OPERATION TO A STATUS MESSAGE IN
THE SIGNALING PROTOCOL OF THE
PACKET-SWITCHED NETWORK — 504

TRANSMIT THE STATUS MESSAGE TO
THE PACKET-SWITCHED NETWORK
TO INDICATE A DELIVERY STATUS OF
THE MO TEXT MESSAGE — 506

END

*FIG. 6*



WEB APP 610
CONVERSION SYSTEM 620
IP-SM-GW 632
S-CSCF 634
UE 640
701
POST (SendSms)
702
HTTP 202 Accepted
703
GET (GetSmsDeliveryStatus)
704
HTTP 200 OK
SIP MESSAGE (RP-DATA)
705
SIP MESSAGE (RP-DATA)
706
SIP MESSAGE (RP-DATA)
707
SIP 200 OK
708
710
SIP 200 OK
SIP 200 OK
709
SIP MESSAGE (RP-ACK)
711
SIP MESSAGE (RP-ACK)
712
717
POST (NotifySmsReception)
SIP MESSAGE (RP-ACK)
713
718
HTTP 200 OK
SIP 200 OK
714
SIP 200 OK
715
SIP 200 OK
716
DETERMINE STATUS
SIP MESSAGE (RP-DATA/ STATUS)
719
SIP MESSAGE (RP-DATA/ STATUS)
720
SIP MESSAGE (RP-DATA/ STATUS)
721
725
POST (NotifySmsDeliveryReceipt)
726
HTTP 200 OK
SIP 200 OK
722
SIP 200 OK
723
SIP 200 OK
724

*FIG. 7*

WEB APP
610
CONVERSION SYSTEM
620
IP-SM-GW
632
S-CSCF
634
UE
640
801
POST (StartSmsNotfication)
802
HTTP 200 OK
SIP MESSAGE (RP-DATA)
803
SIP MESSAGE (RP-DATA)
804
805
SIP MESSAGE (RP-DATA)
SIP 200 OK
806
SIP 200 OK
807
SIP 200 OK
808
809
POST (NotifySmsReception)
810
HTTP 200 OK
811
GET (GetSmsDeliveryStatus)
812
HTTP 200 OK
813
POST(NotifySmsReception)
814
HTTP 200 OK
SIP MESSAGE (RP-ACK)
815
SIP MESSAGE (RP-ACK)
816
SIP MESSAGE (RP-ACK)
817
SIP 200 OK
818
SIP 200 OK
819
820
SIP 200 OK
DETERMINE STATUS
821
POST(NotifySms DeliveryReceipt)
822
HTTP 200 OK
SIP MESSAGE (RP-DATA/ STATUS)
823
SIP MESSAGE (RP-DATA/ STATUS)
824
SIP MESSAGE (RP-DATA/ STATUS)
825
SIP 200 OK
826
SIP 200 OK
827
828
SIP 200 OK

*FIG. 8*

WEB APP 610
CONVERSION SYSTEM 620
IP-SM-GW 632
S-CSCF 634
UE 640
SIP MESSAGE (RP-DATA)
903
SIP MESSAGE (RP-DATA)
904
SIP MESSAGE (RP-DATA)
905
SIP 200 OK
906
SIP 200 OK
907
SIP 200 OK
908
SIP MESSAGE (RP-ACK)
910
SIP MESSAGE (RP-ACK)
911
SIP MESSAGE (RP-ACK)
912
SIP 200 OK
913
SIP 200 OK
914
SIP 200 OK
915
916
GET (GetReceivedSms)
917
HTTP 200 OK (MO SMS)
DETERMINE STATUS
918
POST(NotifySms DeliveryReceipt)
919
HTTP 200 OK
SIP MESSAGE (RP-DATA/ STATUS)
920
SIP MESSAGE (RP-DATA/ STATUS)
921
SIP MESSAGE (RP-DATA/ STATUS)
922
SIP 200 OK
923
SIP 200 OK
924
SIP 200 OK
925

*FIG. 9*

US 8,923,899 B2

**1**

## INTERFACE BETWEEN RESTFUL WEB SERVICES AND PACKET-SWITCHED NETWORKS FOR TEXT MESSAGING

### FIELD OF THE INVENTION

The invention is related to the field of communications and, in particular, to interfacing RESTful web services with packet-switched networks for text messaging.

### BACKGROUND

Text messaging has become a popular mode of communication in many mobile (or wireless) networks. One example of text messaging is Short Message Service (SMS), which is a set of communication protocols allowing the exchange of short text messages (i.e., 160 characters or less) between devices. While the term "text message" traditionally referred to text-only messages sent using SMS, it has been extended to include multimedia messages, such as images, video, sound content, etc. The multimedia messages may be sent using Multimedia Message Service (MMS) protocol. Often times, mobile users more frequently use text messaging for communication than voice calls.

Although text messaging is traditionally thought of as two mobile devices exchanging text messages, there may be web-based applications that allow an end user to send or receive text messages. For example, an end user may access a 3rd party web site for sending/receiving text messages. Through the 3rd party web site, the end user may enter a message intended for a recipient and a telephone number for the recipient. The web-based application then generates a send request for the text message using an Application Programming Interface (API) defined for web-based services. In another example, some social networking services (e.g., Facebook) may provide text messaging capabilities through a web site. When a user logs into his/her social network account, one option available to the end user may be to send/receive text messages.

Organizations have defined standard APIs for web-based applications to use when sending/receiving text messages. One API that is used for web applications is a RESTful API, also referred to as a RESTful web API. The RESTful web API is a set of operations that use HTTP methods, such as POST, GET, PUT, and DELETE, while conforming to Representational State Transfer (REST) constraints.

Unfortunately, the RESTful APIs presently used for web services do not provide enough flexibility for today's evolving networks.

### SUMMARY

Embodiments described herein provide a system, such as an API, that interfaces RESTful web services with packet-switched networks. The system is able to translate RESTful operations from a web application to messages in the signaling protocol of the packet-switched network for SMS/MMS messaging. Also, the system is able to translate signaling messages from the packet-switched network to RESTful operations. By converting between RESTful and the signaling protocol of the packet-switched network, text messages may be exchanged directly between the web application and the packet-switched network. This advantageously improves how web-based text messaging may be implemented in evolving networks, such as IMS networks or LTE networks.

One embodiment comprises a system that handles a Mobile Terminated (MT) text message from a web applica-

**2**

tion to a packet-switched network. The system includes an interface operable to receive a RESTful send operation from the web application that is used for sending the MT text message from the web application. The system further includes a controller operable to convert the RESTful send operation for the MT text message to a send request in a signaling protocol used in the packet-switched network. The signaling protocol used in the packet-switched network may be Session Initiation Protocol (SIP), Short Message Peer-to-Peer (SMPP) protocol, Mobile Application Part (MAP) protocol, etc. The interface is further operable to transmit the send request for the MT text message to the packet-switched network for delivery of the MT text message to a recipient.

In another embodiment, the system is able to handle a Mobile Originated (MO) text message from the packet-switched network to the web application. The interface is operable to receive a send request for the MO text message from the packet-switched network. As above, the send request is in the signaling protocol used in the packet-switched network. The controller is further operable to convert the send request for the MO text message to a RESTful receive operation that is used for receiving the MO text message into the web application. The interface is further operable to transmit the RESTful receive operation for the MO text message to the web application for delivery of the MO text message to a user of the web application.

Other exemplary embodiments may be described below.

### DESCRIPTION OF THE DRAWINGS

Some embodiments of the present invention are now described, by way of example only, and with reference to the accompanying drawings. The same reference number represents the same element or the same type of element on all drawings.

FIG. **1** illustrates a communication system in an exemplary embodiment.

FIG. **2** is a flow chart illustrating a method of handling a MT text message from a web application to user equipment (UE) in an exemplary embodiment.

FIG. **3** is a flow chart illustrating a method of handling a MO text message from a UE to a web application in an exemplary embodiment.

FIG. **4** is a flow chart illustrating a method of handling a status message from a packet-switched network to a web application in an exemplary embodiment.

FIG. **5** is a flow chart illustrating a method of handling a RESTful status operation from a web application to a packet-switched network in an exemplary embodiment.

FIG. **6** illustrates a communication system in another exemplary embodiment.

FIG. **7** is a message diagram illustrating a call flow for a MT SMS message in an exemplary embodiment.

FIG. **8** is a message diagram illustrating a call flow for a MO SMS message in an exemplary embodiment.

FIG. **9** is a message diagram illustrating another call flow for a MO SMS message in an exemplary embodiment.

### DESCRIPTION OF EMBODIMENTS

The figures and the following description illustrate specific exemplary embodiments of the invention. It will thus be appreciated that those skilled in the art will be able to devise various arrangements that, although not explicitly described or shown herein, embody the principles of the invention and are included within the scope of the invention. Furthermore, any examples described herein are intended to aid in under-

US 8,923,899 B2

**3**

standing the principles of the invention, and are to be construed as being without limitation to such specifically recited examples and conditions. As a result, the invention is not limited to the specific embodiments or examples described below, but by the claims and their equivalents.

FIG. **1** illustrates a communication system **100** in an exemplary embodiment. Communication system **100** includes a web application **110** coupled to a packet-switched network **130** through a conversion system **120**. Web application **110** is part of a web-based service for sending and receiving text messages, such as SMS messages or MMS messages. In this embodiment, web application **110** uses RESTful for sending and receiving text messages. Packet-switched network **130** comprises any network that exchanges communications using packets, such as IP packets. Packet-switched network **130** may comprise an IMS network, an LTE network, or any other IP-based network. Packet-switched network **130** may include a variety of network nodes (not shown) in order to provide voice and/or data services to User Equipment (UE) **140**. More particularly, a network node of packet-switched network **130** provides a text messaging service to UE **140**.

Web application **110** is able to exchange text messages with UE **140** with the assistance of conversion system **120**. Conversion system **120** acts to translate RESTful operations to a signaling protocol used in packet-switched network **130**, and vice-versa. Conversion system **120** may be thought of as an Application Programming Interface (API), as it converts standardized operations from web application **110** to the signaling protocol used in packet-switched network **130**. In this embodiment, the signaling protocol used in packet-switched network **130** may be Session Initiation Protocol (SIP), Short Message Peer-to-Peer (SMPP) protocol, Mobile Application Part (MAP) protocol, or another protocol.

Conversion system **120** includes an interface **122** and a controller **124**. Interface **122** comprises any device or component that communicates with web application **110** and/or other web applications not shown using RESTful. Interface **122** is also able to communicate with packet-switched network **130** through a signaling protocol used within packet-switched network **130**. Controller **124** comprises any device or component that translates messages between RESTful and the signaling protocol used in packet-switched network **130**.

Assume that a user of web application **110** creates a text message intended for UE **140**. This is referred to as a Mobile Terminated (MT) or Application Originated (AO) text message. When this occurs, web application **110** generates a RESTful operation or command for sending the MT text message. For example, a RESTful operation for sending the MT text message may comprise a POST operation with a "SendSms" command inserted for the MT text message. The operation for sending the MT text message is referred to herein generally as a RESTful send operation. Web application **110** then transmits the RESTful send operation to conversion system **120**.

FIG. **2** is a flow chart illustrating a method **200** of handling the MT text message from web application **110** to UE **140** in an exemplary embodiment. The steps of method **200** will be described with reference to conversion system **120** in FIG. **1**, but those skilled in the art will appreciate that methods described herein may be performed in other systems. The steps of the flow charts described herein are not all inclusive and may include other steps not shown. The steps may also be performed in an alternative order.

In step **202**, interface **122** receives the RESTful send operation for the MT text message from web application **110**. In step **204**, controller **124** converts the RESTful send operation to a send request in the signaling protocol used in packet-

**4**

switched network **130**. For example, if the signaling protocol used in packet-switched network **130** comprises SIP, then controller **124** may convert the RESTful send operation to a SIP MESSAGE that encapsulates the MT text message. In order to perform the conversion, controller **124** may store a table that maps the RESTful operations to methods of the signaling protocol used in packet-switched network **130**. The table may also map fields from the RESTful operations (e.g., source address, terminating address, message type, etc) to fields in the signaling protocol. Controller **124** may use this table to convert the RESTful send operation from web application **110** to the send request.

In step **206**, interface **122** transmits the send request to packet-switched network **130** so that the MT text message may be delivered to its intended recipient, which is UE **140**. The appropriate node in packet-switched network **130** may attempt delivery of the MT text message to UE **140** without conversion to another protocol.

A similar process as described above is used for delivering a text message from UE **140** to web application **110**. Assume that an end user of UE **140** creates a text message intended for web application **110**. This is referred to as a Mobile Originated (MO) or Application Terminated (AT) text message. When this occurs, a text message application in UE **140** generates a send request in the signaling protocol for packet-switched network **130** that is used for sending the MO text message, such as a SIP MESSAGE. UE **140** then transmits the send request to conversion system **120**.

FIG. **3** is a flow chart illustrating a method **300** of handling the MO text message from UE **140** to web application **110** in an exemplary embodiment. In step **302**, interface **122** receives the send request for the MO text message from UE **140**. In step **304**, controller **124** converts the send request to a RESTful receive operation. The RESTful receive operation is an operation that is used by web application **110** for receiving the MO text message. For example, controller **124** may convert the send request into a POST operation with a "NotifySmsReception" command inserted for the MO text message. The operation for receiving the MO text message in web application **110** is referred to herein generally as a RESTful receive operation. In step **306**, interface **122** transmits the RESTful receive operation to web application **110** so that the MO text message may be delivered to web application **110**. Web application **110** may then process the RESTful receive operation to extract the MO text message, and display the text message to a user.

When MT and MO text messages are sent as described in the above embodiments (see step **206** of FIG. **2**), there may be additional messages exchanged to indicate whether the text messages are successfully delivered. These messages may be referred to as notifications, acknowledgements, status messages, etc. Conversion system **120** is able to translate these additional messages in a similar manner as described above. FIGS. **4-5** illustrate conversion of messages that carry status information for text message delivery. There may be additional messages sent to exchange the status information between web application **110** and packet-switched network **130** than those described in FIGS. **4-5**. More detailed message diagrams are provided in FIGS. **7-9**.

When packet-switched network **130** receives a send request for a MT text message, packet-switched network **130** attempts to deliver the MT text message to UE **140**. If delivery of the MT text message is successful or fails, packet-switched network **130** generates a status message that includes status information for the delivery of the MT text message. The status message is in the signaling protocol used by packet-switched network **130**. For example, if SIP is used in packet-

US 8,923,899 B2

5

switched network **130**, then the status message may comprise a SIP MESSAGE, a SIP NOTIFY, or a SIP response such as a SIP 7xx message. Packet-switched network **130** then transmits the status message to conversion system **120**.

FIG. **4** is a flow chart illustrating a method **400** of handling a status message from packet-switched network **130** to web application **110** in an exemplary embodiment. In step **402**, interface **122** receives the status message for the MT text message from packet-switched network **130**. In step **404**, controller **124** converts the status message to a RESTful status operation. For example, a RESTful status operation may comprise a POST operation with a "NotifySmsReception" command inserted that encapsulates the status information. In step **406**, interface **122** transmits the RESTful status operation to web application **110**. Web application **110** may then extract the status information from the RESTful status operation, and process the status information as desired.

For a MO text message, web application **110** is able to generate status information for delivery of the MO text message. If delivery of the MO text message is successful or fails, web application **110** generates a RESTful status operation that includes the status information for the MO text message. The RESTful status operation may comprise a POST operation with a "NotifySmsDeliveryReceipt" command inserted that encapsulates the status information. Web application **110** then transmits the RESTful status operation to conversion system **120**.

FIG. **5** is a flow chart illustrating a method **500** of handling a RESTful status operation from web application **110** to packet-switched network **130** in an exemplary embodiment. In step **502**, interface **122** receives the RESTful status operation for the MO text message from web application **110**. In step **504**, controller **124** converts the RESTful status operation to a status message in the signaling protocol of packet-switched network **130**. For example, if SIP is used in packet-

6

switched networks. For example, conversion system **120** may be used to implement web-based text messaging in IMS networks and LTE networks. This can advantageously increase revenues for IMS and LTE service providers.

EXAMPLES

FIG. **6** illustrates a communication system **600** in another exemplary embodiment. Communication system **600** includes a web application **610** coupled to an IMS network **630** through a conversion system **620** and an IP Short Message Gateway (IP-SM-GW) **632**. IMS network **630** includes a Serving-Call Session Control Function (S-CSCF) **634** that serves a UE **640**. Web application **610** uses RESTful for sending/receiving text messages. Therefore, conversion system **620** is able to convert RESTful operations to the signaling protocol of IMS network **630**, and vice-versa. Conversion system **620** may be thought of as a new API that provides a RESTful SMS Web Service. RESTful SMS Web Service provides operations for a web application to send a MT SMS message to a packet-switched (IP) network, to receive a MO SMS message from the packet-switched network, to send/receive acknowledgement message to/from the packet-switched network for MT/MO messages, and to asynchronously receive notification of message delivery status.

RESTful SMS Web Service supports the following SMS interfaces/methods toward web application **610**.

   SendSms
   GetSmsDeliveryStatus
   GetReceivedSms
   StartSmsNotification
   StopSmsNotification
   NotifySmsReception
   NotifySmsDeliveryReceipt

Each RESTful interface/method belongs to an HTTP verb/operation. Table 1 shows the relationship of RESTful profiles with 3GPP MAP and SMPP PDU.

TABLE 1

| SMS Interface | Method | HTTP Verbs | MAP SMS | SMPP PDU |
|---|---|---|---|---|
| SendSms | SendSms | POST | mt-ForwardSM/SMS-DELIVER | submit_sm submit_sm_resp |
| | GetSmsDeliveryStatus | GET | None | |
| SmsNotification | NotifySmsReception | POST | mo-ForwardSM/SMS-SUBMIT mo-ForwardSM-res/SMS-SUBMIT for ACK or ERROR mt-ForwardSM-res/SMS-DELIVER for ACK or ERROR | deliver_sm deliver_sm_resp |
| | NotifySmsDelivery Receipt | POST | Report-SM-Delivery-Status/SMS-STATUS-REPORT | deliver_sm deliver_sm_resp |
| ReceiveSms | GetReceivedSms | GET | Its 200 OK response maps to mo-ForwardSM/SMS-SUBMIT | Its 200 OK response maps to deliver_sm |
| SmsNotification Manager | StartSmsNotification StopSmsNotification | POST DELETE | None None | |

switched network **130**, then the status message may comprise a SIP MESSAGE that encapsulates the status information. In step **506**, interface **122** transmits the status message to packet-switched network **130**. Packet-switched network **130** may then extract the status information from the status message, and process the status information as desired.

Conversion system **120** as described above allows for web-based text messaging to be implemented in evolving packet-

The RESTful SMS Web Service should support HTTP status codes for return of each of the HTTP verbs. These status codes include but not limited to:

   200 OK
   202 Accepted
   400 Bad Request
   403 Forbidden
   500 Internal Server Error

US 8,923,899 B2

7                                                8

The examples shown in FIGS. 7-9 further illustrate how conversion system **620** interfaces web application **610** with IMS network **630** when IMS network **630** uses SIP as a signaling protocol.

FIG. 7 is a message diagram illustrating a call flow for a MT SMS message in an exemplary embodiment. Assume for one example that a user of web application **610** creates a MT SMS message intended for UE **640**. When this occurs, web application **610** generates a RESTful send operation for sending the MT SMS message. In this example, the RESTful send operation comprises a POST operation with a "SendSms" command inserted in the POST operation. One example of the POST operation is as follows:

```
POST /openapi/sms/rest/v1.0/sendsms HTTP/1.1
Authorization: Basic XMVDTdx+
X-Partner-Id: ACP123@acp.alcatel-lucent.com
X-Service-Id: APP123@ACP123
Host: acp.alcatle-lucent.com
Content-Type: application/json
Content-Length: (...)
{"SendSMS":[{"sendAddress":"sip:+16302241234@acp.alcatel-
lucent.com","address":"tel:+16303556789","message body":"Hello,
Alice","DateTime":"2010-25T15:30:00"}]}
```

The POST operation includes the SendSms command for sending the SMS message. The originator's address is +1 630 224 1234, the recipient's address is +1 630 355 6789, and the SMS text body is "Hello, Alice". Web application **610** transmits the POST operation to conversion system **620** (see arrow **701**). Conversion system **620** responds to web application **610** with an HTTP 202 Accepted message (see arrow **702**).

Web application **610** also sends a request to conversion system **620** for a delivery status report. The status request comprises a GET (GetSmsDeliveryStatus) operation (see arrow **703**). One example of the GET operation is as follows:

```
GET /openapi/sms/rest/v1.0/registration/7777/messages HTTP/1.1
Authorization: Basic XMVDTdx+
X-Partner-Id: ACP123@acp.alcatel-lucent.com
X-Service-Id: APP123@ACP123
Host: acp.alcatel-lucent.com
Accept application/json
Content-Length: 0
```

Conversion system **620** responds back to web application **610** with an HTTP 200 OK message that includes delivery information (see arrow **704**). One example of the HTTP 200 OK is as follows:

```
HTTP/1.1 200 OK
Content-Type: application/json
Content-Length: (...)
{"DeliveryInformation":[{"address":"tel:+16303556789","deliveryStatus":
"DeliveredToNetwork"}]}
```

Conversion system **620** extracts address data and the SMS body from the POST (SendSMS) operation, and converts it into a SIP MESSAGE that encapsulates the SMS message. More particularly, the MT SMS message is embedded in the 3GPP MAP RP-DATA (MAP mt-ForwardSM (SMS-DE-LIVER)) of the SIP MESSAGE. Where MAP RP-DATA is used within the SIP MESSAGE to encapsulate the MT SMS message, the RP-DATA may have the parameters indicated in Table 2.

TABLE 2

| Information element | Presence | Usage |
|---|---|---|
| RP-Message Type | M | Set to 001 for RP-DATA |
| RP-Message Reference | M | This will be part of message identity of HTTP |
| RP-Originator Address | M | Source address |
| RP-Destination Address | M | Destination address |
| RP-User Data | M | SMS data |

When the RP-User Data field includes an SMS-DELIVER TPDU for MT SMS messages (see 3GPP TS 23.040), the RP-User Data may have the parameters illustrated in Table 3.

TABLE 3

| Abbr. | Reference | P | Description |
|---|---|---|---|
| TP-MTI | TP-Message-Type-Indicator | M | Parameter describing the message type |
| TP-MMS | TP-More-Messages-to-Send | M | Parameter indicating whether or not there are more messages to send |
| TP-LP | TP-Loop-Prevention | M | Parameter indicating that SMS applications should inhibit forwarding or automatic message generation that could cause infinite looping. Should be set to 0 |
| TP-RP | TP-Reply-Path | M | Parameter indicating that Reply Path exists |
| TP-UDHI | TP-User-Data-Header-Indicator | O | Parameter indicating that the TP-UD field contains a Header |
| TP-SRI | TP-Status-Report-Indication | O | Parameter indicating if the SME has requested a status report. Could optionally be set to 1 if GET (GetSmsDeliveryStatus) received |
| TP-OA | TP-Originating-Address | M | Address of the originating SME |
| TP-PID | TP-Protocol-Identifier | M | Parameter identifying the above layer protocol, if any |
| TP-DCS | TP-Data-Coding-Scheme | M | Parameter identifying the coding scheme within the TP-User-Data |
| TP-SCTS | TP-Service-Centre-Time-Stamp | M | Parameter identifying time when the SC received the message |
| TP-UDL | TP-User-Data-Length | M | Parameter indicating the length of the TP-User-Data field to follow |
| TP-UD | TP-User-Data | O | SMS body |

After converting the POST operation to a SIP MESSAGE, conversion system **620** transmits the SIP MESSAGE to IP-SM-GW **632** (see arrow **705**). IP-SM-GW **632** in turn forwards the SIP MESSAGE to S-CSCF **634** of IMS network **630** (see arrow **706**). Because the SMS message is already encapsulated within a SIP MESSAGE, IP-SM-GW **632** does not have to convert the message from another protocol (e.g., SMPP) to SIP. S-CSCF **634** then delivers the SIP MESSAGE to UE **640** (see arrow **707**). UE **640** parses the SIP MESSAGE successfully, and responds to conversion system **620** with a SIP 200 OK (see arrows **708-710**).

UE **640** then parses the RP-DATA of the SIP MESSAGE and determines that the RP-DATA includes an embedded delivery status request in TP-SRI (see Table 3). Therefore, UE **640** sends another SIP MESSAGE to conversion system **620** (see arrows **711-713**) that includes the status information for the original SIP MESSAGE that carried the SMS message. More particularly, the status information is embedded in the

US 8,923,899 B2

9

RP-ACK of the SIP MESSAGE. The RP-ACK may have the parameters indicated in Table 4.

TABLE 4

| Information element | Presence | Usage |
|---|---|---|
| RP-Message Type | M | Set to 010 for RP-ACK |
| RP-Message Reference | M | this one will be part of message identity of HTTP message |
| RP-User Data | M | SMS data |

Conversion system **620** replies back to UE **640** with a SIP 200 OK (see arrows **714-716**).

In response to the SIP MESSAGE that includes the status information for the SIP MESSAGE, conversion system **620** converts the SIP MESSAGE from UE **640** into a RESTful status operation that encapsulates the status information. The RESTful status operation in this example is a POST operation (NotifySmsReception). Conversion system **620** maps parameters from the MAP RP-ACK into the POST operation. One example of the POST operation is as follows:

```
POST /openapi/sms/rest/v1.0/receivedsmsnotification HTTP/1.1
X-Partner-Id: ACP123@acp.alcatel-lucent.com
X-Service-Id: APP123@ACP123
Host: acp.alcatel-lucent.com
Content-Type: application/json
Content-Length: (...)
{"senderAddress": "tel: +16302241234", "smsServiceActivationNumber":
"7777","message":"Hello, Alice", "dateTime":"2010-12-25T16:30:15"}
```

Conversion system **620** then transmits the POST (NotifySmsReception) operation to web application **610** (see arrow **717**). Web application **610** replies to conversion system **620** with an HTTP 200 OK (see arrow **718**).

In addition to providing status information for the SIP MESSAGE, UE **640** is able to determine whether the SMS message itself was actually delivered. Even though a SIP MESSAGE that encapsulates the SMS message was successfully received in UE **640**, the SMS message itself may be corrupted in some manner so that it cannot be processed and displayed to an end user. Therefore, UE **640** is able to determine whether the SMS message was processed and provided to the end user, and generate status information for delivery of the MT SMS message.

UE **640** sends another SIP MESSAGE to conversion system **620** that includes the status information for the MT SMS message (see arrows **719-721**). The status information (delivery status report) is embedded in the RP-DATA of the SIP MESSAGE (MAP Report-SM-Delivery-Status (SMS-STATUS-REPORT)). The SIP MESSAGE format is the same as the original SIP MESSAGE for the SMS message, but the TPDU in the RP-DATA includes the SMS-STATUS-REPORT as defined by TS 23.040. The RP-User Data may have the parameters illustrated in Table 5.

TABLE 5

| Abbr. | Reference | P | Description |
|---|---|---|---|
| TP-MTI | TP-Message-Type-Indicator | M | Parameter describing the message type |
| TP-UDHI | TP-User-Data-Header-Indication | O | Parameter indicating that the TP-UE field contains a Header |

10

TABLE 5-continued

| Abbr. | Reference | P | Description |
|---|---|---|---|
| TP-MMS | TP-More-Messages-to-Send | M | Parameter indicating whether or not there are more messages to send |
| TP-LP | TP-Loop-Prevention | O | Parameter indicating that SMS applications should inhibit forwarding or automatic message generation that could cause infinite looping. |
| TP-SRQ | TP-Status-Report-Qualifier | M | Parameter indicating whether the previously submitted TPDU was an SMS-SUBMIT or an SMS-COMMAND |
| TP-MR | TP-Message-Reference | M | Parameter identifying the previously submitted SMS-SUBMIT or SMS-COMMAND |
| TP-RA | TP-Recipient-Address | M | Address of the recipient of the previously submitted mobile originated short message |
| TP-SCTS | TP-Service-Centre-Time-Stamp | M | Parameter identifying time when the SC received the previously sent SMS-SUBMIT |
| TP-DT | TP-Discharge-Time | M | Parameter identifying the time associated with a particular TP-ST outcome |
| TP-ST | TP-Status | M | Parameter identifying the status of the previously sent mobile originated short message. This will be mapped to HTTP delivery information and delivery status parameters |
| TP-PI | TP-Parameter-Indicator | O | Parameter indicating the presence of any of the optional parameters which follow |
| TP-PID | TP-Protocol-Identifier | O | see clause 9.2.3.9. TP-PID of original SMS-SUBMIT |
| TP-DCS | TP-Data-Coding-Scheme | O | see clause 9.2.3.10 |
| TP-UDL | TP-User-Data-Length | O | see clause 9.2.3.16 |
| TP-UD | TP-User-Data | O | see clause 9.2.3.24 |

Conversion system **620** replies back to UE **640** with a SIP 200 OK (see arrows **722-724**).

In response to the SIP MESSAGE that includes the status information for the SMS message, conversion system **620** converts the SIP MESSAGE from UE **640** into a RESTful status operation that encapsulates the status information. The RESTful status operation in this example is a POST operation (NotifySmsDeliveryReceipt). One example of the POST operation is as follows:

```
POST /openapi/sms/rest/v1.0/deliveryreceiptnotification HTTP/1.1
X-Partner-Id: ACP123@acp.alcatel-lucent.com
X-Service-Id: APP123@ACP123
Host: acp.alcatel-lucent.com
Content-Type: application/json
Content-Length: (...)
{"requestedID":"123456789","deliveryInformation":{"address: "tel:
+16303556789", "deliveryStatus":"deliveredToNetwork"}}
```

Conversion system **620** then transmits the POST operation to web application **610** (see arrow **725**). Web application **610** replies to conversion system **620** with an HTTP 200 OK (see arrow **726**). There may be additional messaging that is used to deliver the MT SMS message and its associated status information, as FIG. **7** gives an overview of the messaging used in the SMS delivery.

FIG. **8** is a message diagram illustrating a call flow for a MO SMS message in an exemplary embodiment. FIG. **8** illustrates the scenario where the user of web application **610** is online when the MO SMS message is sent. Web application

US 8,923,899 B2

11

**610** generates a POST operation (StartSmsNotification) to set up receiving SMS messages from conversion system **620**. One example of the POST operation (StartSmsNotification) is as follows:

```
POST /openapi/sms/rest/v1.0/startSmsNotification HTTP/1.1
Authorization: Basic XMVDTdx+
X-Partner-Id: ACP123@acp.alcatel-lucent.com
X-Service-Id: APP123@ACP123
Host: acp.alcatle-lucent.com
Content-Type: application/json
Content-Length: (...)
{"smsServiceActivationNumber":"tel:7777",
"reference":{"endpoint":"http://135.44. 0.88:8080/sms/
ReceiptSMSNotification","interfaceName":"smsnotification",
"correlator":"6666"},"criteria":"a"}
```

Web application **610** then sends the POST operation to conversion system **620** (see arrow **801**). Conversion system **620** responds back to web application **610** with an HTTP 200 OK (see arrow **802**).

Assume in this example that an end user of UE **640** creates a MO SMS message intended for web application **610**. When this occurs, UE **640** generates a SIP MESSAGE that encapsulates the SMS message in an RP-DATA field (which contains MAP MO-Forward-SM (SMS-SUBMIT)). When the RP-User Data field includes an SMS-SUBMIT TPDU for MO SMS messages (see 3GPP TS 23.040), the RP-User Data may have the parameters illustrated in Table 6.

TABLE 6

| Abbr. | Reference | P | Description |
|---|---|---|---|
| TP-MTI | TP-Message-Type-Indicator | M | Parameter describing the message type; set to 01 for SMS-SUBMIT. |
| TP-RD | TP-Reject-Duplicates | M | Parameter indicating whether or not the SC shall accept an SMS-SUBMIT for an SM still held in the SC which has the same TP-MR and the same TP-DA as a previously submitted SM from the same OA |
| TP-VPF | TP-VPF | M | Parameter indicating whether or not the TP-VP field is present. |
| TP-RP | TP-Reply-Path | M | Parameter indicating that Reply Path exists. |
| TP-UDHI | TP-User-Data-Header-Indicator | O | Parameter indicating that the TP-UD field contains a Header |
| TP-SRR | TP-Status-Report-Request | O | Parameter indicating if the UE is requesting a status report. If sending entity request a deliver status/receipt. Convert to POST(NotifySmsDeliveryStatus) |
| TP-MR | TP- Message-Reference | M | Parameter identifying the SMS-SUBMIT. |
| TP- DA | TP- Destination-Address | M | Web applications address |
| TP- PID | TP- Protocol-Identifier | M | Parameter identifying the above layer protocol, if any. |
| TP- DCS | TP- Data-Coding-Scheme | M | Parameter identifying the coding scheme within the TP-User-Data. |
| TP-VP | TP-Validity-Period | O | Parameter identifying the time from where the message is no longer valid. |
| TP-UDL | TP-User-Data-Length | M | Parameter indicating the length of the TP-User-Data field to follow. |
| TP-UD | TP-User-Data | O | SMS body |

UE **640** then transmits the SIP MESSAGE to conversion system **620** through IP-SM-GW **632** and S-CSCF **634** (see arrows **803-805**). Conversion system **620** responds to UE **640** with a SIP 200 OK (see arrows **806-808**).

12

After receiving the SIP MESSAGE, conversion system **620** converts the SIP MESSAGE to a RESTful receive operation that encapsulates the SMS message. The RESTful receive operation comprises a POST operation (NotifySmsReception) that encapsulates the SMS message. The POST operation is used in web application **610** to receive an MO SMS message when the user is online. One example of the POST operation (NotifySmsReception) is as follows:

```
POST /openapi/sms/rest/v1.0/receivedsmsnotification HTTP/1.1
X-Partner-Id: ACP123@acp.alcatel-lucent.com
X-Service-Id: APP123@ACP123
Host: acp.alcatle-lucent.com
Content-Type: application/json
Content-Length: (...)
{"senderAddress":"tel: +16303556789",
"smsServiceActivationNumber":"7777","message":"Hello, Bob",
"dateTime":"2010-12-25T18:30:15"}
```

Conversion system **620** sends the POST operation to web application **610** (see arrow **809**). Web application **610** responds back to conversion system **620** with an HTTP 200 OK (see arrow **810**).

The original SIP MESSAGE from UE **640** included an embedded delivery status request in TP-SRR (see Table 6). Therefore, conversion system **620** generates a GET (GetSmsDeliveryStatus) operation requesting a delivery status report for the MO SMS message. One example of the GET operation (GetSmsDeliveryStatus) is as follows:

```
GET /openapi/sms/rest/v1.0/registration/7777/messages HTTP/1.1
Authorization: Basic XMVDTdx+
X-Partner-Id: ACP123@acp.alcatel-lucent.com
X-Service-Id: APP123@ACP123
Host: acp.alcatel-lucent.com
Accept application/json
Content-Length: 0
```

Conversion system **620** then sends the GET operation (GetSmsDeliveryStatus) to web application **610** (see arrow **811**). Web application **610** responds back to conversion system **620** with an HTTP 200 OK that includes the status information (see arrow **812**). One example of the HTTP 200 OK is as follows:

```
HTTP/1.1 200 OK
Content-Type: application/json
Content-Length: (...)
{"DeliveryInformation":[{"address":"tel:+16302441234","deliveryStatus":
"DeliveredToNetwork"}]}
```

Web application **610** then sends a POST operation (NotifySmsReception) to conversion system **620** (see arrow **813**) as an acknowledgement that the MO SMS message was received. One example of the POST operation is as follows:

```
POST /openapi/sms/rest/v1.0/receivedsmsnotification HTTP/1.1
X-Partner-Id: ACP123@acp.alcatel-lucent.com
X-Service-Id: APP123@ACP123
Host: acp.alcatle-lucent.com
Content-Type: application/json
Content-Length: (...)
{"senderAddress":"tel: +16303556789",
"smsServiceActivationNumber":"7777","message":"Hello, Bob",
"dateTime":"2010-
12-25T18:30:30"}
```

US 8,923,899 B2

13

Conversion system **620** responds back to web application **610** with an HTTP 200 OK (see arrow **814**).

After acquiring the status information from web application **610**, conversion system **620** provides the status information to IMS network **630** and/or UE **640** as follows. The POST operation from web application **610** (see arrow **813**) included a delivery status report for the MO SMS message. Thus, conversion system **620** converts the POST operation to a SIP MESSAGE that includes the status information. The status information at this point is for the original SIP MESSAGE that carried the MO SMS message. Conversion system **620** embeds the status information in the RP-ACK of the SIP MESSAGE, and transmits the SIP MESSAGE with the status information to UE **640** (see arrows **815-817**). UE **640** replies back to conversion system **620** with a SIP 200 OK (see arrows **818-820**).

Because UE **640** requested a delivery status report for the MO SMS message, web application **610** also determines whether the MO SMS message was successfully delivered to the user. If so, web application **610** generates status information (i.e., delivery receipt) for the MO SMS message, and inserts the status information in a POST operation (NotifySmsDeliveryReceipt). One example of the POST operation is as follows:

```
POST /openapi/sms/rest/v1.0/deliveryreceiptnotification HTTP/1.1
X-Partner-Id: ACP123@acp.alcatel-lucent.com
X-Service-Id: APP123@ACP123
Host: acp.alcatle-lucent.com
Content-Type: application/json
Content-Length: (...)
{"requestedID":"123456789","deliveryInformation":{"address: "tel:
+16302441234","deliveryStatus":"deliveredToNetwork"}}
```

Web application **610** then transmits the POST operation (NotifySmsDeliveryReceipt) to conversion system **620** (see arrow **821**). Conversion system **620** replies back to web application **610** with an HTTP 200 OK (see arrow **822**).

Conversion system **620** converts the POST operation (NotifySmsDeliveryReceipt) request to a SIP MESSAGE that includes the status information for the MO SMS message. The status information is embedded in the RP-DATA/Status of the SIP MESSAGE, such as in the MAP Report-SM-Delivery-Status (SMS-STATUS-REPORT). Conversion system **620** then transmits the SIP MESSAGE to UE **640** through IP-SM-GW **632** and S-CSCF **634** (see arrows **823-825**). UE **640** replies back to conversion system **620** with a SIP 200 OK (see arrows **826-828**). There may be additional messaging that is used to deliver the MO SMS message and its associated status information, as FIG. **8** gives an overview of the messaging used in the SMS delivery.

FIG. **9** is a message diagram illustrating another call flow for a MO SMS message in an exemplary embodiment. FIG. **9** illustrates the scenario where the user of web application **610** is offline when the MO SMS message is sent. The call flow in FIG. **9** is similar to FIG. **8** where UE **640** sends a SIP MESSAGE to conversion system **620** that encapsulates an MO SMS message (see arrows **903-905**). Because the user of web application **610** is offline at the time, conversion system **620** stores the MO SMS message. Conversion system **620** transmits a SIP MESSAGE that includes status information to UE **640** through IP-SM-GW **632** and S-CSCF **634** (see arrows **910-912**). The status information at this point is for the original SIP MESSAGE that carried the MO SMS message, and is embedded in the RP-ACK of the SIP MESSAGE. UE **640** replies back to conversion system **620** with a SIP 200 OK (see arrows **913-915**).

14

When the user logs into web application **610**, web application **610** generates a GET (GetReceivedSms) operation to retrieve MO SMS messages that are stored for the user (if any). One example of the GET operation (GetReceivedSms) is as follows:

```
GET /openapi/sms/rest/v1.0/registration/7777/messages HTTP/1.1
Authorization: Basic XMVDTdx+
X-Partner-Id: ACP123@acp.alcatel-lucent.com
X-Service-Id: APP123@ACP123
Host: acp.alcatel-lucent.com
Accept application/json
Content-Length: 0
```

Web application **610** then transmits the GET operation to conversion system **620** (see arrow **916**). Conversion system **620** identifies the MO SMS message stored for the user, and converts the stored MO SMS message into a RESTful receive operation for web application **610**. In this example, the RESTful receive operation is an HTTP 200 OK that encapsulates the MO SMS message. One example of the HTTP 200 OK is as follows:

```
HTTP/1.1 200 OK
Content-Type: application/json
Content-Length: (...)
{"receivedSMS":[{"sendAddress":"tel:+16303556789",
"smsServiceActivation Number":"7777","message body":"Hello,
Bob","DateTime":" 2010-12-25T18:30:30"}]}
```

Conversion system **620** then transmits the HTTP 200 OK to web application **610** (see arrow **917**). The call flow in FIG. **9** then continues as in FIG. **8** to provide status information for the MO text message to UE **640** (see arrows **918-925**).

Any of the various elements shown in the figures or described herein may be implemented as hardware, software, firmware, or some combination of these. For example, an element may be implemented as dedicated hardware. Dedicated hardware elements may be referred to as "processors", "controllers", or some similar terminology. When provided by a processor, the functions may be provided by a single dedicated processor, by a single shared processor, or by a plurality of individual processors, some of which may be shared. Moreover, explicit use of the term "processor" or "controller" should not be construed to refer exclusively to hardware capable of executing software, and may implicitly include, without limitation, digital signal processor (DSP) hardware, a network processor, application specific integrated circuit (ASIC) or other circuitry, field programmable gate array (FPGA), read only memory (ROM) for storing software, random access memory (RAM), non volatile storage, logic, or some other physical hardware component or module.

Also, an element may be implemented as instructions executable by a processor or a computer to perform the functions of the element. Some examples of instructions are software, program code, and firmware. The instructions are operational when executed by the processor to direct the processor to perform the functions of the element. The instructions may be stored on storage devices that are readable by the processor. Some examples of the storage devices are digital or solid-state memories, magnetic storage media such as a magnetic disks and magnetic tapes, hard drives, or optically readable digital data storage media.

Although specific embodiments were described herein, the scope of the invention is not limited to those specific embodi-

US 8,923,899 B2

**15**

ments. The scope of the invention is defined by the following claims and any equivalents thereof.

We claim:

**1**. A system comprising:

a conversion system implemented between a web application and a packet-switched network, the conversion system comprising:

an interface configured to receive a RESTful send operation for sending a Mobile Terminated (MT) text message from the web application to a recipient; and

a controller configured to convert the RESTful send operation for the MT text message to a first Session Initiation Protocol (SIP) request that encapsulates MAP-Relay Protocol (RP) data, to extract address data and an SMS body for the MT text message from the RESTful send operation, to map the address data to a MAP RP-Originating-Address field and a MAP RP-Destination-Address field of the first SIP request, and to map the SMS body for the MT text message to a MAP TP-User Data field of a Transfer Protocol Data Unit (TPDU) contained in a MAP RP-User-Data field of the first SIP request;

the interface is configured to transmit the first SIP request for the MT text message to the packet-switched network for delivery of the MT text message to the recipient;

the interface is configured to receive a second SIP request from the packet-switched network indicating a delivery status for the MT text message, wherein the second SIP request encapsulates the MAP-RP data;

the controller is configured to convert the second SIP request to a RESTful status operation, to parse the MAP TP-User Data field of the TPDU contained in the MAP RP-User-Data field of the second SIP request to identify a delivery status of the MT text message to the recipient, and to encapsulate the delivery status of the MT text message in the RESTful status operation; and

the interface is configured to transmit the RESTful status operation to the web application.

**2**. The system of claim **1** wherein:

the first SIP request comprises a SIP MESSAGE.

**3**. The system of claim **1** wherein:

the RESTful send operation comprises an HTTP POST.

**4**. The system of claim **1** wherein the MT text message comprises a Short Messaging Service (SMS) message.

**5**. The system of claim **1** wherein the MT text message comprises a Multimedia Messaging Service (MMS) message.

**6**. The system of claim **1** wherein:

the interface is configured to receive a third SIP request for a Mobile Originated (MO) text message from the packet-switched network, wherein the third SIP request encapsulates the MO text message in the MAP-RP data;

the controller is configured to convert the third SIP request to a RESTful receive operation, to extract an SMS body for the MO text message from the MAP TP-User Data field of the TPDU contained in the MAP RP-User-Data field of the third SIP request, and to encapsulate the SMS body for the MO text message in the RESTful receive operation; and

the interface is configured to transmit the RESTful receive operation for the MO text message to the web application for delivery of the MO text message to a user of the web application.

**7**. The system of claim **6** wherein:

the interface is configured to receive a RESTful status operation from the web application indicating a delivery status for the MO text message to the user of the web application;

**16**

the controller is configured to convert the RESTful status operation to a fourth SIP request that encapsulates the MAP-RP data, and to map the delivery status from the RESTful status operation to the MAP TP-User Data field of the TPDU contained in the MAP RP-User-Data field of the fourth SIP request; and

the interface is configured to transmit the fourth SIP request to the packet-switched network.

**8**. A method comprising:

receiving a RESTful send operation for sending a Mobile Terminated (MT) text message from a web application to a recipient;

converting the RESTful send operation for the MT text message to a first Session Initiation Protocol (SIP) request that encapsulates MAP-Relay Protocol (RP) data;

extracting address data and an SMS body for the MT text message from the RESTful send operation;

mapping the address data to a MAP RP-Originating-Address field and a MAP RP-Destination-Address field of the first SIP request;

mapping the SMS body for the MT text message to a MAP TP-User Data field of a Transfer Protocol Data Unit (TPDU) contained in a MAP RP-User-Data field of the first SIP request;

transmitting the first SIP request for the MT text message to the packet-switched network for delivery of the MT text message to the recipient;

receiving a second SIP request from the packet-switched network indicating a delivery status for the MT text message, wherein the second SIP request encapsulates the MAP-RP data;

converting the second SIP request to a RESTful status operation;

parsing the MAP TP-User Data field of the TPDU contained in the MAP RP-User-Data field of the second SIP request to identify a delivery status of the MT text message to the recipient;

encapsulating the delivery status of the MT text message in the RESTful status operation; and

transmitting the RESTful status operation to the web application.

**9**. The method of claim **8** wherein:

the first SIP request comprises a SIP MESSAGE.

**10**. The method of claim **8** wherein:

the RESTful send operation comprises an HTTP POST.

**11**. The method of claim **8** wherein the MT text message comprises a Short Messaging Service (SMS) message.

**12**. The method of claim **8** wherein the MT text message comprises a Multimedia Messaging Service (MMS) message.

**13**. The method of claim **8** further comprising:

receiving a third SIP request for a Mobile Originated (MO) text message from the packet-switched network, wherein the third SIP request encapsulates the MO text message in the MAP-RP data;

converting the third SIP request to a RESTful receive operation;

extracting an SMS body for the MO text message from the MAP TP-User Data field of the TPDU contained in the MAP RP-User-Data field of the third SIP request;

encapsulating the SMS body for the MO text message in the RESTful receive operation; and

transmitting the RESTful receive operation for the MO text message to the web application for delivery of the MO text message to a user of the web application.

US 8,923,899 B2

**17**

**14**. The method of claim **13** further comprising:

receiving a RESTful status operation from the web application indicating a delivery status for the MO text message to the user of the web application;

converting the RESTful status operation to a fourth SIP request that encapsulates the MAP-RP data;

mapping the delivery status from the RESTful status operation to the MAP TP-User Data field of the TPDU contained in the MAP RP-User-Data field of the fourth SIP request; and

transmitting the fourth SIP request to the packet-switched network.

**15**. A system comprising:

an Application Programming Interface (API) for a web application used in text messaging;

the API including a processor configured to receive a RESTful send operation for sending a Mobile Terminated (MT) text message from the web application to User Equipment (UE), to convert the RESTful send operation for the MT text message to a first Session Initiation Protocol (SIP) request that encapsulates MAP-Relay Protocol (RP) data, to extract address data and an SMS body for the MT text message from the RESTful send operation, to map the address data to a MAP RP-Originating-Address field and a MAP RP-Destination-Address field of the first SIP request, to map the SMS body for the MT text message to a MAP TP-User Data field of a Transfer Protocol Data Unit (TPDU) contained in a MAP RP-User-Data field of the first SIP request, and to transmit the first SIP request for the MT

**18**

text message to the packet-switched network for delivery of the MT text message to the UE;

the processor of the API is configured to receive a second SIP request from the packet-switched network indicating a delivery status for the MT text message, wherein the second SIP request encapsulates the MAP-RP data;

the processor of the API is configured to convert the second SIP request to a RESTful status operation, to parse the MAP TP-User Data field of the TPDU contained in the MAP RP-User-Data field of the second SIP request to identify a delivery status of the MT text message to the UE, to encapsulate the delivery status of the MT text message in the RESTful status operation, and to transmit the RESTful status operation to the web application.

**16**. The system of claim **15** wherein:

the processor of the API is configured to receive a third SIP request for a Mobile Originated (MO) text message from the packet-switched network, wherein the third SIP request encapsulates the MO text message in the MAP-RP data;

the processor of the API is configured to convert the third SIP request to a RESTful receive operation, to extract an SMS body for the MO text message from the MAP TP-User Data field of the TPDU contained in the MAP RP-User-Data field of the third SIP request, to encapsulate the SMS body for the MO text message in the RESTful receive operation, and to transmit the RESTful receive operation for the MO text message to the web application for delivery of the MO text message to a user of the web application.

\* \* \* \* \*