# Exhibit 899-2

# Webster's New World™ Telecom Dictionary

Ray Horak



Wiley Publishing, Inc.

SFDC00020108

# Webster's New World® Telecom Dictionary

Published by
**Wiley Publishing, Inc.**
10475 Crosspoint Boulevard
Indianapolis, IN 46256
www.wiley.com

Copyright © 2008 by Wiley Publishing, Inc., Indianapolis, Indiana

Published simultaneously in Canada

ISBN: 978-0-471-77457-0

Manufactured in the United States of America

10 9 8 7 6 5 4 3 2 1

Library of Congress Cataloging-in-Publication Data

Horak, Ray.
  Webster's New World telecom dictionary / Ray Horak.
    p. cm.
  ISBN 978-0-471-77457-0 (pbk.)
  1. Telecommunication—Dictionaries. I. Title.
TK5102.H65 2007
621.38203—dc22

2007024232

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 646-8600. Requests to the Publisher for permission should be addressed to the Legal Department, Wiley Publishing, Inc., 10475 Crosspoint Blvd., Indianapolis, IN 46256, (317) 572-3447, fax (317) 572-4355, or online at http://www.wiley.com/go/permissions.

Limit of Liability/Disclaimer of Warranty: The publisher and the author make no representations or warranties with respect to the accuracy or completeness of the contents of this work and specifically disclaim all warranties, including without limitation warranties of fitness for a particular purpose. No warranty may be created or extended by sales or promotional materials. The advice and strategies contained herein may not be suitable for every situation. This work is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional services. If professional assistance is required, the services of a competent professional person should be sought. Neither the publisher nor the author shall be liable for damages arising herefrom. The fact that an organization or Website is referred to in this work as a citation and/or a potential source of further information does not mean that the author or the publisher endorses the information the organization or Website may provide or recommendations it may make. Further, readers should be aware that Internet Websites listed in this work may have changed or disappeared between when this work was written and when it is read.

For general information on our other products and services please contact our Customer Care Department within the United States at (800) 762-2974, outside the United States at (317) 572-3993 or fax (317) 572-4002.

**Trademarks:** Wiley, the Wiley logo, Webster's New World, the Webster's New World logo, We Define Your World, and related trade dress are trademarks or registered trademarks of John Wiley & Sons, Inc. and/or its affiliates, in the United States and other countries, and may not be used without written permission. All other trademarks are the property of their respective owners. Wiley Publishing, Inc., is not associated with any product or vendor mentioned in this book.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books.

Case 6:20-cv-01171-ADA   Document 32-52   Filed 10/07/21   Page 4 of 4

number) of the caller. Single number dialing might be used by a chain of pizza parlors so that a caller is automatically routed to the closest parlor and, therefore, the pizza can be delivered in the shortest time, at the lowest cost, and in the hottest condition. (I like anchovies on mine, but my wife hates them. She thinks anchovies are at the root of all evil, at least in the pizza domain.) See also *AIN* and *pizza box*.

**Single Point of Termination (SPOT)**    See *SPOT*.

**single sideband (SS or SSB)**    See *SSB*.

**sink**    Also known as a *receiver*, a sink receives an information transfer originated by a transmitter. See also *receiver*, *transceiver*, and *transmitter*.

**S interface**    See *Reference Point S*.

**sintering**    The process of using heat below the melting point and pressure to bond and partially fuse particles together. The process is used in the manufacture of glass optical fibers to fuse the core and cladding. See also *IVD*, *optical fiber*, and *OVD*.

**sinusoidal waveform**    See *sine wave*.

**$SiO_2$**    Symbol for silicon dioxide. See *silicon dioxide*.

**SIP (Session Initiation Protocol)**    An Application Layer signaling protocol for establishing, modifying, and terminating multimedia sessions or calls over an IP network. The IETF defined SIP in RFC 2543 (1999), which was replaced by RFC 3261 (2002). SIP is a modular component of IP telephony, although it can function over any network. SIP offers considerable advantages over H.323, which is criticized for being overly complex and highly centralized. SIP was built specifically for an IP environment in which intelligence is highly decentralized in a large number of client agent servers. SIP identifies clients through a hierarchical URL similar to an e-mail address. A calling client can initiate a call in several ways. If the SIP address of the destination SIP client is known, the calling client simply sends the destination client an invite message, in care of a local proxy server. The proxy server sends the invite message to the distant proxy server, inviting the destination endpoint to join the session, and providing it with enough information to do so. If the SIP address of the destination SIP client is unknown, the calling proxy server sends the invite message to a redirect server, which consults the location server for address information. The redirect server passes that information to the calling proxy server, which then issues an invite message to the distant proxy server, including the information required to join the call. If the call is to a call center, such information might include a request to employ H.261 video, G.728 audio, and Spanish as the preferred language. The proxy server on the receiving end might consult an optional SIP location server on the receive end to determine the exact location of the called client and connect the call. This approach is much simpler and faster than the back-and-forth process involved in H.323, although layers of complexity are being added as the standards process works to enhance SIP to match H.323 and PSTN functionality. When the called client receives the invitation to join the session, it can either accept the call, or forward it to a messaging system or a user, perhaps a Spanish-speaking call center agent. Assuming that the call is a multimedia call comprising both video and voice, the called client (or messaging system) can elect either to accept the composite call or to accept only one of the datastreams, perhaps rejecting the video call but accepting the voice call. SIP also supports call forking, or splitting, so that several client extensions can be rung at once. See also *Application Layer*, *call*, *client*, *endpoint*, *G.728*, *H.261*, *IETF*, *IP*, *multimedia*, *protocol*, *proxy server*, *PSTN*, *server*, *session*, and *URL*.

**SIPO (serial-in, parallel-out)**    A shift register with serial input ports and parallel output ports. See also *shift register*.

**site–local address**    In Internet Protocol version 6 (IPv6), a type of unicast address intended for local use, within a single end-user site, and not for use in a public domain such as the Internet. See also *domain*, *Internet*, *IPv6*, *IPv6 address*, *link-local address*, *unicast*, and *unicast address*.