# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,** | § | **CIVIL ACTION 6:20-cv-01164-ADA** |
| | § | **CIVIL ACTION 6:20-cv-01165-ADA** |
| | § | **CIVIL ACTION 6:20-cv-01167-ADA** |
| *Plaintiff,* | § | **CIVIL ACTION 6:20-cv-01168-ADA** |
| | § | **CIVIL ACTION 6:20-cv-01170-ADA** |
| **v.** | § | **CIVIL ACTION 6:20-cv-01171-ADA** |
| | § | **CIVIL ACTION 6:20-cv-01172-ADA** |
| **SALESFORCE, INC.,** | § | |
| *Defendant.* | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW CALEB R. BRALEY AS COUNSEL FOR SALESFORCE, INC.

Defendant Salesforce, Inc. ("Salesforce") filed a motion to withdraw Caleb R. Braley as an attorney of record for Salesforce in the above-captioned matters. Having considered the motion, and good cause having shown, the Court GRANTS the motion.

SIGNED this ____ day of _____, 2024

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE